# EXHIBIT B



1869 Moffat Blvd., Manteca, CA. 95336  •  HEADQUARTERS  •  Office: 209 824 5500  Fax: 209 824 5575

CONTRACT FOR PV SOLAR SYSTEM

THIS DOCUMENT DESCRIBES THE TERMS AND CONDITIONS OF YOUR PURCHASE OF A SOLAR POWER SYSTEM FROM 1ST LIGHT ENERGY INC.

| Customer Name Luiz De moura Castro  & Bridget De Moura Castro | Order # 0064u00001319c7 | |
|---|---|---|
| Property Address 38 E Woodhaven Dr  *LMC* | | |
| City Avon | State CT | Zip 06001 |
| Daytime Phone 8606766363 | Evening Phone | D. L. # |
| E-mail Address  bridgetdecastro38@gmail.com | | |

Billing Information (If different from Property Address)

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**System Description** – 1st Light Energy Inc. agrees to install a solar photovoltaic system ("System") on the property listed above. Design, procurement, construction, installation, testing and interconnection of the System is based on the System size (please see Approximate System Box below). The system size may be changed based on customer credit limitations or pre-site audit recommendations.  System size changes of less than 5% will not change any terms of this contract except the total cost.  Changes of greater than greater 5% will require a change order to be signed. Design, procurement, construction, installation, testing and interconnection of the System is also based on equipment. 1st Light Energy's standard modules, inverters, meter monitoring equipment and balance equipment such as conduits, cables, and such items needed for mounting are assumed unless otherwise stated in the amendment section. *Please be aware quantities are subject to change to substantially similar or better equipment.*

| Approximate System Size | Total Cost |
|---|---|
| 8.30 KW / 9774.00 KWh | 54880.88 |

Loanpal Amount: $51,560.88

**Progress Payment Schedule**: You agree payments will become due as indicated below:

| | Amount | Schedule | Note (Lender Institution) |
|---|---|---|---|
| Initial Deposit | 0.00 | Upon Signing of Contract | Cash Deposit or Loan Proceeds |
| Equipment Payment | 0.00 | Upon Permit Submittal | Cash or Loan Proceeds |
| Installation Payment | 0.00 | Upon Installation of Solar System | Cash or Loan Proceeds |
| Completion Payment | 0.00 | Upon PTO | Cash or Loan Proceeds |
| Other Incentives | 3320.00 | | |
| Other | $7000 | | Tree Trimming |

**Definitions**: "Customer", "Owner", and "You" means the customer identified above.  "Installation" means the installation services specified in this Agreement. "1st Light Energy Inc", "1st Light", "1LE", "Us" and "We" is the "Contractor" and "Seller" and the Contractor's employees, agents and subcontractors.  "Agreement" or "Contract" or "Transaction" means this agreement between You and 1st Light Energy Inc, which includes this page, the general terms and conditions following this page, the Invoice or Design Specifications and any other documents expressly made a part of this Agreement. "Placed in Service" means the date when the utility company approves the installation, and changes out the meter for a net meter, or as defined by local, state or federal statutes, regulations, and/or ordinances.  "PV" or "Photovoltaic" means the solar panels or related parts and system of solar energy generation. Please refer to the General Terms and Conditions for additional definitions.

**Agreement**: Customer acknowledges that 1st Light is not responsible for delays in installation caused by the Customer, delays in receiving utility interconnection approval or a force majeure event.

**Progress Payment Schedule:** Customer agrees to the Progress Payment Schedule above and agrees that each of the following stages will be defined as:

   Initial Deposit: The Initial Payment is due to 1st Light when Customer signs the contract, or at the time of 3rd Party Financial Lending approval.  The initial deposit amount is the agreed upon cash deposit amount or Loan Proceeds from the 3rd Party Financial Lender.

   Equipment Payment: The Equipment Payment is due to 1st Light when the building and/or the electrical permits for the address described above have been submitted.  The Equipment Payment is the agreed upon cash payment or the Loan Proceeds from the 3rd Party Financial Lender.

   Installation Payment: Upon installation of the solar equipment at the address described above 1ST Light will receive the agreed Installation Payment, in the form of cash from customer or Loan Payment proceeds from the 3rd Party Financial Lender.

   Completion Payment:  The Completion Payment is due to 1st Light upon notification from the Customer's utility company of permission to operate ("PTO") the solar system at the address listed above. Payment will be in the form of Cash or Loan Proceeds from the 3rd Party Financial Lender.

   Other Incentives:  All Incentives and/or Rebates, paid by government entities or utilities, and included as part of system cost are due to 1st Light upon receipt.. If the Customer receives the Incentive and/or Rebate payment, the amount must be submitted to 1st Light immediately.

**Failure to Pay**: In case the Customer fails to make scheduled payment when it is due, the Customer shall be considered to be in default. If the installation project has begun at the Customer's site, 1st Light reserves the right to stop all work until the payment is made. If the installation project is completed, and the Customer fails to make the payment, the Customer hereby acknowledges that a late fee of one and one half percent (1.5%) shall accrue every thirty (30) days on the amount due for the first ninety (90) days, thereafter, 1st Light shall have the right to take one of the following actions: provide a payment plan to the Customer with reasonable interest rates and a term no longer than twenty-four (24) months; file a mechanics lien against the Customer and the property and repossess the PV System; or initiate legal or equitable action against the Customer. In case 1st Light is forced to take legal action, the

Customer shall be responsible all costs and expenses, including reasonable attorney fees.
**THE DOWN PAYMENT MAY NOT EXCEED $1,000 OR 10 PERCENT OF THE CONTRACT PRICE, WHICHEVER IS LESS.** The schedule of progress payments must specifically describe each phase of work, including the type and amount of work or services scheduled to be supplied in each phase, along with the amount of each proposed progress payment. **IT IS AGAINST THE LAW FOR A CONTRACTOR TO COLLECT PAYMENT FOR WORK NOT YET COMPLETED, OR FOR MATERIALS NOT YET DELIVERED. HOWEVER, A CONTRACTOR MAY REQUIRE A DOWN PAYMENT**

**Acceptance and Authorization**: By signing below, the Customer agrees to the attached Terms and Conditions and authorizes 1st Light to perform the installation.  This Agreement and any applicable addendums are subject to review and approval by 1st Light Energy Inc.'s corporate office.  This Agreement expressly supersedes all prior written or verbal representations or agreements made by 1st Light Energy Inc., its agents, representative or employees, or anyone else. Except as set forth in this Agreement, the Customer agrees there are no other oral or written representations of inducements, expressed or implied, any way conditioning this Agreement, and the Customer expressly disclaims their existence. **YOU ARE ENTITLED TO A COMPLETE FILLED IN AGREEMENT**. By signing this Agreement, You acknowledge that You have read, understand or that you have had a competent legal representative review the agreement, and hereby accept this Agreement in its entirety.  The Customer further acknowledges receiving a complete copy.

**Accepted by:**

**Authorized Representative of 1st Light Energy Inc**

1st Light Energy Inc.

1st Light Energy Representative
HIS# 0560774

| 1st Light Representative Signature | Brandon Alexander | Aug 1, 2020 |
|---|---|---|
| | Printed Name of 1st Light Representative | Date |
| X Luiz de moura Castro (Aug 1, 2020 10:55 EDT) | Luiz De moura Castro | Aug 1, 2020 |
| Customer Signature | Printed Name of Customer | Date |
| X Bridget de moura Castro (Aug 1, 2020 10:56 EDT) | Bridget De Moura Castro | Aug 1, 2020 |
| Secondary Customer Signature | Printed Name of Secondary Customer | Date |

Customer Initials: LMC      by initialing, you authorize delivery of merchandise to the service address above without obtaining the delivery agent's signature and agree to indemnify and hold 1st Light Energy Inc.

CA CSLB# 921371
MA CSLB# 172034
NJ HIS# 13VH01515500
NY HIS# 2000341-DCA
CT HIC# 0648052
CT ELC# 0204366-E1
MD HIC# 109564
MD ELC# 11253

Customer Initials: LMC    by initialing you confirm that no 1st Light Representative has made commitments other than those specified in the body of this agreement or duly noted in an addendum to the contract.

Customer Initials: LMC    by initialing, you acknowledge receiving NOTICE OF CANCELLATION.

**NOTICE TO CUSTOMER**: YOU, THE CUSTOMER, MAY CANCEL THIS AGREEMENT AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION.  CANCELLATION FORM WITH EXPLANATION OF THIS RIGHT IS ATTACHED.

**General Terms and Conditions**

**Scope of Work**:  This Agreement is between You, the Customer, and 1st Light Energy, Inc., the Contractor. Under this Agreement the Contractor shall perform the installation of the specified PV System. The Contractor does not provide, or arrange for, architectural/engineering services or structural changes to dwellings or buildings unless otherwise noted in the contract. Contractor shall have the right to determine method, details, and means of performing the work. Contractor shall obtain the necessary building and electrical permits and ensure code compliance. Customer agrees to cooperate with Contractor to obtain these permits and meet code compliance. Contractor shall obtain a zoning permit only if agreed to in a separate writing, and at Customer's expense. Otherwise, Customer shall be solely responsible, at his/her own cost and expense, to obtain any and all necessary zoning permits and/or variances if required by Customer's municipality or local governing body.

**Note About Extra Work and Change Orders:**  Any change to work shall be made in writing and signed by both parties. ("Change Order"). Customer agrees that a Change Order may result in a change to the terms and conditions of this Agreement, including but not limited to contract price and Anticipated Installation Schedule. Extra Work and Change Orders become part of the contract once the order is prepared in writing and signed by the parties prior to the commencement of work covered by the new change order. The order must describe the scope of the extra work or change, the cost to be added or subtracted from the contract, and the effect the order will have on the schedule of progress payments.  You may not require Installer to perform extra or change-order work without providing written authorization prior to the commencement of the work covered by the new change order.  Extra work or a change order is not enforceable against you unless the change order identifies in writing, prior to commencement of the work that it covers, (1) the scope of the work encompassed by the change order, (2) the amount to be added or subtracted from the contract, and (3) the effect (if any) the change order will have in the payment schedule or the completion date.  Please note that Installer's failure to comply with this paragraph does not preclude recovery of compensation by Installer for work performed based upon legal or equitable remedies designed to prevent unjust enrichment.

**Time Period**:  The work is estimated to be completed within 90 days of approval by the finance company. This is the best estimate and is subject to change according to various factors outside the control of the Contractor. Please note that 1st Light Energy, Inc, is not responsible for delays resulting from events beyond its control including, but not limited to, Change Orders, incorrect information provided by the Customer, legal encumbrances on Customer's property, or its non-conformance with building codes or zoning requirements, Customer's credit rating/financing arrangements, acts of nature, government or any third parties, labor strife, hidden/unforeseen physical/hazardous conditions, including, but not limited to, environmental hazards such as mold, asbestos, and lead paint, or Customer's noncompliance with this Agreement. Customer and Contractor will agree that a definite completion date will

not be of essence for the purpose of this agreement.
**Contractor's Responsibilities**:  The Contractor shall complete the installation project in a workmanlike manner. The Contractor will not start, conduct, alter, or finish installation except in accordance with applicable laws and regulations. Contractor agrees to furnish the Customer with a Certificate of Worker's Compensation Insurance before beginning work.
**Workers' Compensation Insurance:**  This contractor carries workers' compensation insurance for all employees.
**Commercial General Liability Insurance (CGLI):** This contractor carries commercial general liability insurance written by Pinnacle Brokers Insurance Solutions, LLC. You may call Pinnacle Brokers Insurance Solutions, LLC at 925-952-8680 to check the contractor's insurance coverage.
**Customer's Responsibilities**:  The Customer hereby agrees to pay 1st Light Energy Inc, for merchandise delivery and/or installation according to the terms and conditions of this Agreement. If the Customer's service address is subject to any easements, covenants or other legal encumbrances that could affect installation, the Customer agrees to let 1st Light know about them prior to the installation project. The Customer further agrees to identify or otherwise disclose known sewer, pipes, power lines at the location underground, or facilitate overhead utility lines. The Customer shall be responsible for identifying property lines and removing anything that would interfere with the PV system, including, but not limited to trees at the Customer's sole expense. The Customer agrees to ensure that work areas are free of preexisting hazards, including, but not limited to unsafe physical conditions or environmental hazards and building/zoning code violations. The Customer agrees to allow the Contractor access to work areas during work hours and provide Contractor with access to sanitary facilities or pay the facilities rental costs. The Customer agrees to ensure that if the Customer has a security system it does not interfere with installation. The Customer agrees to provide power to, and as applicable, climate control in work areas. The Customer agrees not to allow unattended minors at service address while the Contractor is present. Customer agrees to control pets and keep them away from work areas. The Customer agrees to keep posted permits on display at all times. The Customer agrees that if anyone under the Customer's control interferes with or delays installation, the Customer may be subject to transportation/storage charges or other resulting charges. The Customer agrees that the Contractor shall not be liable for any damages to structures, drive ways, lawns or shrubs from work performed. The Customer agrees to permit the Contractor to place a sign in front lawn or other prominent locations displaying the Contractor's name and contact information while the installation is taking place. The Customer agrees to contact 1st Light with any problems or issues with the installed system within thirty (30) days from the date the Customer became aware of the aforesaid problem. 1st Light will take reasonable measures to remedy or otherwise resolve the problem within sixty (60) days from the Customer's notice.
**Customer's Responsibility – System Monitoring**: The Customer agrees that he/she is responsible for monitoring the energy production of his/her Solar PV System, at least twice a year for three (3) years, and further agree to mail the results to 1st Light Energy Inc. At its option, 1st Light may dispatch its personnel to inspect the system in case the Solar PV System is not operating at specified performance goals. ***Estimated production is not a guarantee due to uncontrollable factors such as the weather.***
**Customer's Responsibility – Income Tax:** Neither 1st Light nor its employees or subcontractors give income tax advice.  The Customer should consult a tax professional regarding the applicability of federal or state solar tax credit his / her particular tax situation.
**Customer's Responsibility - Obstructions**:  Obstructions may impede installation of Your solar system or impact on-going system performance. You agree to remove all obstructions that exist in the area designated for the solar system.  This includes: antennas, solar thermal systems, and/or satellite dishes.  Failure to remove such items will result in additional charges.  If it is determined during the Pre Site Audit or prior, that tree shade or other obstructions will significantly impact the system performance, the obstruction must be removed prior to installation.  1st Light will inform You exactly what actions are required through an addendum to this contract.  Failure to remove the designated obstacle may result in additional costs to You.   Original estimation of solar production is based on current conditions of roof.  Customer assumes responsibility of maintaining all trees or other obstructions at their current height(s) at time of original estimation that may affect part of or all of the solar array's production to avoid any loss in future production.
**Suitability of Roof for Installation**:  If the PV solar system is to be installed on a residential roof, Customer acknowledges that the roof is suitable to receive the system.  1st Light will comply with standard industry practices, including pre-site audit and structural inspection.  During the process, 1st Light employees may suggest to the Customer that roof repairs are necessary or desirable.  If Customer instructs 1st Light to proceed with the installation without making suggested repairs, 1st Light will install the PV solar installation according to standard industry practices, including proper flashing of all roof penetrations.  Customer agrees to waive any liability claims against 1st Light for any roof issues other than those directly related to improper flashings of roof penetrations.
**Assignment**: The Customer shall not, without the prior written consent of the Contractor, assign or sublet in whole or in part Customer's interest under any of the contract documents.
**Payments**: Direct payments must be made by check payable to "1st Light Energy Inc" as specified in this Agreement.  All returned checks will be subject to bank fees issued by the Contractor's bank, plus a bounced check service fee in the amount of forty dollars ($40.00) payable with the amount due by a certified check only.  Additionally, the purchase price of the solar system may be paid in part by loans from a 3rd party lender, funds from the local electric utility or a state agency.  Customer agrees to authorize all payments from these 3rd parties to 1st Light according to the schedule noted above.   If it is necessary to collect the payment due through legal avenues, the Customer hereby agrees that he/she will be responsible for all of 1st Light Energy Inc.'s legal fees, court costs, including reasonable attorney fees, in addition to any other amounts allowed under applicable laws of the State of California, but not limited to costs retaking and storing repossessed goods, and the total costs will be considered due immediately as a part of this Agreement.
**Inspection of System**: Customer agrees to give permission to required government entities to inspect the system at the Customer's site.
**Liens**: 1st Light reserves the right to file a UCC-1 on the PV System installed under this Agreement. 1st Light shall only release the UCC-1 after all payments are made.
**Mechanics' Lien Warning:**
Anyone who helps improve your property, but is not paid, may record what is called a mechanics lien on your property.  A mechanics lien is a claim, like a mortgage or home equity loan, made against your property and recorded with the county recorder.  Even if you pay us in full, unpaid subcontractors, suppliers, and laborers who helped to improve your property may record a mechanics lien and sue you in court to foreclose the lien.  If a court finds the lien is valid, you could be forced to pay twice or have a court officer sell your home to pay the lien.  Liens can also affect your credit rating.  To preserve their right to record a lien, each subcontractor and material supplier must provide you with a document called a "Preliminary Notice."  This notice is not a lien.  The purpose of the notice is to let you know that the person who sends you the notice has the right to record a lien on your property if he or she is not paid.
BE CAREFUL.  The Preliminary Notice can be sent up to 20 days after the subcontractor starts work or the supplier provides material.  This can be a big problem if you paid us before you received the Preliminary Notice.  You will not receive Preliminary Notices from Installer (your primary contractor) or from laborers who work on your project.  The law assumes that you already know they are improving your property.
PROTECT YOURSELF FROM LIENS.  You can protect yourself from liens by obtaining a list from Installer of all the subcontractors and material suppliers that work on your project.  Find out from Installer when these subcontractors started work and when these suppliers delivered goods or materials.  Then wait 20 days, paying attention to the Preliminary Notices you receive.
PAY WITH JOINT CHECKS.  One way to protect yourself is to pay with a joint check.  When Installer tells you it is time to pay for the work of a subcontractor or supplier who has provided you with a Preliminary Notice, write a joint check payable to both Installer and the subcontractor or material supplier.
For other ways to prevent liens, visit CSLB's Web site at www.cslb.ca.gov or call CSLB at 800-321-CSLB (2752).

REMEMBER, IF YOU DO NOTHING, YOU RISK HAVING A LIEN PLACED ON YOUR HOME.  This can mean that you may have to pay twice, or face the forced sale of your home to pay what you owe.

**Liquidated Damages**: In the event the Customer refuses to allow 1st Light to commence performance of the work to be rendered under this Agreement, or prevents 1st Light from receiving the Rebate, or prevents 1st Light to continue performance under this Agreement, 1st Light shall be entitled to receive from the Customer as liquidated damages a sum equal to thirty percent (30%) of the Total Contract Price.

**Termination**: If You breach this Agreement, or following discovery of previously undisclosed legal encumbrances or easements on your premises, building/zoning code violations, or hidden/unforeseen physical/hazardous conditions such as the presence of mold, asbestos, lead paint, or any other conditions differing from what You represented, 1st Light may immediately terminate this Agreement without further obligation to You. In either event, the Customer agrees to pay 1st Light the cost of materials, labor and services already provided up to the date/time of termination, plus any other amounts allowed under applicable law.

**No Liability, Limited Liability**: CUSTOMER HEREBY COVENANTS AND AGREES TO ASSUME ALL RISK AND LIABILITY FOR PERSONAL INJURIES (INCLUDING DEATH) AND DAMAGE TO THE PROPERTY ARISING OUT OF OR CAUSED BY THE OPERATION OF THE SYSTEM.  OWNER HEREBY COVENANTS AND AGREES TO INDEMNIFY, PROTECT AND HOLD HARMLESS 1ST LIGHT ENERGY, INC, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS FROM AND AGAINST ANY AND ALL CLAIMS AND DEMANDS FOR DAMAGES TO PROPERTY AND INJURY OR DEATH TO PERSONS WHICH MAY ARISE OUT OF, OR BE RELATED TO, OR CAUSED BY, THE OPERATION OF THE SYSTEM OR ITS INTERCONNECTION TO AN ELECTRIC DISTRIBUTION (AS DEFINED IN THE INTERCONNECTION APPLICATION) TO COMPANY'S ELECTRICAL SYSTEM IF CAUSED SOLELY BY THE GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OF THE OWNER AS DETERMINED BY A COURT OF LAW. CONTRACTOR'S TOTAL LIABILITY SHALL NOT EXCEED THE TOTAL CONTRACT PRICE. 1ST LIGHT ENERGY INC IS NOT LIABLE TO YOU OR ANY OTHER PERSON FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES. To remove doubt, 1st Light shall be liable if any damage or injury is caused by the gross negligence or willful misconduct of 1st Light during the installation process.

**Warranty**: All equipment is warranted to perform in accordance with the manufacturer's published specifications provided that the equipment is operated in accordance with the manufacturer's operating instructions.  1st Light warrants the workmanship for 10 year workmanship warranty.

**No Other Warranties**: Other than the warranty stated above, 1st Light makes no other guaranty or warranty of any kind, including any implied warranty of merchantability or fitness for a particular purpose, with respect to the service performed or the systems provided under this Agreement. Your exclusive warranty remedy is set forth above. 1st Light is not liable to You or any other person for any incidental or consequential damages.

**Binding Nature**: This Agreement shall bind and inure to the benefit of the respective heirs, personal representatives, successors, and assigns of each party.

**Transfer of Title:** The title of the equipment shall pass to Owner after full payment and delivery of the equipment to Owner's property, or any storage facility as directed by Owner. Up to and until the equipment had been delivered and signed for by Owner or Owner's agent, 1st Light shall be retain the title for the equipment, thereafter, the title will pass to Owner, and Owner shall provide insurance coverage and adequate security for the equipment up to the completion of installation of equipment.

**Notices**: Notice by a party shall be given in writing in order to be effective. Any oral arrangements, representations or agreements must be reduce to a writing signed by both parties to be effective. Notice to the Customer shall be made at the address on the first page of this Agreement. Notice to 1st Light shall be at the following address: 1st Light Energy Inc, 1869 Moffat, Blvd, Manteca, CA 95336.

**Performance and Payment Bond:** The Homeowner or tenant has the right to require the Installer to have a performance and payment bond.  This may result in an increase to the Contract Price by Change Order.

**Information about the Contractors' State License Board (CSLB):** CSLB is the state consumer protection agency that licenses and regulates construction Contractors.  Contact CSLB for information about the licensed Contractor you are considering, including information about disclosable complaints, disciplinary actions, and civil judgments that are reported to CSLB.  Use only licensed Contractors.  If you file a complaint against a licensed Contractor within the legal deadline (usually four years), CSLB has authority to investigate the complaint.  If you use an unlicensed Contractor, CSLB may not be able to help you resolve your complaint.  Your only remedy may be in civil court, and you may be liable for damages arising out of any injuries to the unlicensed Contractor or the unlicensed Contractor's employees.  For more information: Visit CSLB's web site at www.cslb.ca.gov; Call CSLB at 800-321-CSLB (2752) or Write CSLB at P.O. Box 26000, Sacramento, CA 95826.

**Arbitration**: Other than breach due to the Customer's interference with the Rebate or default of payment by the Customer described in other sections of this Agreement, any other dispute between the parties shall be decided in accordance with the latest rules and procedures as set forth by the American Arbitration Association. Parties hereby agree that any dispute or differences arising out of or in connection with this Agreement shall be determined by the appointment of a single arbitrator to be agreed between the parties. Parties further agree that the decision made by the appointed arbitrator shall be final and binding, and each party shall be responsible for its own cost and expenses related to arbitration.

**Force Majeure**: 1st Light shall not be liable to the Customer for any failure or delay caused by events beyond 1st Light Energy Inc.'s control including, without limitation, the Customer's failure to furnish necessary information, sabotage, failure or delays in transportation or communication, discontinuation or reduction of any applicable rebate program(s), failures or substitutions of equipment, labor disputes, accidents, shortages of labor, fuel, raw materials or equipment, technical failures, acts of God, war or acts of terrorism.

**Governing Law**: This Agreement shall be governed by and construed in all respect in accordance with the laws where the property is located as they apply to a contract entered into and performed in that State.

**Severability**: If any part or any provision of this Agreement is held invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this Agreement.

**QUESTIONS OR CONCERNS ABOUT INSTALLATION OR YOUR ORDER?** You should be communicating with professionals regarding  routine matters such as scheduling, changes to Your order concerning Your installation, or any initial concerns about Your Order or the service You are receiving. 1st Light Customer Care stands ready to assist You at 1-866-SOLAR-50 and may also be contacted in writing at the address below.

**NOTICE OF CANCELLATION**

DATE OF TRANSACTION: Aug 1, 2020

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE (3) BUSINESS DAYS FROM THE ABOVE DATE.

**THE PENALTY FOR CANCELLING AFTER THE THIRD BUSINESS DAY FROM THE SIGNED TRANSACTION DATE UP TO THE DATE OF THE PRE-SITE ANALYSIS OF THE ADDRESS IDENTIFIED IN THE CONTRACT IS ONE THOUSAND DOLLARS AND 00/100 ($1,000.00) DUE IMMEDIATELY TO 1ST LIGHT ENERGY INC. THE PENALTY FOR CANCELLING AFTER THE PRE-SITE ANALYSIS OF THE ADDRESS IDENTIFIED IN CONTRACT IS ONE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($1,500.00) DUE IMMEDIATELY TO 1ST LIGHT ENERGY INC.**

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN (10) BUSINESS DAYS FOLLOWING RECEIPT BY THE SELLER OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO SELLER AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY, IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF THE SELLER REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE SELLER'S EXPENSE AND RISK.

IF YOU DO MAKE THE GOODS AVAILABLE TO THE SELLER AND THE SELLER DOES NOT PICK THEM UP WITHIN TWENTY (20) DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION. IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO THE SELLER, OR IF YOU AGREE TO RETURN THE GOODS TO THE SELLER AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT.

TO CANCEL THIS TRANSACTION, MAIL, EMAIL, OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR SEND A TELEGRAM, TO 1ST LIGHT ENERGY INC. ATTENTION ACCOUNT MANAGERS AT 1869 MOFFAT BLVD., MANTECA, CA 95336, OR AccountManagers@1stlightenergy.com NOT LATER THAN MIDNIGHT OF THIRD BUSINESS DAY FROM THE TRANSACTION DATE LISTED ABOVE.

HEREBY CANCEL THIS TRANSACTION. _____ (Date)

_____ (Customer's Signature)

_____ (Customer's Printed Name)