**UNITED STATES DISTRICT COURT**
**For The District of Connecticut**


*222310*

**RETURN OF SERVICE**

Index no :3:21-CV-01020-CSH

**Bridget De Moura Castro and Luiz De Moura Castro, by his next friend Helene Hilario**

     Plaintiff(s),

vs.

**LOANPAL, LLC dba GOODLEAP, et al**

     Defendant(s).
_____/

**STATE OF CONNECTICUT**
          ss: East Hartford
**HARTFORD COUNTY**

On **08/06/2021** at **1:10 PM**, I served the within **Summons in a Civil Case; Complaint and Demand for Jury Trial; Exhibits A & B; Notice of Appearance; Order on Pretrail Deadlines; Electronic Filing Order in Civil Cases; Notice to Counsel and Self-Represented Parties; Order re: Disclosure Statement** on **LOANPAL, LLC dba GOODLEAP (hereinafter known as Recipient)** at **c/o CT Corporation System, Reg Agent for Goodleap, 67 Burnside Avenue, East Hartford, CT 06108** in the manner indicated below:

By delivering to and leaving personally with **Sierra Chandler, Process Specialist/ Authorized Agent** authorized to accept service.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| **Female** | **Caucasian** | **Black** | 23 | 5'4" | 135 |

Other Features:

I declare under penalty of perjury that the forgoing is true and correct:

X _____
Christine Foran
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

| | |
|---|---|
| HARTFORD COUNTY BUSINESS | $60.00 |
| EMAIL/Copy Charges | $5.00 |
| **TOTAL:** | **$65.00** |