IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET DE MOURA CASTRO & LUIZ DE MOURA CASTRO, by his next friend Helena Hilario<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LOANPAL, LLC d/b/a GOODLEAP, PRIME ENERGY LLC d/b/a PRIME ENERGY SOLAR, 1ST LIGHT ENERGY INC.,<br>　　　　　　　　　Defendants. | NO. 3:21-cv-01020 CSH |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AS TO PRIME ENERGY LLC D/B/A PRIME ENERGY SOLAR**

　　　Plaintiffs, Bridget de Moura Castro and Luiz de Moura Castro, move this Court for the entry of judgment by default against Defendant Prime Energy LLC d/b/a Prime Energy Solar ("Prime"). In support, Plaintiffs incorporate the within Memorandum of Law, and request a jury trial on damages.

Dated: August 24, 2022

　　　　　　　　　　　　　　　　　　　　THE PLAINTIFFS
　　　　　　　　　　　　　　　　　　　　BRIDGET DE MOURA CASTRO &
　　　　　　　　　　　　　　　　　　　　LUIZ DE MOURA CASTRO

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Gentes
　　　　　　　　　　　　　　　　　　　　Jeffrey Gentes (ct28561)
　　　　　　　　　　　　　　　　　　　　Sarah White (ct29329)
　　　　　　　　　　　　　　　　　　　　Connecticut Fair Housing Center
　　　　　　　　　　　　　　　　　　　　60 Popieluszko Court
　　　　　　　　　　　　　　　　　　　　Hartford, CT  06106
　　　　　　　　　　　　　　　　　　　　Phone: (860) 263-0741

　　　　　　　　　　　　　　　　　　　　/s/ Andrew M. Milz
　　　　　　　　　　　　　　　　　　　　Andrew M. Milz (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Jody T. López-Jacobs (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Flitter Milz, P.C.
　　　　　　　　　　　　　　　　　　　　450 N. Narberth Ave., Suite 101
　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　Phone: (610) 822-0781