# Exhibit A

MetaTechnical
220 Haverford Ave, Narberth, PA 19072
(215) 600-1215

# Expert Witness Statement

I, Daniel Thimot, currently employed as a Senior IT Consultant and Chief Operating Officer at MetaTechnical as of December 21, 2022, say:

THAT

I have a bachelor's degree in Information Management and Technology from Syracuse University. My 15-year experience includes handling various technical duties related to information technology (IT), networking, security, and the like. I have expertise in internet addressing, internet protocol addresses, and wireless communication technologies.  My CV is attached.

THAT

I have been retained by the law firm Flitter Milz, P.C. to provide an opinion on technical matters in relation to IT, networking, and wireless communication technologies, specifically as it relates to the IP address and other data appearing on the DocuSign Certificate provided by GoodLeap.

THAT

Based on my investigation, I offer the following opinions to a reasonable degree of certainty:

1. Using commonly available and reliable public databases such as Maxmind GeoIP and IPStack I can verify that the listed Docusign IP address for Luiz de Moura's mobile signed pre-selected style signature was not from the Plaintiffs' home internet service from Comcast or the Plaintiffs' cellular service from Verizon.

2. This IP address belongs to Optimum Online, and the signature must have been taken while connected to an Optimum Online controlled network.

<u>Basis for opinion</u>

An IP address is an address assigned to a device that is connected within a network. This address is specific to that device and allows them to communicate with other devices such as PCs and servers which house websites and applications. Public IP addresses are given by internet providers. Internet providers have registered addresses that only belong to them and who owns these addresses is public knowledge. From the IP address shown from the GoodLeap Docusign certificate, it is shown to be an IP address provided by Optimum Online, an internet service provider.

The GoodLeap DocuSign Certificate provides an IP address associated with the signature of Luiz de Moura Castro, as depicted below:

MetaTechnical
220 Haverford Ave, Narberth, PA 19072
(215) 600-1215

Signature

DocuSigned by:
Luiz De moura castro
49FF4AB41A5F455...

Signature Adoption: Pre-selected Style
Using IP Address: 69.117.248.89
Signed using mobile

There are numerous IP geo-location tools and websites available that IT professionals utilize. These databases will all show the same city, state, as well as longitude and latitude for a given IP address. The databases I used to determine this location are commonly known and relied upon databases used by IT professionals.

Facts or data considered

1. Complaint – Bridget de Moura Castro & Luiz de Moura Castro v. Loanpal, LLC d/b/a Goodleap, Prime Energy LLC d/b/a Prime Energy Solar, and 1st Light Energy;
2. GoodLeap DocuSign Certificate;
3. Verizon bill for August 2020;
4. Comcast Xfinity bill for August 2020;
5. Maxmind GeoIP, https://www.maxmind.com/en/geoip-demo;
6. IPStack, https://ipstack.com/;
7. [Anything else, like websites, books, articles, etc?]


Listing of Publications in Previous 10 Years

None


List of all cases in previous four years in which I testified as an expert at trial or deposition

None.


Compensation

I have been retained at the hourly rate of $195.

Signature: _____    Date: 12/21/22 _____

# DANIEL R. THIMOT

**1249 E Susquehanna Ave**                                                                **267-702-0017**
**Philadelphia, PA  19125**                                                 **dt@metatechnical.com**

## TECHNICAL SKILLS

| | |
|---|---|
| **>10 Years Exp.** | VMware, ESXI, Virtual Networking |
| | Windows Server Administration: Active Directory, Windows Domain Management, Exchange, Microsoft SQL Server, IIS |
| | Networking: LAN/WAN, TCP/IP, OSI Model, DHCP, DNS, VLANs/Managed Switch Configuration |
| | Programming: SQL, VB.NET, HTML, CSS, Wordpress |
| | Operating Systems: Windows XP/Vista/7/8/8.1/10, OSX, Windows Server 2003/2008/2012/2016 |
| 5 to 10 years Exp. | Virtualization Technologies: VSAN, DRS, HA, vMotion, vCenter |
| | Operating Systems: OpenBSD/FreeNAS, pfSense, Linux: Ubuntu/Cent-OS |
| | Adobe Software: Acrobat, Photoshop, Illustrator |
| | Cloud Technologies: Microsoft Azure, Office 365, Microsoft Security Baseline and Compliance Management |

## EDUCATION

***BS Information Management and Technology, May, 2009***
***Syracuse University, School of Information Studies***
*Concentrations:*  Systems and Network Administration
*Dean's List Student*

## WORK EXPERIENCE

**2018 to Present**     ***MetaTechnical* Narberth, PA**
                               ***Chief Operating Officer***

Promoted to Chief Operating Officer and made an executive of the company.

**07/13 to 2018**       ***MetaTechnical* Narberth, PA**
                                 ***Operations Manager and Senior IT Consultant***

Started as a consultant; Promoted to Senior Consultant, and later added Operations Manager as an extra title. As one of the lead consultants my responsibilities were to communicate with clients about projects and contracts and develop plans to implement and deploy IT systems. I was also in charge of handling the more complicated day-to-day IT service tickets the lower level technicians could not handle. I was also one of two people responsible for setting up and managing our datacenter: a modest rack of a dozen or so servers running hosted services such as exchange, hosted applications, remote desktop servers, BDR services, and more.

I also single handedly designed and programmed our ticketing and time management software from scratch in vb.net and SQL in order to save the company money on a prebuilt system. I developed this software for many years and it is still used at the company today. As time went on, I added invoicing functionality, customer information tracking, a time clock system, equipment logging, and appointment tracking to this software.

As the operations manager, I managed a small team of support technicians responsible for handling all day-to-day issues. My job was to make sure all of our client's systems were being managed, support tickets were being taken care of, and all of our support technicians were solving their assigned issues efficiently and correctly.

**05/11 to 07/13**          ***ComputerHelp*** Havertown, PA
                            ***IT Consultant***

Worked a couple years as a basic IT Support Technician handling a range of residential and business support issues. Desktop support, Network configuration, server setups etc. both on-site and remotely.

**OLDER RELEVANT EXPERIENCE**

**10/10 – 02/11**           ***Teknikos Inc,*** King of Prussia, PA
                            ***Contract Based - Trade show Technician***
                            Technical Support

**02/10 – 07/10**           ***Jamlynx* by *Manticore Music, Inc.,*** Syracuse, NY
                            ***IT consultant/User Interface Designer***

**10/09 – 02/10**           ***Sutherland Global Services,*** Syracuse, NY
                            ***Level 3 Support Technician***
                            Remote Technical Support

**05/09 – 10/09**           ***Freelance Web Development***
                            ***Primary Contracts:***
                            **Penn Lock Corporation,** Swoyersville, PA
                            **AMSA Regional Wellness Conference 2009,** Philadelphia, PA

**05/08 – 08/08**           ***BabyAge.com, Inc.,*** Hanover, PA
**05/07 – 08/07**           ***Information Technology Intern***
                            Two summers as intern doing internal IT support

**05/06 – 08/06**           ***Penn Lock Corporation,*** Swoyersville, PA
                            ***Information Technology Intern***