AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| De Moura Castro et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-01020 |
| GoodLeap, LLC et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GoodLeap, LLC f/k/a Loanpal LLC .

Date: 05/15/2024

/s/ Eric Freiman
*Attorney's signature*

Eric Freiman (ct# 442711)
*Printed name and bar number*
Phillips Lytle LLP
620 Eight Avenue
38th Floor
New York, NY 10018
*Address*

efreiman@phillipslytle.com
*E-mail address*

(212) 759-4888
*Telephone number*

(212) 308-9079
*FAX number*