**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND | : | 3:21-CV-01020 (CSH) |
| LUIZ DE MOURA CASTRO, by his next best | : | |
| friend Helena Hilario | : | |
| *Plaintiffs* | : | |
| v. | : | |
| | : | |
| LOANPAL, LLC, D/B/A GOODLEAP, | : | |
| PRIME ENERGY, LLC  AND 1ST LIGHT | : | |
| ENERGY, INC. | : | |
| | : | MAY 17, 2024 |
| *Defendants* | | |

**DEFENDANT, 1ST LIGHT ENERGY INC.'S NOTICE OF WITHDRAWAL OF MOTION TO STAY AND COMPEL ARBITRATION**

The Defendant, 1st Light Energy, Inc, hereby submits notice of withdrawal of its Motion to Stay and Compel Arbitration, dated September 23, 2021 (ECF #23), obviating the need for the jury trial scheduled for May 28, 2024.

BY /s/
Jeffrey O. McDonald
Federal Bar #ct28195
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 651-1333
jmcdonald@hgesq.com

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND | : | 3:21-CV-01020 (CSH) |
| LUIZ DE MOURA CASTRO, by his next best | : | |
| friend Helena Hilario | : | |
| *Plaintiffs* | : | |
| v. | : | |
| | : | |
| LOANPAL, LLC, D/B/A GOODLEAP, | : | |
| PRIME ENERGY, LLC  AND 1ST LIGHT | : | |
| ENERGY, INC. | : | |
| | : | MAY 17, 2024 |
| *Defendants* | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first above a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY /s/
Jeffrey O. McDonald
Federal Bar #ct28195
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
(860) 651-1333
jmcdonald@hgesq.com

2

**Hassett & George, P.C.**
945 Hopmeadow Street, Simsbury, CT 06070   (860) 651-1333   facsimile (860) 651-1888  Juris 407894