UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET DE MOURA CASTRO AND : <br> LUIZ DE MOURA CASTRO, by his next best : <br> friend Helena Hilario : <br>                     *Plaintiffs* : <br> v.                                     : <br> : <br> GOODLEAP, LLC, f/k/a LOANPAL, LLC, : <br> PRIME ENERGY, LLC AND 1ST LIGHT : <br> ENERGY, INC. : <br>                     *Defendants* : | 3:21-cv-01020 (RMS) <br><br><br><br> MAY 24, 2024 |

**JOINT PROPOSED SCHEDULING ORDER AND STIPULATION**

Pursuant to the May 21, 2024 remote Zoom hearing and minute Order (ECF 98), the parties respectfully submit a proposed scheduling order and stipulation, attached as Exhibits A and B, respectively, for the Court's consideration and entry.

| | |
|---|---|
| _____/Jeffrey Gentes/_____ <br> Jeffrey Gentes (ct28561) <br> Sarah White (ct29329) <br> CONNECTICUT FAIR HOUSING <br> CENTER <br> 60 Popieluszko Court <br> Hartford, CT  06106 <br> Phone: (860) 263-0741 <br> Fax: (860) 247-4236 <br> jgentes@ctfairhousing.org | _____/Jeffrey O. McDonald/_____ <br> Jeffrey O. McDonald (ct28195) <br> Forrest Noirot <br> HASSETT & GEORGE, P.C. <br> 945 Hopmeadow St <br> Simsbury, CT 06070 <br> (860) 651-1333 Telephone <br> (860) 651-1888 Fax <br> jmcdonald@hgesq.com <br> fnoirot@hgesq.com <br> *Counsel for 1st Light Energy, Inc.* |
| _____/Andrew M. Milz/_____ <br> Andrew M. Milz (pro hac vice) <br> Jody T. López-Jacobs (pro hac vice) <br> FLITTER MILZ, P.C. <br> 450 N. Narberth Avenue, Suite 101 <br> Narberth, PA 19072 <br> Phone: (610) 822-0781 <br> Fax: (610) 667-0552 <br> amilz@consumerslaw.com <br> jlopez-jacobs@consumerslaw.com <br><br> *Counsel for Plaintiffs* | _____/Christopher D. Barraza/_____ <br> Christopher D. Barraza (ct30787) <br> PHILLIPS LYTLE LLP <br> 620 Eighth Avenue, 38th Floor <br> New York, NY 10018 <br> (212) 508-0483 (t) <br> (212) 308-9079 (f) <br> cbarraza@phillipslytle.com <br><br> *Counsel for Goodleap, LLC,* <br> *f/k/a Loanpal, LLC* |

# EXHIBIT A

Case 3:21-cv-01020-RMS    Document 99    Filed 05/24/24    Page 2 of 6

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET DE MOURA CASTRO AND : | |
| LUIZ DE MOURA CASTRO, by his next best : | |
| friend Helena Hilario : | |
| *Plaintiffs* : | |
| v. : | 3:21-cv-01020 (RMS) |
| : | |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC, : | |
| PRIME ENERGY, LLC AND 1ST LIGHT : | MAY 24, 2024 |
| ENERGY, INC. : | |
| *Defendants* : | |

## **PROPOSED SCHEDULING ORDER**

1. Defendants shall answer the Complaint on or before May 29, 2024.

2. The parties shall serve written discovery requests on or before May 31, 2024.

3. The parties shall serve responses to written discovery on or before June 14, 2024.

4. All discovery, including depositions, is to be completed no later than July 12, 2024.

5. A Final Pretrial Conference shall be held July 19, 2024.

6. Motions *in limine*, if any, shall be filed on or by August 2, 2024. Opposition papers, if any, shall be filed on or by August 9, 2024.

7. Jury selection shall begin on August 19, 2024.

SO ORDERED

_____

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND<br>LUIZ DE MOURA CASTRO, by his next best<br>friend Helena Hilario<br>*Plaintiffs* | :<br>:<br>:<br>: | |
| v. | : | 3:21-cv-01020 (RMS) |
| | : | |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC,<br>PRIME ENERGY, LLC AND 1ST LIGHT<br>ENERGY, INC.<br>*Defendants* | :<br>:<br>:<br>: | MAY 24, 2024 |

## **PROPOSED STIPULATION**

Defendants 1st Light and Goodleap, LLC f/k/a Loanpal, LLC withdraw their motions to stay and compel arbitration (ECF 19, 23), with prejudice.

/Jeffrey Gentes/
Jeffrey Gentes (ct28561)
Sarah White (ct29329)
CONNECTICUT FAIR HOUSING
CENTER
60 Popieluszko Court
Hartford, CT 06106
Phone: (860) 263-0741
Fax: (860) 247-4236
jgentes@ctfairhousing.org

/Andrew M. Milz/
Andrew M. Milz (pro hac vice)
Jody T. López-Jacobs (pro hac vice)
FLITTER MILZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
Phone: (610) 822-0781
Fax: (610) 667-0552
amilz@consumerslaw.com
jlopez-jacobs@consumerslaw.com

*Counsel for Plaintiffs*

/Jeffrey O. McDonald/
Jeffrey O. McDonald (ct28195)
Forrest Noirot
HASSETT & GEORGE, P.C.
945 Hopmeadow St
Simsbury, CT 06070
(860) 651-1333 Telephone
(860) 651-1888 Fax
jmcdonald@hgesq.com
fnoirot@hgesq.com
*Counsel for 1st Light Energy, Inc.*

/Christopher D. Barraza/
Christopher D. Barraza (ct30787)
PHILLIPS LYTLE LLP
620 Eighth Avenue, 38th Floor
New York, NY 10018
(212) 508-0483 (t)
(212) 308-9079 (f)
cbarraza@phillipslytle.com

*Counsel for Goodleap, LLC,*
*f/k/a Loanpal, LLC*

SO ORDERED

_____

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE