IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET DE MOURA CASTRO & LUIZ DE MOURA CASTRO, by his next friend Helena Hilario<br><br>      Plaintiffs,<br><br>vs.<br><br>LOANPAL, LLC d/b/a GOODLEAP, PRIME ENERGY LLC d/b/a PRIME ENERGY SOLAR, 1ST LIGHT ENERGY INC.,<br><br>      Defendants. | No. 3:21-cv-1020-RMS<br><br><br><br>July 19, 2024 |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS PRIME ENERGY LLC AND 1ST LIGHT ENERGY INC.

Plaintiffs, Bridget de Moura Castro and Luiz de Moura Castro, move this Court for the entry of judgment by default against Defendants Prime Energy LLC d/b/a Prime Energy Solar and 1st Light Energy Inc. pursuant to Fed. R. Civ. P. 55(b). In support, Plaintiffs submit an accompanying Memorandum of Law, and request that the Court award damages following the jury trial set to commence August 19, 2024.

Dated: July 19, 2024

THE PLAINTIFFS
BRIDGET DE MOURA CASTRO &
LUIZ DE MOURA CASTRO by his next
best friend Helena Hilario

/s/ *Andrew M. Milz*
Andrew M. Milz (pro hac vice)
Jody T. López-Jacobs (pro hac vice)
Flitter Milz, P.C.
450 N. Narberth Ave., Suite 101
Narberth, PA 19072
Phone: (610) 822-0781
amilz@consumerslaw.com
jlopez-jacobs@consumerslaw.com

/s/ *Jeffrey Gentes*
Jeffrey Gentes (ct28561)
Sarah White (ct29329)
Connecticut Fair Housing Center
60 Popieluszko Court
Hartford, CT 06106
Phone: (860) 263-0741
jgentes@ctfairhousing.org
swhite@ctfairhousing.org