# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET DE MOURA CASTRO & LUIZ DE MOURA CASTRO, by his next friend Helena Hilario<br><br>        Plaintiffs,<br><br>vs.<br><br>LOANPAL, LLC d/b/a GOODLEAP, PRIME ENERGY LLC d/b/a PRIME ENERGY SOLAR, 1ST LIGHT ENERGY INC.,<br><br>        Defendants | NO. 3:21-cv-01020-RMS<br><br><br><br><br><br><br><br><br><br>August 9, 2024 |

## STIPULATION OF DISMISSAL AS TO GOODLEAP, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Bridget de Moura Castro and Luiz de Moura Castro and Defendant GoodLeap, LLC stipulate and agree that this action is dismissed as to GoodLeap, LLC only pursuant to a Confidential Settlement Agreement and Release between the parties, which is incorporated by reference herein and subject to the Protective Order (ECF 117). The parties request that the Court retain jurisdiction over GoodLeap for thirty days for purposes of enforcing the agreement, if necessary, after which the dismissal shall be with prejudice.

As AGREED UPON BY:

| For Plaintiffs: | For Defendant GoodLeap, LLC: |
|---|---|
| *s/Jody T. López-Jacobs* | *s/ Christopher D. Barraza* |
| Andrew M. Milz (pro hac vice) | Christopher D. Barraza (ct30787) |
| Jody T. López-Jacobs (pro hac vice) | Marc H. Goldberg (*pro hac vice*) |
| FLITTER MILZ, P.C. | Phillips Lytle, LLP |
| 450 N. Narberth Avenue, Suite 101 | Eric Freiman (*pro hac vice*) |
| Narberth, PA 19072 | 620 Eighth Avenue |
| Phone: (610) 822-0781 | 38th Floor |
| Fax: (610) 667-0552 | New York, NY 10018 |

amilz@consumerslaw.com  (212) 508-0483 (t)
jlopez-jacobs@consumerslaw.com  (212) 308-9079 (f)
cbarraza@phillipslytle.com
Jeffrey Gentes (ct28561)  mgoldberg@phillipslytle.com
Sarah White (ct29329)  efreiman@phillipslytle.com
CONNECTICUT FAIR HOUSING CENTER
60 Popieluszko Court
Hartford, CT  06106
Phone: (860) 263-0741
Fax: (860) 247-4236
jgentes@ctfairhousing.org
swhite@ctfairhousing.org

SO ORDERED:

_____