Civil- (Dec-2008)

HONORABLE: Robert M. Spector

DEPUTY CLERK Nick Langello    RPTR/ECRO/TAPE CourtSmart

TOTAL TIME: 3 hours 57 minutes

DATE: 8/21/2024    START TIME: 9:47 AM    END TIME: 2:36 PM

LUNCH RECESS    FROM:    TO:

RECESS (if more than ½ hr)    FROM: 1:16 PM    TO: 2:08 PM

CIVIL NO. 3:21-cv-01020-RMS

De Moura Castro et al

vs

Loanpal, LLC et al

Andrew Milz, Jeffrey Gentes

Plaintiff's Counsel

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    ☐ Show Cause Hearing
☑ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….  ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ………  _____ ☐ filed ☐ docketed
☐ ………  _____ ☐ filed ☐ docketed
☐ ………  _____ ☐ filed ☐ docketed
☐ ………  _____ ☐ filed ☐ docketed
☐ ………  _____ ☐ filed ☐ docketed
☐ ………  _____ ☐ filed ☐ docketed
☐ ………  _____ Hearing continued until _____ at _____

Notes: