UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRIDGET DE MOURA CASTRO, and** <br> **LUIZ DE MOURA CASTRO,** <br> *Plaintiffs,* <br><br> v. <br><br> **LOANPAL, LLC, PRIME ENERGY, LLC,** <br> **and 1ST LIGHT ENERGY, INC.,** <br> *Defendants.* | Civil No. 3:21cv1020 (RMS) <br><br><br><br><br> September 9, 2024 |

### DEFAULT JUDGMENT

This matter came on for consideration before the Honorable Robert M. Spector, United States Magistrate Judge, as a result of Plaintiffs' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b).  On August 21, 2024, an evidentiary hearing was held. On September 4, 2024, an Order was entered granting the Motion for Default Judgment in favor of Plaintiffs and jointly and severally against Defendants Prime Energy and 1st Light Energy in the amount of $1,000,000.

It is therefore ORDERED, ADJUDGED, and DECREED, pursuant to Fed. R. Civ. P. 54(b), that Default Judgment is entered in favor of Plaintiffs Bridget de Moura Castro and Luiz de Moura Castro and against Defendants Prime Energy and 1st Light Energy, and the case is closed.

Dated at New Haven, Connecticut, this 9th day of September 2024.

DINAH MILTON KINNEY, Clerk

By: _____/s/_____
Nicholas Langello, Deputy Clerk

EOD:  September 9, 2024