## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET DE MOURA CASTRO AND : | |
| LUIZ DE MOURA CASTRO, by his next best : | |
| friend Helena Hilario : | |
| *Plaintiffs* : | |
| v. : | 3:21-CV-01020 (RMS) |
| : | |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC, : | |
| PRIME ENERGY, LLC AND 1ST LIGHT : | September 23, 2024 |
| ENERGY, INC. : | |
| *Defendants* : | |

### PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

Pursuant to Federal Rule of Civil Procedure 54(d)(2) and the judgment entered by this Court against Defendants Prime Energy, LLC ("Prime") and 1st Light Energy, Inc. ("1st Light") on September 9, 2024 (ECF 152), Plaintiffs Bridget and Luiz de Moura Castro hereby move for an award of attorney's fees and costs and in support thereof states as follows:

1. Plaintiffs filed this action by way of a Complaint against Defendants July 26, 2021.

2. The Complaint alleged that the Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. §1681 et seq., Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. ("CUTPA"), and other state laws in relation to the sale and financing of a solar panel system to Plaintiffs.

3. After a half-day hearng on August 21, 2024 on damages in the federal courthouse, by Order dated September 4, 2024, this Court granted the Motion for Default Judgment against Prime and 1st Light, awarding Plaiintiffs a total of $1,000,000.00. (ECF 151).

4. On September 9, 2024, the Court entered judgment against Prime and 1st Light for $1,000,000.00. (ECF 152).

5.  Each of the statutes violated giving rise to judgment allow the Plaintiffs to recover their reasonable attorney fes:

   a. FCRA, 15 U.S.C. §§ 1681n(3), 1681o(2):  "Any person [violating FCRA] … is liable to that consumer in an amount equal to the sum of … in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court."

   b. CUTPA, Conn. Gen. Stat. § 42-110g(d): "In any action brought by a person under this section, the court may award, to the plaintiff, in addition to the relief provided in this section, costs and reasonable attorneys' fees based on the work reasonably performed by an attorney and not on the amount of recovery."

   c. Elder Exploitation, Conn. Gen. Stat. § 17b-462(a): "An elderly person who has been the victim of abuse, neglect, exploitation or abandonment, as such terms are defined in section 17b-450, may have a cause of action against any perpetrator and may recover actual and punitive damages for such abuse, neglect, exploitation or abandonment together with costs and a reasonable attorney's fee."

6.  Plaintiffs hereby move the Court for an award of their reasonable attorney fees.

7.  The tasks undertaken by Plaintiffs' counsel to reach the successful resolution of this case are set forth in the schedule of time expended included in the Certifications of Andrew Milz (Ex. 1) and Jeffrey Gentes (Ex. 3) submitted along with Plaintiffs' other certifications in support and memorandum of law.  Counsel has made certain voluntary reductions in light of a settlement with the other Defendant, significantly reducing their lodestar to the amount of $152,719.27 sought here.

8.    As set forth in the attached certifications and memorandum, the hourly rates of Plaintiffs' counsel are the actual hourly rates charged by counsel in complex litigation of the type pursued here. The hourly rates are consistent with the rates charged by other attorneys of similar experience and qualifications in this market.

9.    Moreover, the time spent by counsel was reasonable and necessary for the successful prosecution of this case.

WHEREFORE, Plaintiffs respectfully request that they be awarded reasonable attorney's fees and costs from Defendants in the amount of $152,719.27.

Dated: September 23, 2024                THE PLAINTIFFS
                                         BRIDGET DE MOURA CASTRO &
                                         LUIZ DE MOURA CASTRO

                                         /s/ Jeffrey Gentes
                                         Jeffrey Gentes (ct28561)
                                         Sarah White (ct29329)
                                         Connecticut Fair Housing Center
                                         60 Popieluszko Court
                                         Hartford, CT  06106
                                         Phone: (860) 263-0741

                                         /s/ Andrew M. Milz
                                         Andrew M. Milz (pro hac vice)
                                         Flitter Milz, P.C.
                                         450 N. Narberth Ave., Suite 101
                                         Narberth, PA 19072
                                         Phone: (610) 822-0781