**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND | : | |
| LUIZ DE MOURA CASTRO, by his next best | : | |
| friend Helena Hilario | : | |
| *Plaintiffs* | : | |
| v. | : | 3:21-CV-01020 (RMS) |
| | : | |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC, | : | |
| PRIME ENERGY, LLC AND 1ST LIGHT | : | SEPTEMBER 23, 2024 |
| ENERGY, INC. | : | |
| *Defendants* | : | |

<u>**CERTIFICATION OF ANDREW M. MILZ**</u>

I, ANDREW M. MILZ, certify the following to be true and correct:

I am an adult individual and a member of the bars of the Commonwealth of Pennsylvania and State of New Jersey in good standing. My firm is counsel for the Plaintiffs Luiz and Bridget de Moura Castro in the above-captioned action. This Certification is submitted in support of Plaintiffs' Motion for Attorney Fees.

<u>**Biography**</u>

1.      I am an attorney at the Flitter Milz, P.C. firm with Pennsylvania offices in suburban Philadelphia and Scranton, as well as offices in Cherry Hill, New Jersey and Rye Brook, New York. Prior to the establishment of Flitter Milz in November 2015, the firm was known as Flitter Lorenz, PC. Prior to the establishment of Flitter Lorenz on April 1, 2012, I was an associate at the Lundy, Flitter, Beldecos & Berger, P.C. law firm since April 2008, where I practiced consumer protection law. Prior to that, I was a law clerk at the Lundy Flitter firm and the Philadelphia consumer class action and securities firm Donovan Searles, LLC.

2.      I am admitted to practice and a member in good standing before the courts of the Commonwealth of Pennsylvania (2008) and State of New Jersey (2008), the United States

District Courts for the Eastern District of Pennsylvania (2008), Middle District of Pennsylvania (2012), Western District of Pennsylvania (2017), District of New Jersey (2008), and Central District of Illinois (2020), as well as the United States Court of Appeals for the Third Circuit (2008).  Additionally, I have been admitted *pro hac vice* in consumer protection matters in numerous state and federal courts around the country, including: California, Connecticut, Delaware, Florida, Maryland, North Carolina, New York, Ohio, and Texas.

3.      I am a January 2008 graduate of Temple University School of Law, evening division.  While at Temple, I was awarded distinctions for brief writing and outstanding oral advocacy in Temple's Integrated Trial Advocacy Program.  I was Executive Editor of the Temple Political and Civil Rights Law Review.

4.      I hold a Master of Arts degree in English Literature from the University of Scranton and a Bachelor of Arts in English, *cum laude*, from King's College.  I am a graduate of the Trial Lawyers College in Dubois, WY.

5.      I have been a member of the National Association of Consumer Advocates ("NACA") since 2008, having co-chaired and regularly presented at the organization's annual conferences.  I am on NACA's amicus brief committee for Pennsylvania and New Jersey, and I am part of the organization's Military Consumer Justice Project, which involves training Judge Advocates General (JAGs) at local military bases on ways consumer protection laws may assist our armed forces servicemembers.

6.      My peers have recognized me as a Pennsylvania Super Lawyer and Rising Star consecutively for the past eleven years, from 2014-present.

7.      On June 1, 2022, Community Legal Services of Philadelphia honored my firm and me at its annual Breakfast of Champions, presenting the firm with an Equal Justice Award,

recognizing our excellence in consumer protection law and the assistance we have given to low-income Philadelphians and consumers across Pennsylvania.

**Publications**

8.    I am one of the contributing authors of the leading and comprehensive treatises published by National Consumer Law Center ("NCLC") and used by judges and advocates nationally, including the leading treatise in the field of consumer repossessions, CAROLYN CARTER, ANDREW M. MILZ, ET. AL, REPOSSESSIONS, National Consumer Law Center (10th ed. 2021).  I have also contributed to ROBERT HOBBS, ET. AL, CONSUMER LAW PLEADINGS, National Consumer Law Center (19th ed., 2013) (Federal Odometer Act, consumer arbitration agreements) and JONATHAN SHELDON, ET. AL, FEDERAL DECEPTION LAW, National Consumer Law Center (2d ed., 2016, companion website 2017) (Telephone Consumer Protection Act).

9.    I am a contributing author to CAROLYN CARTER, ET.AL, PENNSYLVANIA CONSUMER LAW, Geo. Bisel Pub. Co. (2002 ed., 2023 Supplement), for which I am lead author and edit the chapter "Odometer Fraud" and co-author chapters "Repossessions" and "Attorney Fees in Consumer Litigation."

10.    I am the author of *Civil Jury Trial Preparation Checklist for United States District Court*, PBI No. 2024-12099, Pennsylvania Bar Institute (2024) and co-author of *Coverage, Consumer Rights and Remedies Under the Fair Debt Collection Practices Act*, PBI No. 2016-9436, Pennsylvania Bar Institute (2016); and *Basics of the Fair Credit Reporting Act*, PBI No. 2014-8241, Pennsylvania Bar Institute (2014). I am the author of *But Names Will Never Hurt Me?*, 16 Temp. Pol. & Civ. Rts. L. Rev. 283 (2006).  My article, *Guiding the Jury on an Unlikely Road to Justice*, was published in <u>The Warrior</u>, Magazine of the Trial Lawyers College (Winter 2021 ed.).

11.    I have been published or quoted on consumer issues in local and national legal publications, including The Legal Intelligencer, New Jersey Law Journal, and Law360.  I have been interviewed for stories by the Philadelphia Inquirer, ABC News, and NPR.  Recent appearances in mainstream publications include Salon, "*A Major Player in Solar Energy Leaves Some Customers Seething,*" May 9, 2020, https://www.salon.com/2020/05/09/a-major-player-in-solar-energy-leaves-some-customers-seething_partner/), Consumer Reports, "*Why the Pandemic May Be Hurting Your Credit Score,*" Feb. 3, 2021, https://www.consumerreports.org/credit-scores-reports/why-the-pandemic-may-be-hurting-your-credit-score/); Bankrate, "*How to Dispute a Credit Card Charge,*" Apr. 9, 2021, https://www.bankrate.com/finance/credit-cards/disputing-a-credit-card-purchase/); Kiplinger's, "*Repo Risk: Beware Illegal Car Repossessions,*" June 13, 2022, https://www.kiplinger.com/personal-finance/shopping/cars/604793/repo-risk-beware-illegal-car-repossessions; TIME, "*How Solar Sales Bros Threaten the Green Energy Transition,*" Nov. 21, 2023, https://time.com/6337766/solar-sales-bros-door-to-door/; TIME, "*The Rooftop Solar Industry Could Be on the Verge of Collapse,*" January 25, 2024, https://time.com/6565415/rooftop-solar-industry-collapse/; CNET, "*Don't Get Scammed on Solar Panels: 4 Financial Red Flags,*" Mar. 12, 2024, https://www.cnet.com/home/energy-and-utilities/dont-get-scammed-on-solar-panels-4-financial-red-flags/; NPR News, "*Rooftop Solar has a Fraud Problem. The industry is Working to Build Back Trust,*" Aug. 14, 2024, https://www.npr.org/2024/08/14/1244330369/solar-rooftop-panels-environment-fraud-deception.; and AARP Bulletin, "Fraud Watch: Beware of Clean Energy Scams," Sept. 2024 (Vol. 65, No. 7) https://www.aarp.org/publications/bulletins/aarp-bulletin-september-2024/.

**Faculty Appointments, Lectures, and Presentations**

12.     I am Adjunct Professor of Law at Temple University Beasley School of Law where I teach a course in Consumer Law and Litigation (LAW 0524) which focuses on state and federal substantive statutes, complex commercial litigation in the federal courts, and class action practice.

13.     In 2024, I was co-chair and moderator of PBI's *Symposium on Practice in the Federal Courts* at Temple University Beasley School of Law or September 11, 2024; presented *How to Choose Consumer Law Specialties* as a NACA webinar on April 18, 2024; *Expand Your Practice with Consumer Law* at the Montgomery Bar Association on April 17, 2024; *Solar Fraud Case Outcomes* at the NCLC/ NACA Spring Training Conference in Atlanta, GA on April 12, 2024; *Selected Topics in Consumer Protection Law* as a New Jersey Institute for Continuing Legal Education (NJICLE) webinar on March 26, 2024; *Consumer Protection Law and Litigation 2024* at the bar associations for Centre County, PA on March 21, 2024 and Cumberland County, PA on April 5, 2024; *Solar Sales Fraud: Coming to a Pennsylvania Doorstep Near You* at North Penn Legal Services in Pittston, PA on March 20, 2024.

14.     In 2023, I presented *Home Energy Programs: Solar & Door-to-Door Frauds (Including E-Sign), Part 2* at the National Consumer Law Center's annual Consumer Rights Litigation Conference in Chicago, IL on October 27, 2023; *The State of Solar Fraud in New Jersey*, at Legal Services of New Jersey's 2023 Basic Consumer Law Training on March 21, 2023 (virtual webinar); *Consumer Law and Litigation 2023* at the bar associations for Lancaster, Lehigh, Luzerne, and Lycoming PA counties on April 13-14, 21, and August 14, 2023; *Military Consumer Justice 2023* to JAGs at the legal assistance offices at U.S. Military Joint Base

McGuire-Dix-Lakehurst in Wrightstown, NJ on May 4, 2023 and at Dover Air Force Base in Dover, DE on June 2, 2023.

15.        In 2022, I presented *Solar Fraud and Other Home Improvement Scams* at the National Consumer Law Center's annual Consumer Rights Litigation Conference in Seattle, WA on November 11, 2022; *Solar Fraud: Tricks and Traps* for the National Association of Consumer Advocates on Oct. 12, 2022 (virtual webinar); I moderated the roundtable presentation *Identity Theft Case Examination* on May 11, 2022 and presented *Handling Cases Post-Judgment: Tips and Strategies for an Effective Outcome* at the National Association of Consumer Advocates' Spring Training Conference in Phoenix, AZ on May 12, 2022; *Effective Use of Discovery in FDCPA Cases* at the National Consumer Law Center's FDCPA Conference in Orlando, FL on April 26, 2022; *Complying with the Fair Debt Collection Practices Act (FDCPA)* for the New Jersey Institute for Continuing Legal Education (NJICLE) on April 19, 2022 via virtual webinar.

16.        During the pandemic, presentations were virtual.  In 2021, I was Co-Chairperson of the National Association of Consumer Advocates (NACA) "Spring Training" Conference, which was held virtually.  At that conference, I presented *Best Practices in Auto Trials and Arbitration* on April 13, 2021.  In 2020, I presented *The Dark Side of Solar: Fraud, PACE and Home Improvement Loan Scams* at the National Consumer Law Center's annual Consumer Rights Litigation Conference (virtual webinar) on November 9, 2020; and *Damages in Fair Credit Reporting Act Cases* for the National Association of Consumer Advocates' Spring Training on May 15, 2020 (virtual webinar).

17.        In 2019, I gave two presentations at the National Consumer Law Center's annual conference in Boston, MA on November 14-17, 2019: *Effective Use of the TCPA for Individual*

*Cases Challenging Debt Collection Harassment* and *Repossessions: FDCPA Claims, Breach of the Peace, and Big Verdicts*; participated in the *CFPB Community Roundtable on the FDCPA* with Director Kathy Kraninger in Philadelphia, PA on May 6, 2019; co-moderated *Trial Skills Workshop*, at the National Association of Consumer Advocates Fair Credit Reporting Act Conference in Long Beach, CA on May 1-2, 2019; presented *Repossession Law Developments 2019: SCOTUS Weighs-in, Breach of the Peace, and Big Verdicts* at the annual meeting of the National Association of Consumer Advocates, Pennsylvania Chapter, in Philadelphia on April 5, 2019; and *So You Want to Be a Lawyer,* at the "Looking Forward" Conference on March 23, 2019 at Misericordia University, Dallas, PA.

18.        In 2018, I presented *Military Consumer Justice Project 2018* to JAGs at the legal assistance offices at U.S. Military Joint Base McGuire-Dix-Lakehurst in Wrightstown, NJ on November 15, 2018 and at Dover Air Force Base in Dover, DE on November 16, 2018; and *Abusive Attorney Collection Practices* and *FDCPA Defensive Strategies (Part 1)* at the National Consumer Law Center's Fair Debt Collection Practices Conference on March 19-20, 2018 in Chicago, IL.

19.        In 2017, I was invited to present *Maximizing the Value of Individual TCPA Cases* at the National Consumer Law Center's Consumer Rights Litigation Conference on November 17, 2017 in Washington, DC; *The Legal Process: From Collection to Lawsuit,* on June 27, 2017 at Mount Airy USA, Philadelphia, PA; *Affirmative Consumer Law Claims in your Client Files Right Now*, on May 24, 2017 at the Wilkes-Barre Law and Library Association, Wilkes-Barre, PA and on July 20, 2017 at the Tioga County (Wellsboro, PA) and Lycoming County (Williamsport, PA) Bar Associations; *Turn the Tables: Affirmative Consumer Law Claims Arising from Debt Collection* on March 30, 2017 at North Penn Legal Services' Annual

Conference at Marywood University, Scranton, PA; *Maximizing the Value of Individual TCPA Cases* at the National Consumer Law Center's Fair Debt Collection Practices Training Conference on March 28, 2017 in New Orleans, LA; *So, You Want to Be a Lawyer* at the "Looking Forward" Conference on March 11, 2017 at Luzerne County Community College, Nanticoke, PA.

20.     In 2016, I presented *Claims Spotting in Repossessions and Auto Loan Collections* at the National Consumer Law Center's Fair Debt Collection Practices Training Conference on March 11, 2016 in Miami, FL; *What it Takes to Be a Lawyer and Live a Happy Life* at the "Looking Forward" Conference on March 19, 2016 at Penn State University, Wilkes-Barre Campus; and I was course planner, author and presenter of *PBI's Evolving Issues in Fair Debt Collection: FDCPA, TCPA and Beyond* in Philadelphia (and simulcast) on June 20, 2016.

21.     In 2015, I co-presented *Ethical Issues Presented by Individual and Class Action Retainer Agreements* at the National Consumer Law Center's Fair Debt Collection Practices Training Conference on March 13, 2015 in Washington, DC; presented *A Consumer Litigator's Guide to Clients' Use of Social Media* at the 9th Annual meeting of the National Association of Consumer Advocates, Pennsylvania Chapter, at Temple University School of Law on March 20, 2015; co-presented *Military Consumer Law Readiness Project* on June 17, 2015 at U.S. Military Joint Base McGuire-Dix-Lakehurst, in Burlington County, NJ; presented *Consumer Debt Collection* on November 4, 2015 at the 71st Annual Legal Assistance Course at the U.S. Judge Advocate General's Legal Center and School, in Charlottesville, VA; and co-presented *Breach of the Peace: Police Involvement in Repossessions* on November 12, 2015 at the National Consumer Law Center's Consumer Rights Litigation Conference in San Antonio, TX.

22.      In 2014, I was a course planner, author and presenter of PBI's Primer on the Fair Credit Reporting Act on June 6, 2014 in Philadelphia and June 12, 2014 in Mechanicsburg, PA (simulcast); presented *Significant Consumer Decisions in the Past Six Months,* at the 8th Annual meeting of the National Association of Consumer Advocates, Pennsylvania Chapter at Villanova University School of Law on March 21, 2014; and *ID Theft Statutes & Consumer Remedies* at PBI's Identity Theft CLE program in Mechanicsburg, PA, on March 10, 2014.

23.      In 2013, I was a course planner, author and presenter of PBI's Primer on the Fair Debt Collection Practices Act on June 6, 2013 in Philadelphia.  Additionally, I presented *Effective Fee Petitions* at the 7th Annual meeting of the National Association of Consumer Advocates, Pennsylvania Chapter in Philadelphia on March 22, 2013, *Fraud and Deception: State UDAP Statutes* on March 4, 2013 at Temple University Beasley School of Law, and *Predatory Lending and Truth in Lending Act Rescission* on October 30, 2013 at Widener University Delaware School of Law.

24.      In 2012, I presented the following lectures: *Consumer Law Triage* on November 13, 2012 at North Penn Legal Services in Wilkes-Barre, PA; *Discovery and Trial in the Consumer Protection Case* on October 24, 2012 at Widener University Delaware School of Law, and *Trial of the Consumer Protection Case* on March 26, 2012 at Temple University Beasley School of Law.

25.      In 2011, I co-presented *Repossessions and Defending the Deficiency Suit* at the 5th Annual meeting of the National Association of Consumer Advocates, Pennsylvania Chapter, on March 18, 2011 at Widener University School of Law in Harrisburg, PA (with Professor Juliette Moringiello); and *Military Consumer Law Readiness Project* on November 2, 2011 at U.S. Military Joint Base McGuire-Dix-Lakehurst, in Burlington County, NJ.

**Litigation Experience**

26.        At the Flitter Milz firm, I primarily practice in the area of consumer protection law.  I have been counsel of record in over 500 cases in the federal courts.  I represent consumers individually and in class actions.

Consumer Law Trials.  I have represented plaintiffs in over two dozen consumer protection trials.  I was lead counsel in the first and only mass-action case ever tried under New Jersey's Real Estate Timeshare Act ("RETA"), which, after a three-week jury trial, resulted in a unanimous verdict voiding exculpatory contract waivers, cancelling all eleven timeshare transactions at issue in the case, and awarding actual and enhanced damages of $1.07 million to my consumer clients, *Palmer v. Flagship Resort Development Corp.*, ATL-L-1515-19 (N.J. Super. Ct. Law Div. Atlantic Co., jury verdict dated Sept. 30, 2022) (Bergman, J.S.C.).

I also tried the following federal jury trials: *Cappuccio v. Prime Capital Funding*, U.S.D.C. E.D. Pa. No. 07-cv-04627 (Sánchez, J.) (Truth in Lending Act, Equal Credit Opportunity Act, Pennsylvania's Unfair Trade Practices and Consumer Protection Law; punitive damage verdict); *Wise v. Americredit Fin. Servs., Inc.*, U.S.D.C. E.D. Pa. No. 09-cv-00102 (Robreno, J.) (Fair Credit Reporting Act, Pennsylvania's Uniform Commercial Code, Fair Credit Extension Uniformity Act); *Singleton v. Universal Credit Services, et. al*, U.S.D.C. E.D. Pa. No. 14-cv-06380 (Pappert, J.) (Fair Credit Reporting Act); *Hyman v. Devlin*, U.S.D.C. W.D. Pa. No. 18-0089 (Gibson, J.) (civil rights law in the context of a vehicle repossession; punitive damage verdict); *Davis v. Spicer, et. al,* U.S.D.C. Dist. Del. No. 21-CV-874 (Fallon, M.J.) (civil rights in context of vehicle repossession); *Farrington v. Freedom Mortgage Corp.*, U.S.D.C. D.N.J. No. 20-CV-4432 (Williams, J.) (New Jersey's Consumer Fraud Act, federal Real Estate Settlement

Procedures Act (RESPA), bad faith mortgage servicing; enhanced verdict for consumer of $3.522 million, later remitted).

In addition, I have tried three federal bench trials to verdict (FDCPA, FCRA, Pennsylvania's UCC, UTPCPL), seven E.D. Pa. Loc. R. 53.2 federal court arbitrations on matters arising under consumer protection statutes (*e.g.*, Truth in Lending, Fair Credit, Fair Debt, Electronic Funds Transfers Act, Pennsylvania's UCC, UTPCPL), at least eleven state court bench trials (nine defending consumer debtors in collection cases, one auto fraud case, and one defending propriety of class settlement distributions (*Coates v. Settlement Administrator*, Del. Co. 2012)), numerous state court and private arbitrations, two preliminary injunction hearings (one state, one federal), three *Daubert* hearings, multiple class certification hearings, miscellaneous evidentiary and discovery hearings, and successfully tried the evidentiary hearing in what the Chief Judge for the U.S. Bankruptcy Court for the Eastern District of Pennsylvania called "one of the most egregious instances of a bad faith filing that the Court has been witness to in over 17 years." *In re Hansen*, No. 11-10472-SR (Bkrtcy. E.D. Pa. bench ruling dated June 7, 2011) (Raslavage, C.J.) (unraveling sophisticated accounting scam to recover $1 million in stolen insurance proceeds).

27.    <u>Consumer Law Appeals</u>.    I have been counsel or co-counsel of record in numerous appeals involving novel and important consumer law issues, including:

    a.  *Cappuccio v. Prime Capital Funding LLC*, 649 F.3d 180 (3rd Cir. 2011) (Truth in Lending Act);

    b.  *Lesher v. Law Offices of Mitchell N. Kay, PC*, 650 F.3d 993 (3rd Cir. 2011), *cert. den.* 565 U.S. 1185 (2012) (Fair Debt Collection Practices Act);

    c.  *Jackson v. Midland Funding, LLC*, 468 Fed. Appx. 123 (3d Cir. 2012) (Fair Debt Collection Practices Act);

    d.  *Edmonson v. Lincoln Nat. Life Ins. Co.*, 725 F. 3d 406 (3d Cir. 2013) *cert. den.* 572 U.S. 1114 (2014) (ERISA, class action);

e.  *Gager v. Dell Fin. Servs.*, 727 F. 3d 265 (3d Cir. 2013) (Telephone Consumer Protection Act);

f.  *Cubler v. Trumark Fin. Credit Union,* 83 A.3d 235 (Pa. Super. Ct. 2013) (Article 9 of Pennsylvania's UCC, class action);

g.  *Douglass v. Convergent Outsourcing,* 765 F.3d 299 (3d Cir. 2014) (Fair Debt Collection Practices Act, class action);

h.  *Rodriguez v. Fulton Bank, N.A.,* 108 A.3d 100 (Pa. Super. Ct. 2014) (table), *alloc. den.* 112 A.3d 654 (Pa. Mar. 11, 2015) (table) (forced arbitration, class action);

i.  *Grimes v. Enterprise Leasing Co. of Phila. LLC,* 105 A.3d 1188 (Pa. 2014) (amicus counsel, PA Unfair Trade Practices and Consumer Protection Law);

j.  *Daniels v. Hollister Co.,* 113 A.3d 796 (N.J. App. Div. 2015) (affirmance of trial court's class certification in consumer gift-card case);

k.  *Bock v. Pressler & Pressler, LLP*, 658 Fed. Appx. 63 (3d Cir. 2016) (Fair Debt Collection Practices Act, constitutional standing), *judgment re-entered upon remand at* 254 F. Supp. 3d 724 (D.N.J. 2017);

l.  *Schultz v. Midland Credit Management,* 950 F. 3d 159 (3d Cir. 2018) (Fair Debt Collection Practices Act, class action);

m.  *Goffe v. Foulke Mgmt.,* 208 A.3d 859 (N.J. 2019) (amicus counsel, forced arbitration);

n.  *Hyman v. Devlin,* 826 Fed. Appx. 244 (3d Cir. 2020) (Section 1983 of Civil Rights Act in context of vehicle repossession);

o.  *Knight v. Vivint Solar,* 243 A.3d 956 (N.J. App. Div. 2020) (forced arbitration); *cert. den.* 246 N.J. 222 (N.J. 2021);

p.  *Zentner v. Brenner Car Credit,* 273 A.3d 1033 (Pa. Super. Ct. Feb. 8, 2022) (table) (class action; forced arbitration);

q.  *Ingram v. Experian,* 83 F.4th 231 (3d Cir. 2023) (Fair Credit Reporting Act); and

r.  *Dwyer v. Ameriprise Fin., Inc.*, 313 A.3d 969 (Pa. 2024) (amicus counsel, PA Unfair Trade Practices and Consumer Protection Law); and

s.  *Bristol Myers Squibb Co. et al. v. Bacerra, et al.*, Nos. 24-1820, 24-1821 (3d Cir. pending) (amicus counsel, Inflation Reduction Act drug pricing).

28.    Certified Class Counsel in Consumer Cases.  In my time at the Flitter Milz firm, I have been co-counsel of record in over two dozen consumer class actions, including both settlements and contested class certifications.  I was certified on contest (over the objection of defendants), and named as class counsel in the following:

a.  *Lantych v. Flagship Resort Dev.*, N.J. Sup. Ct. Law Div. Atlantic County: No. ATL-L-000744-23 (Order and Opinion granting class certification on contest dated July 23, 2024) ("[Flitter Milz, PC] possess considerable experience in the litigation of class action lawsuits.");

b.  *Dashiell v. Best Buy Imports Inc.,* Phila. Co. Pa. CCP No. 2205-00968 (Order and Opinion granting class certification on contest, dated June 6, 2024) ("[Flitter Milz] attorneys [are] well-qualified in the field and specializing in claims on behalf of consumers.");

c.  *Bolton v. New Alliance Fed. Credit Union*, Beaver Co. Pa. CCP, No. 10318 of 2023, 2024 WL 1771864 (Pa. Com. Pl. Apr. 15, 2024) (Opinion and Order granting Class Certification on contest);

d.  *Atterbury v. Earn Company et al.,* Phila. Co. Pa. CCP, Term 2021 No. 00637 (Order and Opinion granting Class Certification on contest, dated April 18, 2023);

c.  *Lane v. Ardent Credit Union*, Phila. Co. Pa. CCP, Feb. Term 2020, No. 00450 (Order and Opinion granting Class Certification on contest, dated Dec. 6, 2022).

d.  *Chipego v. Five Star Bank*, Phila. Co. Pa. CCP, May Term 2017, No. 02466 (Order and Opinion granting Class Certification on contest, dated Sept. 30, 2021).

e.  *Norman v. TransUnion, LLC,* 479 F. Supp. 3d 98 (E.D. Pa. 2020), *appeal den.* 2020 WL 6393900 (3d Cir. Sept. 15, 2020) (class certification granted on contest) ("Norman's counsel has abundant experience litigating FCRA class actions");

f.  *Schultz v. Midland Credit Management, Inc.,* 2020 WL 3026531 (D.N.J. June 5, 2020) (class certification granted on contest) (counsel "collectively have decades of experience litigating consumer class actions, including many brought under the FDCPA");

g.  *Huffman v. Prudential Ins. Co. of Am.,* 2018 WL 583046 (E.D. Pa. Jan. 29, 2018) (on contest, ERISA case, holding "class counsel 'possess the expertise to litigate this matter effectively, as evidenced by the quality, timeliness and professional nature of their work'"); and

h.  *Daniels v. Hollister Corp.,* N.J. Super. Ct. Ocean Co. No. OCN-L-2310-12 (certification order dated Feb. 6, 2014) (on contest), *aff'd* 440 N.J. Super. 359 (App. Div. 2015).

**<u>Hourly Rate</u>**

29.      My hourly rate for 2024 is $595.00.  This rate represents a 6% increase from my 2023 rate.  This represents a fair, reasonable market rate for an attorney of my experience and credentials and the rate the firm typically charges and receives for my services.  My 2024 rate of $595.00 fits comfortably in the range of fees for an attorney of my experience and expertise

($535-$625) set forth in the fee schedule published by Community Legal Services of Philadelphia ("CLS"): https://clsphila.org/about-community-legal-services/attorney-fees/ [1]

30.    My hourly rate for 2023 was $555.00. That rate represented a 6% increase from my 2022 rate.

31.    My hourly rate for 2022 was $520.00.  I was awarded $500.00/hour in the Superior Court of New Jersey, Atlantic County, in the case *Palmer et al. v. Flagship Resort Development Corp.*, ATL-L-001515-19 (modified award, on contest, dated April 17, 2023).

32.    My hourly rate for 2021 was $490.00.  This rate was approved by U.S. District Judge Harvey Bartle III in the Fair Credit Reporting Act case *Hutchins v. Mountain Run Solutions & Experian*, No. 20-cv-05853-HB (E.D. Pa. Jan. 3, 2022) (ECF 25, order on attorney fees and costs).[2]

33.    My hourly rate for 2020 was $465.00.  This rate represented about a 5.6% increase from my 2019 rate.  I did not have the occasion to submit my 2020 rate to any court for approval.

34.    My hourly rate for 2019 of $440.00 was approved in the rural Johnstown vicinage of the Western District of Pennsylvania by Senior U.S. District Judge Kim R. Gibson in *Hyman v. Devlin*, 2019 WL 2271113 (W.D. Pa. May 28, 2019) (granting fee petition in its entirety on contest, holding "the Eastern District of Pennsylvania rates for Hyman's attorneys are reasonable given the specialized nature of this case"); by Senior U.S. District Judge Jan E. DuBois in *Sharpe v. Midland Funding,* U.S.D.C. E.D. Pa. No. 16-cv-06256-JD (final approval of class

---

[1]    The Third Circuit has long held that the fee schedule published by Community Legal Services of Philadelphia ("CLS") is a useful benchmark for determining a reasonable rate. *Maldonado v. Houstoun*, 256 F.3d 181, 187-88 (3d Cir. 2001).

[2]    While the *Hutchins* opinion was issued in 2022, the plaintiff's motion for an attorney fee award was filed in December 2021, so the Court utilized 2021 rates. *See Lanni v. New Jersey*, 259 F.3d 146, 149-50 (3d Cir. 2001) (the "current market rate … is the rate at the time of the fee petition.").

settlement dated Oct. 15, 2019); and was submitted to and utilized by U.S. District Judge Joseph F. Leeson in granting final approval to the class settlement and fee award in the ERISA class action *Huffman v. Prudential*, U.S.D.C. E.D. Pa. Doc. No. 10-CV-5135 (Final Approval Order docketed April 15, 2019).

35.     My hourly rate for 2018 was $405.00.  This rate was approved by U.S. District Judge Timothy J. Savage in the class action matter *McCalvin v. Condor Holdco Securitization Tr.,* 2018 WL 5816779 (E.D. Pa. Nov. 6, 2018) ("Given the nature of the services provided, Class Counsel's experience in consumer class action cases and the rates of other lawyers in the community with similar skills and experience, Class Counsel's hourly rate is reasonable.").

36.     My rate for 2017 was $375.00 per hour.  This rate was approved by U.S. District Judge Noel Hillman in an FDCPA and TCPA matter *Frischberg v. Global Service Group, LLC*, 2018 WL 3472626 (D.N.J. July 18, 2018); and utilized by Judge Craig Wellerson, JSC in granting final approval to the class settlement and fee award in *Daniels v. Hollister Corp.*, N.J. Super. Ct. Ocean Co. No. OCN-L-2310-12 (final approval dated Mar. 3, 2017).

37.     My 2016 rate of $345.00 was approved by Senior U.S. District Judge Eduardo C. Robreno in the Fair Debt Collection Practices Act class action *Good v. Nationwide Credit, Inc.*, 314 F.R.D. 141 (E.D. Pa. 2016) (final approval of class settlement).  This rate was also utilized by U.S. District Judge Malachy E. Mannion in granting final approval to the class settlement and fee award in the repossession notice class action *Brennan v. Community Bank, N.A.*, U.S.D.C. M.D. Pa. Doc. No. 13-CV-02939 (Final Approval Order docketed Mar. 31, 2016).

38.     My 2015 rate of $325 per hour was approved by U.S. District Judge A. Richard Caputo in the Fair Debt class action *Richards v. Client Servs. Inc.*, 2015 WL 5836274 (M.D. Pa. Oct. 5, 2015); by U.S. District Judge Juan R. Sánchez in the FDCPA class action *Vidra-Miller v.*

*Midland Credit Management*, U.S.D.C. E.D. Pa. Doc. No. 13-CV-01847 (Final Judgment and Order of Dismissal dated Sept. 23, 2015); by U.S. District Judge Stewart Dalzell in awarding discovery sanctions in *Johns v. Ability Recovery Services, LLC,* No. 14-CV-7206 (sanctions order dated July 20, 2015); by U.S. District Judge Joel H. Slomsky in the FDCPA class action *Douglass v. Convergent Outsourcing*, U.S.D.C. E.D. Pa. Doc. No. 12-1524 (Final Judgment and Order of Dismissal dated June 12, 2015); and by U.S. District Judge John R. Padova in *Chiappinelli v. AFM Fin. Servs., LLC,* U.S.D.C. E.D. Pa. Doc. No. 14-CV-6707 (Order granting default judgment dated May 19, 2015).

39.     My hourly rate for 2014 was $305.00 per hour.  This rate was approved by U.S. District Judge Gene E.K. Pratter in the FDCPA class action settlement *Harlan v. Transworld Sys., Inc.*, 2015 WL 505400 (E.D. Pa. Feb. 6, 2015) (recognizing $305 hourly rate for 2014 was "reasonable given the current market rates in the region for … an experienced associate"); and was utilized as the basis for a fee award by U.S. District Judge Mary A. McLaughlin in the individual FDCPA matter *Hishmeh v. Cabot Collection Sys., LLC,* U.S.D.C. E.D. Pa. No. 13-04795 (Doc. No. 19, order dated Apr. 1, 2014) (defendant did not contest $305 hourly rate).

40.     My 2013 hourly rate of $285.00 was approved by Senior U.S. District Judge Edmund V. Ludwig in the FDCPA class action *Durr v. Rochester Credit Center*, U.S.D.C. E.D. Pa. Doc. No. 09-4232 (Final Judgment and Order of Dismissal dated March 5, 2013); Senior U.S. District Judge Norma L. Shapiro in the individual FDCPA case *Warner v. Halstead Fin.*, U.S.D.C. E.D. Pa. Doc. No. 13-CV-1744 (Order granting default judgment dated Aug. 6, 2013); and was utilized by Pennsylvania Common Pleas Court Judge Mary Colins in granting final approval to the class settlements and fee awards in the repossession notice class actions, *Haggerty v. Citadel Fed. Credit Union*, Phila Co. CCP No. 1101-03725 (Final Approval

docketed July 10, 2013) and *Simonson v. Am. Heritage Fed. Credit Union*, Phila Co. CCP No. 1110-3762 (Final Approval dated July 17, 2013).

41.     My hourly rate in 2012 was $265.00 per hour.  This rate was approved by Judge Dolores K. Sloviter of the U.S. Court of Appeals for the Third Circuit in *Jackson v. Midland Funding, LLC,* U.S.C.A. 3d Cir. Doc. No. 11-2176 (Order granting application for attorney fees dated May 4, 2012); and was utilized by Pennsylvania Common Pleas Court Judge Mary Colins in granting final approval to the class settlement and fee award in the repossession notice class action, *Zawislak v. Beneficial Bank*, Phila Co. CCP No. 1103-3622 (Final Approval dated June 28, 2012).

42.     My hourly rate in 2011 was $245.00 per hour.  This 2011 rate was approved by Senior Judge Thomas N. O'Neill, Jr. of the United States District Court for the Eastern District of Pennsylvania in the FDCPA case *Easley v. Worldwide Recoveries, LLC*, U.S.D.C. E.D. Pa. Doc. No. 10-3922 (Damages Order dated January 24, 2011); by Judge Legrome D. Davis of the United States District Court for the Eastern District of Pennsylvania in the FDCPA class action *Jones v. Client Services*, U.S.D.C. E.D. Pa. Doc. No. 10-0343 (Final Judgment and Order of Dismissal dated Feb. 25, 2011); by Judge Cynthia M. Rufe of the United States District Court for the Eastern District of Pennsylvania in the FDCPA case *Harlan v. NRA Group, LLC*, 2011 WL 813961 (E.D. Pa. Mar. 2, 2011) (rate approved on contest, recognizing "experience in prosecuting individual and class actions based on federal consumer protection law."); and was utilized by Senior Judge Norma L. Shapiro in the UCC defective repossession notice case *Hartt v. Flagship Credit Corp*, U.S.D.C. E.D. Pa. Doc. No. 10–822 (Final Judgment and Order of Dismissal dated Apr. 5, 2011); and by U.S. District Judge Berle M. Schiller in the repossession notice class action *Cosgrove v. Citizens Auto. Fin., Inc.*, 2011 WL 3740809 (E.D. Pa. Aug. 25,

2011) (noting "Class counsel is highly experienced in consumer class actions and… has consistently submitted excellent work to the Court.").

**Litigation of the Instant Case, Facts Material to Motion for Fees**

43.    The de Moura Castros are in their eighties.  Luiz is suffering from Parkinson's disease and has had several strokes.  As a result, time was of the essence in this case.  Moreover, forced arbitration is particularly damaging to the plight of elderly consumers to obtain justice.  In *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 143 S. Ct. 1915, 216 L. Ed. 2d 671 (2023), the U.S. Supreme Court held that filing of a motion to compel arbitration and any subsequent appeal could stay a case indefinitely until the appeal is resolved.  For defrauded consumers in their 80's or 90's, a defendant's motion to compel arbitration could mean the end of their court case and can often result in them capitulating to proceed in a hostile arbitration forum. Nonetheless, we did our their very best to move this case forward as fast as possible, without sacrificing our clients' substantive or procedural rights.

44.    This case was not facile.  We ran substantial risk for undertaking it, particularly on a fully contingent basis.  Based on my experience in other solar fraud matters where arbitration was denied on the basis of forgery and fraud in the execution, namely *Doney v. Vivint Solar, and Knight v. Vivint Solar,* I knew there were ways to challenge arbitration here. But clearly, based on two judicial opinions and a scheduled trial on the question, defeating arbitration was not a foregone conclusion.  If arbitration could not be overcome, this would have been an undesirable case for a consumer attorney to take.

These corporate defendants were represented by skilled attorneys from large firms with more resources.  1st Light was defended for most of the case by experienced attorneys from Hassett & George, PC, a firm with two dozen lawyers.  GoodLeap was represented by Phillips

Lytle, LLP, a New York firm boasting 148 attorneys. The zealous defense waged by these defendants forced us to expend a great deal of time and resources at our small firms to successfully prosecute this case to its conclusion.

45.      The endeavors of the de Moura Castros are in the public record. Typically, the settlement agreements into which consumers enter with companies in consumer fraud matters frequently include confidentiality provisions. To my knowledge, this is the first judgment from a U.S. District Court awarding damages to consumer victims of solar sales fraud. I have been litigating cases like this one since 20216, and am one of a handful of consumer attorneys litigating solar fraud cases around the country. I am aware of a handful of confidential settlements in egregious solar fraud cases in courts around the country that settled as trial approached that are consistent with the Court's award against the defaulted defendants.

Plaintiffs' public recovery of a seven-figure judgment against these solar sales companies will help other consumers recover their losses when they have been similarly defrauded. This judgment is important not only for the de Moura Castros, but for other consumers who have been defrauded by door-to-door solar sales companies. Plaintiff demonstrated at trial that these defaulted Defendants have been sued in other matters for similar conduct. Unfortunately, solar fraud is endemic today, with "fintech" companies (like GoodLeap) putting iPads with electronic loan applications in the hands of salesmen (like Defendants' agent Mark Murphy) motivated to make a sale at any cost, even if it means forging sales documents and hiding them from consumers via a fake email address. This case is not a "one-off." See, e.g., TIME, "The Rooftop Solar Industry Could Be on the Verge of Collapse," January 25, 2024, https://time.com/6565415/rooftop-solar-industry-collapse/. The Court's punitive damage award of $667,766.27 will demonstrate that our society and civil justice system will not tolerate this

kind of egregious fraud, and will serve as a warning to solar fraudsters within these companies, throughout Connecticut, and around the country.

46.     We were first approached by Cema Siegel, the de Moura Castros' daughter, after she found by firm online.  This is my firm's only case representing the de Moura Castros, who we represented since the case's inception in 2021.  My firm, as well as our co-counsel Connecticut Fair Housing Center, agreed to represent the de Moura Castros on 100% contingent basis, meaning we only got paid if we succeeded for the client.  Up until the case against Goodleap was resolved by settlement in mid-August 2024, neither of our firms received $1 for our work over three years of the case. We also paid approximately $15,000 in litigation costs, which only recently were reimbursed (litigation costs are not sought here).  Pursuant to our engagement agreement with the de Moura Castros, our firms would only receive payment for our fees if we succeeded in obtaining a recovery for the plaintiffs.  The engagement letter states: "In the event there is no recovery, you [i.e. client] will have no obligation to pay us for legal fees." Our firms thus ran the very real risk of not getting paid at all for over three years of work on this case.

47.     Although we were not precluded from accepting other cases by virtue of representing the de Moura Castros, as a practical matter, this case took up substantial time and resources from both firms.  This time could have been spent helping consumers in other matters, but was necessary for the successful prosecution here.

48.     The total bill for the Flitter Milz, PC firm is attached as Exhibit 1 hereto.  Our firm uses a timekeeping software called PC Law.  Out time entries are made contemporaneously with our work on the case.  The bill reflects the total lodestar (hours x hourly rate) for each time keeper at the firm:

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Cary L. Flitter | 6.00 | $905.00 | $5,430.00 |
| Andrew M. Milz | 254.10 | $595.00 | $151,189.50 |
| Jody Lopez-Jacobs | 123.80 | $390.00 | $48,282.00 |
| Selma Garrett | 1.50 | $235.00 | $352.50 |
| Joan M. Raughley | 25.50 | $235.00 | $5,992.50 |
| Valarie Bolton | 8.90 | $235.00 | $2,091.50 |
| Clerk | 1.80 | $235.00 | $423.00 |
| Totals | 421.60 | | $213,761.00 |

49.     My qualifications supporting my hourly rate are set forth at length above.  My time entries are listed as "AMM" on the timesheets. Where possible, I delegated certain tasks to my associate attorney, Jody López-Jacobs ("JLJ" on the timesheets) or my paralegals and Joan Raughley ("JMR") and Valerie Bolton ("VB"). Both have over 35 years' experience as a paralegal. Selma Garrett ("SG") was a former temporary paralegal at the firm with similar qualifications.  The paralegal rates we charge for their services falls below the range of approval ($245-285) for experienced paralegals set forth in the CLS fee survey. (See https://clsphila.org/about-community-legal-services/attorney-fees/ ).   We bill the miniscule amount of law clerk time (1.8 hours) at the same rate as paralegals.  These rates, and the time spent are reasonable and necessary.

50.     Other attorney work at the Flitter Milz firm, largely legal research and legal briefing, was performed by associate Jody López-Jacobs (123.80 hours x $390 for a lodestar of $48,282.00).  Mr. Lopez-Jacobs graduated from Temple Law in 2014 in the top 10% of his class

with *magna cum laude* and Order of the Coif honors. After law school, Mr. López-Jacobs served as a law clerk for the Honorable Mark A. Kearney of the Eastern District of Pennsylvania.

51.     Senior partner Cary Flitter's time was limited to case management and strategy, and Plaintiffs are not seeking his fees in their motion. In a three-lawyer firm with a junior partner trying the case, an associate providing support and research, and a senior partner assisting with strategy, I believe my firm demonstrated efficiency in delegation of tasks among its three lawyers.

52.     We have made certain voluntary reductions to our total lodestar. In making their voluntary reductions, Plaintiffs' counsel have categorized the tasks associated with the case as follows:

a. **Merits** – this includes time that was spent to prosecute the merits of the case against all three defendants, no matter the stage of the case. This includes intake, meeting with the clients, drafting of the complaint, service of process, discovery on the merits, taking and defending the clients' depositions, the Mark Murphy depositions, and preparation for the merits trial. (Plaintiffs have applied a voluntary **1/3 (33%) reduction** to this time to account for the settling defendant, GoodLeap).

b. **Arbitration** – this includes time that was spent to defend against the motions of 1st Light and GoodLeap to compel arbitration, briefing and legal research associated therewith, the July 2022 evidentiary hearing, supplemental briefing that followed, discovery limited to contract formation, and preparation for the jury trial on contract formation. (As Prime did not move for arbitration[3] and GoodLeap has settled, Plaintiffs apply a voluntary **reduction of ½ or 50%** of lodestar to these entries).

c. **GoodLeap only** – from June 21, 2024 through August 9, 2024, only GoodLeap was contesting the case in the lead-up to the merits trial. (Plaintiffs apply a **100% discretionary reduction** for that time).

d. **Default** – this includes time spent serving Prime and 1st Light, drafting and filing the motions for default judgment against them, preparing for and trying the August 21,

---

[3]     Prime Energy would have, however, been subject to arbitration had the other Defendants been successful in processing their motions to stay. *See* ECF No. 83. Nevertheless, Plaintiffs apply a reduction of ½ rather than 1/3.

2024 damages hearing against those defendants, entry of judgment, and preparation of the filing of this fee petition.  (There is **NO** discretionary reduction to this time).

CHART OF VOLUNTARY REDUCTIONS FOR FLITTER MILZ, PC

| Dates | Description of time entries | Time [4] | FM Lodestar | Billing category | Reduction Percentage | Reduction in Dollars | Total lodestar sought after reductions |
|---|---|---|---|---|---|---|---|
| Feb. 26, 2021-Sept. 12, 2021 | Initial client intake, meetings with clients, researching claims, drafting complaint, serving defendants | 39.2 | $18,457.50 | Merits | 33% | $6,094.26 | $12,363.24 |
| Sept. 13, 2021 – Jan. 12, 2022 | Opposing motion to compel arbitration, i.e. initial brief and sur-reply | 32.00 | $15,351.50 | Arbitration | 50% | $7,675.75 | $7,675.75 |
| Jan. 31, 2022 – May 11, 2022 | Service attempts on Prime Energy | 2.1 | $772.00 | Default | 0% | NA | $772.00 |
| May 23, 2022 – Mar. 2, 2023 | Continuing work opposing motion to compel arbitration, preparation and trial of evidentiary hearing on contract formation in July 2022, post-hearing briefing (discrete items re default, set forth immediately below, excluded) | 51.7 | $23,083.50 | Arbitration | 50% | $11,541.75 | $11,541.75 |
| Aug. 8-10, 23-24, 2022 | Work on motion for default judgment against Prime | 7.4 | $2,839.50 | Default | 0% | NA | $2,839.50 |

---

[4]    Reflects CLF time deleted.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mar. 8, 2023 – Feb. 7, 2024 | Discovery and trial preparation, including preparing and taking the clients' depositions | 31.60 | $17,621.00 | Merits | 33% | $5,753.66 | $11,507.33 |
| Feb. 8, 2024 – May 17, 2024 | Preparation for scheduled trial on contract formation, including compilation of final pretrial memo, jury charges and verdict slip, preparation of exhibits and witnesses, and associated trial prep work. | 51.0 | $26,539.00 | Arbitration | 50% | $13,269.50 | $13,269.50 |
| May 18, 2024 – June 19, 2024 | Merits discovery after Goodleap and 1st Light withdrew their motions to compel arbitration. Document and written discovery was followed by the depositions of Plaintiffs' daughters and son-in-law, and corporate representatives. June 19th is the day that 1st Light withdrew from the case and defaulted. | 27.3 | $12,964.00 | Merits | 33% | $4,278.12 | $8,685.88 |
| June 21, 2024 – Aug. 9, 2024 | Preparation for trial against Goodleap (excluding discrete items listed below) | 102.1 | $50,052.00 | Goodleap only | 100% | $50,052.00 | $0 |
| July 1, 2024 | Legal research re damages, right to trial, against defaulted defendants. | 1.9 | $1,048.50 | Default | 0% | $1,048.50 | $1,048.50 |

| July 10, 16, 2024 | Prepare for and take deposition of Mark Murphy, salesman | 8.1 | $4,819.50 | Merits | 33% | $1,590.43 | $3,229.07 |
|---|---|---|---|---|---|---|---|
| July 19, 2024 | Edits to second motion for default judgment against Prime and 1st Light | 1.2 | $652.50 | Default | 0% | NA | $652.50 |
| July 31, 2024 and Aug. 2, 2024 | Work on joint pretrial memo and exhibit list that carried over into preparation of same for trial against defaulted defendants | 4.5 | $2,677.50 | Merits | 33% | $883.58 | $1,793.92 |
| Aug. 9, 2024 – Sept. 6, 2024 | Prepare for damages trial against defaulted defendants, try damages hearing | 32.5 | $18,563.00 | Default | 0% | NA | $18,563.00 |
| Sept. 9, 2024 – Sept. 19, 2024` | Prepare and file fee petition, supporting certifications, associated legal research | 17.4 | $10,189.00 | Default | 0% | NA | $10,189.00 |
| **TOTAL FLITTER MILZ, PC LODESTAR AFTER REDUCTIONS** | | | | | | | **$104,130.94** |

53.     After making these voluntary reductions (amounting to $109,630.06) from our total lodestar (of $213,761.00), the amount Flitter Milz, PC seeks in this fee petition is **$104,130.94**.

54.     Pursuant to 28 U. S. C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date:   _9/23/24_                                      _Andrew M. Milz_
                                                        ANDREW M. MILZ

# EXHIBIT 1
# TO MILZ CERTIFICATION

September 19, 2024

Bridget & Luiz de Moura Castro
38 E. Woodhaven Drive
Avon, CT 06001

Attention:

File #:        8048.001
Inv #:          Sample

RE:    1st Light Energy

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|------------|-------|--------|--------|
| Feb-26-21 | Cema Siegel - new CT case - review facts w/ KC, email J. Gentes at Yale CT re co counseling poss | 1.50 | 892.50 | AMM |
| Feb-27-21 | Cema Siegel - emails Jeff Gentes re poss co counsel of case | 0.30 | 178.50 | AMM |
| Mar-15-21 | Cema Siegel - CT solar fraud case: Zoom call w/ PC intake, CT counsel (1.2); letter to PCs (.3) | 1.50 | 892.50 | AMM |
| Mar-18-21 | Cema Siegel, CT solar fraud case - receive and review emails from CT counsel; Legal Research re available claims | 1.90 | 1,130.50 | AMM |
| Mar-19-21 | Cema Siegel - CT solar fraud matter - Zoom meeting with Bridget dMC, Cema, CT counsel; intake of mom | 1.50 | 892.50 | AMM |
| | Cema Siegel - Zoom call with pnc and follow-on conference among attorneys | 1.50 | 585.00 | JLJ |
| Mar-25-21 | Cema Siegel - draft engagement letter; email to client re same; email CT counsel re CT specific rules | 1.10 | 654.50 | AMM |
| Apr-02-21 | Review draft co-counsel agrmt; email AMM re ok CASTRO | 0.40 | 362.00 | CLF |
| Apr-06-21 | Siegel/ DeMoura Castro - edits to draft eng letter; send to clients | 0.80 | 476.00 | AMM |
| Apr-13-21 | DeMoura Castro/ Siegel - address PC's questions about engagement; emails re same | 0.70 | 416.50 | AMM |
| Apr-28-21 | Cema Siegel, de Moura Castro: status of engagement | 0.30 | 178.50 | AMM |
| May-18-21 | Cema Siegel - reviewing status of case and correspondence with paralegal re status | 0.30 | 117.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| May-20-21 | Initiate new file on PCLaw | 0.20 | 47.00 | JMR |
| May-24-21 | Conference AMM and JLJ re new matter, brf review facts, will be filing in CT w/ Yale Law clinic etc | 0.30 | 271.50 | CLF |
| | Strategy conference with AMM and CLF | 0.10 | 39.00 | JLJ |
| May-27-21 | Correspondence with client re complaint | 0.10 | 39.00 | JLJ |
| Jun-01-21 | Correspondence with client re meeting to discuss facts for complaint | 0.20 | 78.00 | JLJ |
| Jun-02-21 | Preparing for meeting with client | 0.50 | 195.00 | JLJ |
| | Meeting with client re facts for complaint | 1.50 | 585.00 | JLJ |
| | Drafting complaint | 0.20 | 78.00 | JLJ |
| Jun-03-21 | Conference JLJ re draftt complaint and legal theories | 0.80 | 476.00 | AMM |
| | Review and edit draft complaint; circulate to CT co counsel with instructions | 1.90 | 1,130.50 | AMM |
| | Researching identities and backgrounds of corporate defendants (prior complaints) | 1.60 | 624.00 | JLJ |
| | Drafting complaint and researching applicable law | 2.90 | 1,131.00 | JLJ |
| | Correspondence with client re facts for complaint | 0.20 | 78.00 | JLJ |
| Jun-08-21 | Correspondence with co-counsel re Complaint | 0.10 | 39.00 | JLJ |
| Jun-09-21 | Emails co counsel re status of complaint filing | 0.20 | 119.00 | AMM |
| Jun-17-21 | Correspondence with client re new evidence | 0.10 | 39.00 | JLJ |
| Jun-18-21 | Client correspondence re evidence for case | 0.10 | 39.00 | JLJ |
| Jun-23-21 | Emails co counsel re status of complaint draft | 0.30 | 178.50 | AMM |
| | Correspondence with co-counsel re Complaint | 0.10 | 39.00 | JLJ |
| Jul-07-21 | Receive and review co counsel's edits to complaint; a few further edits by AMM; conference JLJ re same | 1.70 | 1,011.50 | AMM |
| Jul-08-21 | Additional tweaks to draft complaint; email it to client with instructions to call | 0.40 | 238.00 | AMM |
| Jul-12-21 | Correspondence with client re complaint | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Jul-16-21 | Review email from Cema re setting up call; review her edits | 0.40 | 238.00 | AMM |
|  | Edits to complaint per Cema | 0.50 | 297.50 | AMM |
| Jul-20-21 | Conference JLJ re case status | 0.20 | 119.00 | AMM |
|  | Strategy conference with AMM | 0.20 | 78.00 | JLJ |
| Jul-21-21 | Work on draft complaint; review facts; email clients re same | 1.20 | 714.00 | AMM |
| Jul-22-21 | Phone conference; emails with Cema and Helena re complaint and facts; dictate  limited eng letter for the daughters | 0.80 | 476.00 | AMM |
|  | Call with clients re Complaint and case going forward | 0.70 | 273.00 | JLJ |
| Jul-23-21 | Circulate limited eng agreement for daughters | 0.90 | 535.50 | AMM |
|  | Review and send last draft of complaint to CT counsel for filing | 0.30 | 178.50 | AMM |
|  | Correspondence with co-counsel re Complaint | 0.10 | 39.00 | JLJ |
|  | Finalized engagement letter to clients' daughters and sent via email and first class mail | 0.30 | 70.50 | JMR |
| Jul-26-21 | Prepared request for Certificates of Good Standing for NJ/PA for AMM and JLJ and mailed | 1.00 | 235.00 | JMR |
| Jul-27-21 | Review AG email; preparation of checks for AMM & JLJ certs of good standing from NJ Bar and Pa. Supreme Court. | 0.20 | 47.00 | JMR |
| Jul-28-21 | Reviewed dockets, downloaded and printed complaint, NOA of Jeffrey Gentes and Summons, created pleadings binder | 0.50 | 117.50 | JMR |
| Aug-06-21 | Prepared draft pro hac vice application and declarations for AMM and JLJ | 1.00 | 235.00 | JMR |
| Aug-16-21 | Finalized PHV Motions and Declarations of AMM and JLJ and forwarded to local counsel for filing | 0.50 | 117.50 | JMR |
| Aug-17-21 | Correspondence with co-counsel re update in local case law | 0.10 | 39.00 | JLJ |
| Aug-20-21 | Correspondence from co-counsel re def's entry of appearance | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| Aug-23-21 | Correspondence with co-counsel re case strategy / meeting | 0.10 | 39.00 | JLJ |
| Aug-25-21 | Reviewed dockets; downloaded and printed ECFs 7-12; updated pleadings binder | 0.70 | 164.50 | JMR |
| Sep-01-21 | Emails co counsel re setting up status conf | 0.20 | 119.00 | AMM |
| | Correspondence with co-counsel re call from defendant and setting up conference | 0.10 | 39.00 | JLJ |
| Sep-03-21 | Zoom call status update and strategy session with Jeff and Sarah | 0.60 | 357.00 | AMM |
| | Strategy conference with co-counsel | 0.50 | 195.00 | JLJ |
| | Correspondence with client re status telephone conference | 0.10 | 39.00 | JLJ |
| | Registered JLJ with USDC District of CT; spoke with Clerk regarding PHV admission of AMM and JLJ; prepared and filed Notices of Appearance for AMM and JLJ; set up Zoom meeting and emailed to clients and counsel; downloaded and printed ECFs 13-21 from docket and updated pleadings binder | 2.20 | 517.00 | JMR |
| Sep-08-21 | Preparation for, participate in Zoom call with Cema and Helena re case status update | 0.50 | 297.50 | AMM |
| | Conference with clients re case status and next steps | 0.40 | 156.00 | JLJ |
| | Correspondence with opposing counsel re meet and confer time/date | 0.10 | 39.00 | JLJ |
| Sep-13-21 | Emails counsel re scheduling R. 26 conf | 0.20 | 119.00 | AMM |
| | Drafting oppo to motion to compel arbitration and researching applicable law | 4.00 | 1,560.00 | JLJ |
| | Correspondence with AMM re case strategy | 0.10 | 39.00 | JLJ |
| Sep-14-21 | Emails Sarah W. re R. 26f conference strategy | 0.20 | 119.00 | AMM |
| | Drafting opposition to MTC arbitration and researching for the same | 1.50 | 585.00 | JLJ |
| Sep-15-21 | Zoom R. 26f M&C w/ Def counsel and Sarah W. | 0.80 | 476.00 | AMM |
| | Correspondence with co-counsel and opposing counsel re meet and confer | 0.10 | 39.00 | JLJ |

|            |                                                                                                                  |      |          |     |
|------------|------------------------------------------------------------------------------------------------------------------|------|----------|-----|
|            | Setup Zoom meeting and circulated to Sarah White and AMM                                                         | 0.10 | 23.50    | JMR |
| Sep-16-21  | Edits to draft opposition to Motion to Compel Arbitration.                                                        | 1.80 | 1,071.00 | AMM |
|            | Correspondence from opposing counsel re discovery conference date/time                                           | 0.10 | 39.00    | JLJ |
|            | Reviewing AMM's edits to Oppo to Motion to Stay/compel arb, and editing the same, including certifications of plaintiffs/next friend | 1.30 | 507.00 | JLJ |
| Sep-17-21  | Substantial edits to draft of oppo to M2C arb, mainly intro; related legal research, send to co counsel with instuctions | 2.20 | 1,309.00 | AMM |
|            | Correspondence wtih co-counsel re oppo to D's motion to stay/compel arb                                           | 0.10 | 39.00    | JLJ |
| Sep-20-21  | Add'l review and edits to oppo to motion to compel; certs of Plaintiff and Helena - fwd certs to clients for review and signature, email w/ instructions | 0.90 | 535.50 | AMM |
| Sep-21-21  | Reviewing 1st light energy's corporate disclosure statement                                                      | 0.10 | 39.00    | JLJ |
|            | Discovery plan meet and confer with opposing counsel                                                             | 0.20 | 78.00    | JLJ |
|            | Strategy conference with co-counsel                                                                              | 0.20 | 78.00    | JLJ |
|            | Received, downloaded and printed 1st Light Corporate Disclosure Statement; updated pleadings binder              | 0.10 | 23.50    | JMR |
| Sep-22-21  | Correspondence with client re certification in support of Oppo to motion to stay/compel arbitration and new evidence | 0.30 | 117.00 | JLJ |
|            | Reviewing and editing certifications of clients in support of Oppo to motion to stay/compel arbitration          | 0.10 | 39.00    | JLJ |
|            | Editing opposition to motion to stay/compel arbitration                                                          | 0.60 | 234.00   | JLJ |
| Sep-23-21  | Review Def 1st Light's motion to stay; emails co counsel re opposing it in brief we'll file tomorrow; review JLJ draft and edit accordingly | 1.10 | 654.50 | AMM |
|            | Correspondence with client re certifications for opposition to def's motion to stay                              | 0.10 | 39.00    | JLJ |

| | | | | |
|---|---|---|---|---|
| | Reviewing def 1st light's motion to stay / compel arbitration | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re 1st light's motion to stay | 0.10 | 39.00 | JLJ |
| | Editing opposition to defs' motions to stay in light of 1st light's motion | 0.50 | 195.00 | JLJ |
| | Received, downloaded and printed Defendant 1st Light's Motion to Stay; updated pleadings binder; added response date to calendars | 0.50 | 117.50 | JMR |
| Sep-24-21 | Reviewing/editing opposition to defendants' motions to stay and compel arbitration | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re defendants' motions to stay and compel arbitration | 0.10 | 39.00 | JLJ |
| | Reviewing new evidence from client | 0.10 | 39.00 | JLJ |
| | Received, downloaded and printed Memorandum in Opposition to Defendant's Motion to Stay; updated pleadings binder | 0.20 | 47.00 | JMR |
| Oct-01-21 | Correspondence from client re new evidence | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re new evidence | 0.10 | 39.00 | JLJ |
| Oct-07-21 | Correspondence with co-counsel re new evidence from client | 0.10 | 39.00 | JLJ |
| | Correspondence with client re new evidence | 0.10 | 39.00 | JLJ |
| Oct-08-21 | Started draft Rule 26(f) report. | 1.20 | 282.00 | JMR |
| Oct-11-21 | Work on draft R. 26f report (detailed for D. CT), circulate to def counsel, emails re same | 1.50 | 892.50 | AMM |
| | Receive and review Def's Reply ISO motion to compel arb; emails J. McDonald re same and need copy of recording | 0.50 | 297.50 | AMM |
| | Receive and review recording; conference and emails w/ JLJ and co counsel re recording and need for surreply | 1.20 | 714.00 | AMM |
| | Received, downloaded and printed Pltfs Oppo to Defs' MOtion for Stay and to Compel Arbitration, 1st Light Energy's Reply to Pltfs Oppo to Motion to Stay and LoanPal's Reply | 0.40 | 94.00 | JMR |

|  |  |  |  |  |
|---|---|---|---|---|
|  | to Pltfs' Oppo to Motion to Stay; updated pleadings binder |  |  |  |
| Oct-12-21 | Review recording of "welcome call"; have AG transcribe; Emails, JLJ, CT counsel, Cema and Helena re voice recording, impact on case and arb motion | 1.30 | 773.50 | AMM |
|  | Reviewing loanpal's reply to motion to stay | 0.10 | 39.00 | JLJ |
|  | Listening to audio recording of welcome call | 0.20 | 78.00 | JLJ |
|  | Correspondence with opposing counsel re welcome call | 0.10 | 39.00 | JLJ |
|  | Correspondence with client re new evidence | 0.10 | 39.00 | JLJ |
| Oct-13-21 | Draft surreply (first draft) and circulate by email to co counsel and clients with some ideas | 2.50 | 1,487.50 | AMM |
|  | Correspondence from client re new evidence | 0.10 | 39.00 | JLJ |
| Oct-14-21 | Review denial of arb in CA solar case McDuffie | 0.30 | 178.50 | AMM |
|  | Finalize surreply; emails co counsel re good to file | 1.10 | 654.50 | AMM |
|  | Client correspondence re conferencing re case issues | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re surreply | 0.10 | 39.00 | JLJ |
|  | Reviewing/editing draft surreply to d's motion to stay and compel arbitration | 0.40 | 156.00 | JLJ |
|  | Drafting motion for leave to file surreply | 0.30 | 117.00 | JLJ |
|  | Reviewing Order denying D's motion for extension as moot/untimely. | 0.10 | 39.00 | JLJ |
| Oct-18-21 | Emails Def counsel re status; submission of R26 report | 0.30 | 178.50 | AMM |
|  | Correspondence from opposing counsel re rule 26(f) report | 0.10 | 39.00 | JLJ |
|  | Reviewing text order granting motion for leave to file sur-reply | 0.10 | 39.00 | JLJ |
| Oct-19-21 | Strategy conference with AMM and CLF | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel Sarah White | 0.10 | 39.00 | JLJ |

| | re potential new claims and new evidence from client | | | |
|---|---|---|---|---|
| | Correspondence from client with new evidence | 0.10 | 39.00 | JLJ |
| Oct-21-21 | Conference with CLF/AMM re case status/strategy | 0.10 | 39.00 | JLJ |
| Dec-16-21 | Emails Jeff G re status | 0.30 | 178.50 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Dec-17-21 | Strategy conference with CLF and AMM | 0.10 | 39.00 | JLJ |
| Dec-20-21 | Reviewing d's counsel's motino for leave to withdraw as counsel for goodleap | 0.10 | 39.00 | JLJ |
| Dec-21-21 | Received, downloaded and printed Order granting Withdraw of Counsel John FitzGerald and updated pleadings binder | 0.20 | 47.00 | JMR |
| Jan-12-22 | Received, downloaded and printed Notice of Appearance of Joseph V. Meaney, Jr for Loanpal; updated pleadings binder | 0.20 | 47.00 | JMR |
| Jan-31-22 | Correspondence with co-counsel re case strategy and Prime Energy | 0.10 | 39.00 | JLJ |
| | Investigating whereabouts of Prime Energy | 0.10 | 39.00 | JLJ |
| | Researching Home Improvement Act and service issues vis a vis Prime Energy | 0.20 | 78.00 | JLJ |
| Feb-04-22 | Correspondence with co-counsel re motion to extend time for service | 0.10 | 39.00 | JLJ |
| | Reviewing motion for extension of time for service | 0.10 | 39.00 | JLJ |
| Feb-07-22 | Received, downloaded and printed Plaintiffs' Motion for Leave to Re-Serve Prime Energy and updated pleadings binder | 0.20 | 47.00 | JMR |
| Feb-21-22 | Case status w/ AMM | 0.20 | 181.00 | CLF |
| Mar-01-22 | Client correspondence re case status/update | 0.10 | 39.00 | JLJ |
| Apr-20-22 | Received, downloaded and printed Notice of Appearance of Christopher Barraza; updated pleadings binder | 0.20 | 47.00 | JMR |
| Apr-28-22 | Reviewing Order granting plaintiff's motion for leave to re-serve prime energy | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| Apr-29-22 | Received, downloaded and printed Order granting plts motion to reserve prime energy and Order granting Mtn to withdraw as counsel of Joseph Meaney for Loanpal; updated pleadings binder | 0.30 | 70.50 | JMR |
| May-04-22 | Status conference with CLF and AMM | 0.10 | 39.00 | JLJ |
| May-09-22 | Check status; emails co counsel re service on remaining D | 0.30 | 178.50 | AMM |
|  | Correspondence with co-counsel re service of complaint on Prime | 0.10 | 39.00 | JLJ |
| May-11-22 | Correspondence with co-counsel re service of complaint on Prime | 0.10 | 39.00 | JLJ |
| May-23-22 | Review SCOTUS Morgan v. Sundance opinion, emails co counsel re suppl auth | 0.30 | 178.50 | AMM |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| May-24-22 | Reviewing update in law re arbitration (SCOTUS decision) | 0.30 | 117.00 | JLJ |
| Jun-02-22 | Notice of supplemental auth re Morgan v. Sundance; circulate to CC | 0.80 | 476.00 | AMM |
|  | Correspondence with AMM re notice of supplemental authority | 0.10 | 39.00 | JLJ |
|  | Correspondence with local counsel re notice of supplemental authority | 0.10 | 39.00 | JLJ |
| Jun-03-22 | Correspondence with local counsel re notice of additional authority, and reviewing edits to the same | 0.10 | 39.00 | JLJ |
| Jun-07-22 | Reviewing summons served on Prime Energy | 0.10 | 39.00 | JLJ |
| Jun-23-22 | Conference with CLF/AMM re case status | 0.10 | 39.00 | JLJ |
| Jun-28-22 | Reviewing Memorandum Opinion re arbitration | 0.40 | 156.00 | JLJ |
|  | Strategy conference with AMM re hearing scheduled by Court pursuant to recent Memo Opinion | 0.10 | 39.00 | JLJ |
| Jun-29-22 | Correspondence with co-counsel re Memo Opinion on D's motion to stay | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| Jun-30-22 | Conference call co counsel re arb decision and where to go next; emails NCLC for potential expert help | 1.10 | 654.50 | AMM |
| | Correspondence with co-counsel re meeting to discuss case strategy | 0.10 | 39.00 | JLJ |
| | Strategy conference call with co-counsel | 0.50 | 195.00 | JLJ |
| | Client correspondence re Court's opinion on d's motion to compel arbitration | 0.10 | 39.00 | JLJ |
| Jul-05-22 | Email potential e-sign experts - re helping us | 0.40 | 238.00 | AMM |
| Jul-06-22 | Emails clients and co counsel, setting Zoom for tomorrow AM at 9 | 0.30 | 178.50 | AMM |
| | Client correspondence re strategy meeting to discuss upcoming hearing July 27 | 0.10 | 39.00 | JLJ |
| Jul-07-22 | Zoom with clients Helena, Cema, co-counsel re strategy for upcoming 7/27 hearing | 0.70 | 416.50 | AMM |
| | Strategy conference with clients | 0.70 | 273.00 | JLJ |
| | Drafting research assignment for law clerk re background investigation of Goodleap, and corresponding with law clerk re the same | 0.20 | 78.00 | JLJ |
| | Investigative research into similar cases; obtain Complaints. | 1.80 | 423.00 | CLK |
| Jul-12-22 | Correspondence with law clerk re assignment to research Goodleap | 0.10 | 39.00 | JLJ |
| Jul-13-22 | Phone call, emails, Cema and Helena re setting up witness preparation with mom and dad | 0.50 | 297.50 | AMM |
| | Phone call w NCLC re potential e-sign expert testimony | 0.80 | 476.00 | AMM |
| | Correspondence with co-counsel re preparation for upcoming hearing on arbitration issue | 0.10 | 39.00 | JLJ |
| | Correspondence with potential e-sign expert | 0.10 | 39.00 | JLJ |
| | Call with potential e-sign expert | 0.60 | 234.00 | JLJ |
| | Call with AMM re case strategy | 0.10 | 39.00 | JLJ |
| Jul-14-22 | Correspondence with law clerk re investigation into 1st Light Energy | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| Jul-20-22 | Begin preparation for evidentiary hearing 7/27, outline for prepping clients tomorrow | 1.10 | 654.50 | AMM |
| | Correspondence with co-counsel re upcoming hearing | 0.10 | 39.00 | JLJ |
| Jul-21-22 | Initial preparation session for clients and witnesses; strategy conference w/ co counsel after | 1.60 | 952.00 | AMM |
| | Preparing for hearing preparation session with client | 0.20 | 78.00 | JLJ |
| Jul-22-22 | Emails co counsel re letter to Judge re hearing, request for default | 0.50 | 297.50 | AMM |
| | Correspondence with AMM re prime's default and case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence among all pl's counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing Judge Haight's policies regarding communications with chambers | 0.10 | 39.00 | JLJ |
| | Reviewing Motion for Entry of Default | 0.10 | 39.00 | JLJ |
| Jul-25-22 | Preparation of witnesses for Wednesday hearing; begin drafting of exams, review file | 1.70 | 1,011.50 | AMM |
| | Receive and review order re moving for default judgment against Prime; emails co counsel re strategy | 0.30 | 178.50 | AMM |
| | Reviewing Order granting P's motion for default judgment as to Prime Energy | 0.10 | 39.00 | JLJ |
| | Client correspondence re strategy for upcoming hearing on motion to compel arbitration | 0.10 | 39.00 | JLJ |
| Jul-26-22 | Work on exams for tomorrow's hearing | 1.10 | 654.50 | AMM |
| | Transcribed welcome call from First Light Energy | 1.10 | 258.50 | JMR |
| Jul-27-22 | Final preparation for evidentiary hearing; conference call clients re same (1.5); hearing with court (3.1); debrief with clients and co counsel (.7) | 5.30 | 3,153.50 | AMM |
| | Correspondence with co-counsel prior to hearing on motion to compel arbitration | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Hearing on D's motion to compel arbitration | 3.10 | 1,209.00 | JLJ |
| | Post-hearing conference call with clients and counsel | 0.40 | 156.00 | JLJ |
| Aug-08-22 | Strategy conference with co-counsel re pending motions and motion for default judgment as to Prime | 0.20 | 78.00 | JLJ |
| | motion for default judgment as to prime energy | 1.70 | 663.00 | JLJ |
| Aug-09-22 | Drafting motion for default judgment | 3.70 | 1,443.00 | JLJ |
| Aug-10-22 | Drafting post-hearing memorandum re arbitration issue | 3.90 | 1,521.00 | JLJ |
| | Drafting motion for default judgment | 1.20 | 468.00 | JLJ |
| Aug-11-22 | Drafting post-hearing memorandum on Ds' motions to compel arbitration | 2.20 | 858.00 | JLJ |
| Aug-15-22 | Correspondence with AMM re case posthearing memo on arbitration and motion for defaul judgment | 0.10 | 39.00 | JLJ |
| | Editing motion for default judgment as to Prime | 1.10 | 429.00 | JLJ |
| | Editing post hearing memorandum on arbitration | 0.20 | 78.00 | JLJ |
| | Correspondence with local counsel re case post hearing briefing and motion for defaul judgment | 0.10 | 39.00 | JLJ |
| | Reviewing docket notation indicating filing of hearing transcript on arbitration issue | 0.10 | 39.00 | JLJ |
| Aug-16-22 | Correspondence with co-counsel re post-hearing memo on the arbitration issue and motion for default judgment as to prime | 0.10 | 39.00 | JLJ |
| Aug-19-22 | Correspondence with co-counsel re motion for default judgment as to prime and post-hearing memo on arbitratrion issue | 0.10 | 39.00 | JLJ |
| Aug-22-22 | Reviewing/revising motion for default judgment as to Prime | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re motion for default judgment as to Prime | 0.10 | 39.00 | JLJ |
| Aug-23-22 | Correspondence with co-counsel re motion for default judgment | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Aug-24-22 | Correspondence with co-counsel re issue of service of motion for default judgment on prime | 0.10 | 39.00 | JLJ |
| | Researching issue of whether there is a requirement to serve prime the motion for default judgment | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Pls' Motion for Default Judgment; update pleadings binder; update consumer log. | 0.30 | 70.50 | JMR |
| Aug-26-22 | Reviewing/editing post-hearing arbitration briefing | 0.50 | 195.00 | JLJ |
| | Correspondence with co-counsel re case strategy vis a vis post-hearing arbitration briefing | 0.10 | 39.00 | JLJ |
| Aug-29-22 | Correspondence with co-counsel re post-hearing memorandum on arbitration | 0.10 | 39.00 | JLJ |
| Sep-01-22 | Client correspondence re evidence for case, and reviewing evidence produced by client | 0.20 | 78.00 | JLJ |
| | Correspondence with potential expert on IP addresses | 0.70 | 273.00 | JLJ |
| Sep-06-22 | Drafting reply to Defs' post-hearing arbitration briefs | 3.30 | 1,287.00 | JLJ |
| | Client correspondence re evidence for case | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Sep-07-22 | Editing reply to Defs' post-hearing arbitration brief | 1.10 | 429.00 | JLJ |
| | Correspondence with potential IP address expert | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re case strategy/expert witness | 0.20 | 78.00 | JLJ |
| Sep-08-22 | Correspondence with co-counsel re Reply to D's post-hearing arbitration brief | 0.10 | 39.00 | JLJ |
| | Editing reply to Def's post-hearing arbitration brief | 0.20 | 78.00 | JLJ |
| | Finalized and file Plaintiffs' Reply to Defs Post Evidentiary Hearing Briefs in Oppo to Defs Motion to Compel Arb | 0.20 | 47.00 | JMR |

| | | | | |
|---|---|---|---|---|
| Sep-12-22 | Correspondence with potential IP address expert | 0.10 | 39.00 | JLJ |
| Sep-19-22 | Correspondence with potential IP address expert re preparing a report | 0.20 | 78.00 | JLJ |
| Sep-20-22 | Correspondence with potential IP address expert | 0.10 | 39.00 | JLJ |
| Sep-21-22 | Correspondence with potential IP address expert | 0.20 | 78.00 | JLJ |
| Sep-22-22 | Correspondence with potential IP address expert | 0.10 | 39.00 | JLJ |
| | Call with potential IP address expert | 0.20 | 78.00 | JLJ |
| Sep-26-22 | Correspondence with potential ip address expert re CV | 0.10 | 39.00 | JLJ |
| Sep-28-22 | Correspondence with expert providing documentation for review | 0.10 | 39.00 | JLJ |
| Sep-29-22 | Correspondence with potential ip address expert | 0.10 | 39.00 | JLJ |
| Sep-30-22 | Correspondence with potential IP address expert | 0.10 | 39.00 | JLJ |
| Oct-03-22 | Zoom conference with potential ip address expert | 0.40 | 156.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
| Oct-05-22 | Correspondence with co-counsel re expert witness strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with expert witness re draft report | 0.20 | 78.00 | JLJ |
| Oct-07-22 | Correspondence with IP address expert re report | 0.10 | 39.00 | JLJ |
| Oct-21-22 | Reviewing draft expert report of Daniel Thimot | 0.50 | 195.00 | JLJ |
| | Correspondence with IP address expert re draft expert report | 0.20 | 78.00 | JLJ |
| Nov-02-22 | Correspondence with ip address expert re status of report | 0.10 | 39.00 | JLJ |
| Nov-07-22 | Reviewing IP address expert draft expert report | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Correspondence with AMM re IP address expert draft expert report | 0.10 | 39.00 | JLJ |
| Nov-08-22 | Correspondence with co-counsel re expert report | 0.10 | 39.00 | JLJ |
| Nov-09-22 | Reviewing co-counsel's comments/edits to draft expert report | 0.10 | 39.00 | JLJ |
| Nov-11-22 | Correspondence with IP address expert re draft report | 0.10 | 39.00 | JLJ |
| Nov-14-22 | Review email from CLF and response thereto regarding phv & entry of appearance for CLF. review reply; preparation of CLF PHV Declaration & Notice; preparaton of letter to Pa. Supreme Court re: cert of good standing for CLF; preparation of NJ Certification of Good Standing form and research NY good standing cert.. | 0.60 | 141.00 | JMR |
| Nov-16-22 | Correspondence with expert re draft report | 0.10 | 39.00 | JLJ |
| Nov-30-22 | Correspondence with IP address expert re draft report | 0.10 | 39.00 | JLJ |
| Dec-01-22 | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Dec-02-22 | Emails, lengthy call w/CA counsel re status of her Goodleap cases, investigations | 0.80 | 476.00 | AMM |
| Dec-07-22 | Correspondence with co-counsel re expert report and case strategy | 0.10 | 39.00 | JLJ |
| Dec-09-22 | Correspondence with co-counsel re CLF phv application | 0.10 | 39.00 | JLJ |
| | Review and scan NJ Cert of Good Standing; review and edits to CLF Declaration and Notice of Motion; email same to Sarah White at Ct. Fair Housing for docketing; review S. White acknowledging same; review ecf notice & Motion for PHV Admission of CLF; update pleadings binder. | 0.50 | 117.50 | JMR |
| Dec-12-22 | Review ecf notice re: CLF PHV Motion Granted; preparation of Notice of Appearance and efiling of same; review ecf notice & docketed NOA; update pleadings binder; update consumer log. | 0.50 | 117.50 | JMR |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Dec-16-22 | Drafting motion to supplement record | 0.70 | 273.00 | JLJ |
| Dec-20-22 | Correspondence with AMM re motion to supplement | 0.10 | 39.00 | JLJ |
| Dec-21-22 | Review motion to supplement record with expert report | 0.30 | 178.50 | AMM |
| | Correspondence with IP address expert re report | 0.10 | 39.00 | JLJ |
| | Correspondence with AMM re case strategy and motion to supplement | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re motion to supplement | 0.10 | 39.00 | JLJ |
| Jan-06-23 | Reviewing Goodleap's memorandum in oppo to pl's motion to supplement record | 0.10 | 39.00 | JLJ |
| Mar-02-23 | Review order in Mary Ann Jones v. Solgen Construction & Goodleap (CA state court case) denying arb | 0.20 | 119.00 | AMM |
| Mar-07-23 | Review facts and status w/ AMM | 0.20 | 181.00 | CLF |
| Mar-08-23 | Emails co counsel about depos and getting the matter moving | 0.20 | 119.00 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Status conference with CLF/AMM | 0.10 | 39.00 | JLJ |
| Mar-10-23 | Emails clients re depo strategy to move case forward; emails clients re same | 0.30 | 178.50 | AMM |
| | Emails Def counsel re noticing depos of clients DBE | 0.20 | 119.00 | AMM |
| | Correspondence with co-counsel re depositions of clients | 0.10 | 39.00 | JLJ |
| | Correspondence with clients re depositions of clients | 0.10 | 39.00 | JLJ |
| Mar-13-23 | Emails clients and co counsel and def counsel about DBE depos | 0.30 | 178.50 | AMM |
| Mar-14-23 | Further emails re setting depo dates | 0.30 | 178.50 | AMM |
| | Client correspondence re depositions of clients | 0.10 | 39.00 | JLJ |

|  | Correspondence with opposing counsel for GoodLeap re deposition dates | 0.10 | 39.00 | JLJ |
| Apr-14-23 | Correspondence with co-counsel re deposition of client | 0.10 | 39.00 | JLJ |
| May-12-23 | Detailed conference w/CA counsel re Goodleap cases, strategy, depos, settlement | 0.20 | 119.00 | AMM |
| May-24-23 | Emails co counsel re reaching out to judge | 0.20 | 119.00 | AMM |
|  | Correspondence with co-counsel re case status/strategy | 0.10 | 39.00 | JLJ |
| May-25-23 | Status conference with CLF/AMM | 0.10 | 39.00 | JLJ |
| Jun-23-23 | Review recent SCOTUS Coinbase decision about stays pending arb appeal; emails re ramifications for this case | 0.40 | 238.00 | AMM |
| Jun-27-23 | Arrange conference call w/ co counsel | 0.20 | 119.00 | AMM |
| Jun-28-23 | Teams video call Jeff Gentes re case status | 0.50 | 297.50 | AMM |
|  | Zoom call clients re case status | 0.80 | 476.00 | AMM |
| Jul-06-23 | Correspondence with OPC re depositions of plaintiffs | 0.10 | 39.00 | JLJ |
| Jul-10-23 | Correspondence with opposing counsel re depositions of plaintiffs | 0.10 | 39.00 | JLJ |
| Jul-21-23 | Draft and edit depo notices, circulate Def counsel w cover letter | 0.40 | 238.00 | AMM |
|  | Reviewing notice of deposition for Luiz and Bridget de Moura Castro | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re notices of depositions of the de Moura Castros | 0.10 | 39.00 | JLJ |
| Jul-25-23 | Strategy conference with AMM | 0.10 | 39.00 | JLJ |
| Jul-31-23 | Emails AG re setting up depos | 0.20 | 119.00 | AMM |
| Aug-03-23 | Email clients confirming depos | 0.20 | 119.00 | AMM |
|  | Correspondence with client re depositions | 0.10 | 39.00 | JLJ |
| Aug-04-23 | Strategy conference with AMM | 0.10 | 39.00 | JLJ |
|  | Client correspondence re deposition preparation sessions | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Aug-09-23 | Prepared and bates stamped documents for clients' deposition. | 1.50 | 352.50 | SG |
| Aug-10-23 | Reviewing pl's anticipated document production and checking for attorney-client privileged communications | 0.20 | 78.00 | JLJ |
| Aug-14-23 | Begin depo preparation of; emails Def counsel re depo notices | 0.50 | 297.50 | AMM |
| Aug-15-23 | Drive to CT (4.1); review docs in preparation of witness for depo (2.5); meet with and prepare clients for tomorrows' depos (2.3) | 8.90 | 5,295.50 | AMM |
| Aug-16-23 | Final preparation of clients and setting for depos, arrive at 8:50am; Luiz depo, Bridget depo, conclude after 4pm; conference Gentes re strategy; drive home to PA | 11.80 | 7,021.00 | AMM |
|  | Call with AMM debriefing the depositions of plaintiffs | 0.10 | 39.00 | JLJ |
| Aug-29-23 | Review and ID files and videos from clients' house; package and send to defs | 0.70 | 416.50 | AMM |
| Sep-22-23 | Correspondence with co-counsel re case strategy (contacting court) | 0.10 | 39.00 | JLJ |
| Nov-03-23 | Emails our client re letter from doctor | 0.20 | 119.00 | AMM |
|  | Correspondence with client re evidence for case | 0.10 | 39.00 | JLJ |
| Nov-08-23 | Strategy/status conference with CLF/AMM | 0.10 | 39.00 | JLJ |
| Dec-04-23 | Researching similar litigation against GoodLeap | 0.10 | 39.00 | JLJ |
| Dec-19-23 | Correspondence with CLF/AMM re case status/strategy | 0.10 | 39.00 | JLJ |
| Feb-06-24 | Emails Gentes re letter to court to get case moving, client's condition etc | 0.50 | 297.50 | AMM |
|  | EMails Gentes re J. Haight just issued arb opinion in James case | 0.20 | 119.00 | AMM |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Feb-07-24 | Review ecf notice & Letter Request for Status Conference; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| Feb-08-24 | Receive and review opinion from court re arbitration; emails co counsel re same | 1.00 | 595.00 | AMM |
| | Correspondence with OPC re settlement | 0.10 | 39.00 | JLJ |
| Feb-09-24 | Email clients re Judge's opinion on arb | 0.50 | 297.50 | AMM |
| | Emails clients and CC re setting up Zoom conference re next steps | 0.40 | 238.00 | AMM |
| | Reviewing Order denying motions to stay and granting motion to supplement record | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with clients re update on case and next steps | 0.10 | 39.00 | JLJ |
| Feb-12-24 | Phone call clients re strategy moving forward | 0.60 | 357.00 | AMM |
| | Phone call Gentes re strategy for settlement, or pushing forward | 0.30 | 178.50 | AMM |
| | Phone conference CLF re strategy moving forward | 0.20 | 119.00 | AMM |
| Feb-13-24 | Review ecf notice & Order re-Motion to Stay Proceedings & Pl's Motion to Supplement Record; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Feb-14-24 | Correspondence with co-counsel re case strategy | 0.40 | 156.00 | JLJ |
| | Correspondence with OPC re consent to proceed before magistrate judge | 0.10 | 39.00 | JLJ |
| Feb-15-24 | Reviewing Plaintiffs' request for jury trial | 0.10 | 39.00 | JLJ |
| | Reviewing electronic order setting status conference | 0.10 | 39.00 | JLJ |
| Feb-28-24 | Conference CLF and JLJ re strategy moving forward, settlemnet demand | 0.30 | 178.50 | AMM |
| | Status conference with CLF/AMM | 0.10 | 39.00 | JLJ |
| Feb-29-24 | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Mar-01-24 | Emails co counsel re need for meeting | 0.20 | 119.00 | AMM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Correspondence with co-counsel re case strategy and meeting | 0.10 | 39.00 | JLJ |
| Mar-04-24 | Reviewing Order referring case to magistrate judge Spector for jury trial on arbitration agreements | 0.10 | 39.00 | JLJ |
|  | Correspondence from OPC for GoodLeap re settlement offer | 0.10 | 39.00 | JLJ |
|  | Meeting with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
|  | Reviewing Order cancelling status conference | 0.10 | 39.00 | JLJ |
| Mar-06-24 | Preparation for call, conference JLJ re strategy; phone call C Barazza re our demand. | 0.50 | 297.50 | AMM |
|  | Zoom conference J Gentes re strategy going forward | 0.70 | 416.50 | AMM |
|  | Correspondence with co-counsel re agenda for strategy meeting | 0.10 | 39.00 | JLJ |
|  | Strategy conference call with co-counsel | 0.60 | 234.00 | JLJ |
|  | Correspondence with OPC re settlement offer | 0.10 | 39.00 | JLJ |
|  | Call with OPC for GoodLeap re global demand and next steps | 0.20 | 78.00 | JLJ |
| Mar-07-24 | Receive and calendar order for conference 3/12 | 0.20 | 119.00 | AMM |
|  | Reviewing Order setting telephonic conference | 0.10 | 39.00 | JLJ |
| Mar-11-24 | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Mar-12-24 | Emails co counsel re consent for MJ referral | 0.20 | 119.00 | AMM |
|  | Conference call w/Court and parties re: discovery & trial | 0.40 | 238.00 | AMM |
| Mar-15-24 | Reviewing Minn AG complaint re allegations as to GoodLeap | 0.20 | 78.00 | JLJ |
| Mar-18-24 | Emails co counsel re discov requests on arb | 0.30 | 178.50 | AMM |
|  | Correspondence with co-counsel re discovery requests to defs | 0.10 | 39.00 | JLJ |
| Mar-19-24 | Edits to draft discvoery requests; email to JG | 0.40 | 238.00 | AMM |

| | | | | |
|---|---|---|---|---|
| | Corrrespondence with co-counsel re requests for production to Defs | 0.10 | 39.00 | JLJ |
| Mar-20-24 | Correspondence with OPC re discovery on contract formation | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Order referring case to MJ; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Mar-21-24 | Receive and review court orders setting trial and related dates; emails clients and co counsel re same | 0.70 | 416.50 | AMM |
| | Reviewing Pretrial Order just docketed | 0.10 | 39.00 | JLJ |
| | Correspondence with clients re trial | 0.10 | 39.00 | JLJ |
| Mar-22-24 | Correspondence with clients re case status | 0.10 | 39.00 | JLJ |
| Mar-25-24 | Review ecf notices & upldate pleadings binder; review Pretrial Order; diary dates; update consumer log. | 0.50 | 117.50 | JMR |
| Mar-26-24 | EMails chambers re scheduling conference | 0.20 | 119.00 | AMM |
| | Correspondence with Court re telephonic conference scheduling | 0.10 | 39.00 | JLJ |
| | Review ecf notice; diary date and time for telephone status conference; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Mar-27-24 | Preparation for and participate in pretrial conference w/ MJ Spector | 0.80 | 476.00 | AMM |
| | Reviewing Orders denying motions to stay and pl's motion for default judgment as to Prime, without prejudice | 0.10 | 39.00 | JLJ |
| | Review ecf notices & Minute Entry & Orders; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Apr-15-24 | Email Barazza re update on settlement | 0.20 | 119.00 | AMM |
| Apr-16-24 | EMails co counsel re sett statuts; Barrazza re same and 1st light | 0.30 | 178.50 | AMM |
| | Phone call, emails to C. Hines re: strategy, assistance. | 0.50 | 297.50 | AMM |
| Apr-17-24 | Correspondence with expert Thimot re report and judge's order | 0.10 | 39.00 | JLJ |
| | Strategy conference with co-counsel | 0.50 | 195.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Apr-18-24 | Emails re arranging M&C re pretrial submissions | 0.30 | 178.50 | AMM |
| | Phone call Barazza re potential settlement; email Jeff re same | 0.30 | 178.50 | AMM |
| | Correspondence with OPC re meet and confer on pretrial matters | 0.10 | 39.00 | JLJ |
| | Correspondence with expert Thimot re report | 0.10 | 39.00 | JLJ |
| Apr-19-24 | Correspondence with expert Thimot re report | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re pretrial issues | 0.10 | 39.00 | JLJ |
| | Call with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
| Apr-22-24 | Reviewing/editing expert Thimot's report | 0.20 | 78.00 | JLJ |
| | Correspondence with expert Thimot re his report | 0.10 | 39.00 | JLJ |
| | Zoom with OPC re pretrial meet and confer | 0.30 | 117.00 | JLJ |
| | Conference with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Apr-24-24 | Client correspondence re case status | 0.10 | 39.00 | JLJ |
| | Correspondence with expert Thimot re his report | 0.10 | 39.00 | JLJ |
| Apr-26-24 | Check status, emails Def counsel re outstanding discovery responses | 0.30 | 178.50 | AMM |
| | Review file, opinions, work on jury instructions and pretrial materials | 1.10 | 654.50 | AMM |
| | Correspondence with OPC for GoodLeap re discovery responses | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re 1st light's lack of discovery responses | 0.10 | 39.00 | JLJ |
| | Correspondence with expert Thimot re his expert report | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re Thimot expert report/CV | 0.10 | 39.00 | JLJ |
| Apr-27-24 | Correspondence with co-counsel re voir dire | 0.10 | 39.00 | JLJ |
| | Correspondence from OPC for GoodLeap re | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | responses to interrogatories and requests for production, and joint pretrial memo | | | |
| | Correspondence with OPC for Goodleap re responses to interrogatories and requests for production | 0.10 | 39.00 | JLJ |
| Apr-29-24 | Receive and review Def Goodleap's document production, responses to rogs, doc requests | 1.20 | 714.00 | AMM |
| | Correspondence with OPC for 1st Light re responses to requests for production and interrogatories | 0.10 | 39.00 | JLJ |
| | Briefly reviewing GoodLeap's responses to requests for production and interrogatories | 0.20 | 78.00 | JLJ |
| Apr-30-24 | Thoroughly review pretrial order, emails Jeff G re marking exhibits for court | 0.60 | 357.00 | AMM |
| | Finish first draft of jury instructions, verdict slip, voir dire; circulate to Pl's co counsel for input | 2.20 | 1,309.00 | AMM |
| | Review Pl's co counsel's edits to VD, instructions, verdict slip; circulate all to Def counsel w/ instructions | 0.90 | 535.50 | AMM |
| | Listen to each and every one of 100 recorded phone calls (mostly dead air) produced by Goodleap in their Fri production; report to co counsel on contents | 1.40 | 833.00 | AMM |
| | Strategy conference with AMM | 0.10 | 39.00 | JLJ |
| | Reviewing pl's proposed voir dire | 0.10 | 39.00 | JLJ |
| | Reviewing/editing pl's proposed verdict slip | 0.20 | 78.00 | JLJ |
| | Reviewing/editing pl's proposed jury instructions | 0.30 | 117.00 | JLJ |
| May-01-24 | Emails about phone recordings import | 0.20 | 119.00 | AMM |
| | Plaintiff's first edits to first dtaft of JPTM, review and list exhibits; circulate back to Def counsel | 4.10 | 2,439.50 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing/determining what evidence should be exhibits for arbitration trial | 0.40 | 156.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Reviewing/editing joint pretrial memo | 0.30 | 117.00 | JLJ |
| | Correspondence with expert Thimot re trial | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re trial exhibits | 0.10 | 39.00 | JLJ |
| May-02-24 | Conference and strategy w/ AMM | 0.40 | 362.00 | CLF |
| | Receive and review 1st Light's discovery response, additional previously unknown docs; emails def counsel and co counsel re same | 2.30 | 1,368.50 | AMM |
| | Emails clients re additional new docs, forgeries, need to set up a conference call about trial strategy | 0.30 | 178.50 | AMM |
| | Correspondence with expert Thimot re trial testimony | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re jury instructions | 0.10 | 39.00 | JLJ |
| | Reviewing 1st Light's new document production | 0.30 | 117.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
| May-03-24 | Emails Def counsel re status of joint pretrial | 0.30 | 178.50 | AMM |
| | Emails co counsel re need for extension; phone call JG re same, he'll file; AMM review of draft motion | 0.50 | 297.50 | AMM |
| | Phone call Barazza re status of pretrial docs from Def, need for extension, consent from both Defs | 0.30 | 178.50 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing 1st light document production | 0.40 | 156.00 | JLJ |
| | Correspondence with client re new evidence from 1st light | 0.10 | 39.00 | JLJ |
| | Strategy conference with AMM | 0.10 | 39.00 | JLJ |
| | Correspondence from OPC enclosing Draft Pretrial Statement, voir dire, and verdict slip | 0.10 | 39.00 | JLJ |
| | Reviewing/editing Consent Motion for extension of time to file joint pretrial statement | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re Consent | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Motion for extension of time to file joint pretrial statement | | | |
| | Reviewing Order granting consent motion for extension of time to file joint pretrial statement | 0.10 | 39.00 | JLJ |
| May-06-24 | Review 1st light discovery responses; m&c Jeff McDonald re deficiencies; f/u email re same | 0.80 | 476.00 | AMM |
| | Working on pretrial submissions in light of defendants' edits; emails re jury charge edits missing | 1.30 | 773.50 | AMM |
| | Correspondence with OPC for 1st light re meet and confer on its discovery responses | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re meet and confer with 1st light on its discovery responses | 0.10 | 39.00 | JLJ |
| | Correspondence from counsel for GoodLeap re its intent to provide edits to proposed jury charges | 0.10 | 39.00 | JLJ |
| | Reviewing def's revised version of joint pretrial memo | 0.10 | 39.00 | JLJ |
| | Reviewing def's revised version of verdict slip | 0.10 | 39.00 | JLJ |
| | Reviewing def's revised version of voir dire | 0.10 | 39.00 | JLJ |
| | Reviewing def's revised version of jury instructions | 0.20 | 78.00 | JLJ |
| May-07-24 | Work on joint final pretrial and exhibits; edits to jury charges, voir dire | 2.50 | 1,487.50 | AMM |
| | Client meeting via Zoom | 0.70 | 416.50 | AMM |
| | Review record, work on PL's exhibits, what to include, exclude, etc | 2.10 | 1,249.50 | AMM |
| | Continued work on JPTM, emails and phone call Barrazza re finalizing for submission; last minute edits and work with Jeff G for filing tonight | 1.60 | 952.00 | AMM |
| | Correspondence with clients re meeting to discuss case | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re def's edits to pretrial memo, voir dire, verdict slip, and jury instructions | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Editing proposed jury instructions | 0.20 | 78.00 | JLJ |
| | Correspondence with AMM re edits to proposed jury instructions | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Zoom conference with clients re case strategy | 0.70 | 273.00 | JLJ |
| | Zoom strategy conference with co-counsel | 0.30 | 117.00 | JLJ |
| | Review ecf notices & Consent Motion for Extension of Time to re: Pretrial Memo & Order Grant'g same; update pleadings binder & consumer log | 0.30 | 70.50 | JMR |
| May-08-24 | Correspondence with client re 1st light evidence | 0.10 | 39.00 | JLJ |
| | Reviewing GoodLeap's MIL re other lawsuits | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Researching other GoodLeap litigation | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re GoodLeap's MIL and case strategy | 0.10 | 39.00 | JLJ |
| | Review ecf notices & Joint PreTrial Memorandum & Goodleap's Motion in Limine; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| May-13-24 | Emails J Gentes re strategy for We hearing on MILs, pretrial issues | 0.20 | 119.00 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Freiman PHV Motion & Order granting same; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| May-14-24 | Correspondence with OPC for 1st Light re discovery dispute | 0.10 | 39.00 | JLJ |
| May-15-24 | Final preparation of for, participate in pretrial conference w/ court | 2.00 | 1,190.00 | AMM |
| | Strategy conference with AMM in advance of pretrial conference | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Pretrial conference (including time spent waiting for Court to begin proceeding after 10am) | 1.40 | 546.00 | JLJ |
| | Reviewing Court's version of voir dire | 0.10 | 39.00 | JLJ |
| | Preparing for pretrial conference | 0.20 | 78.00 | JLJ |
| | Correspondence with JR re acknowledgement of service | 0.10 | 39.00 | JLJ |
| | Strategy conference with AMM after pretrial conference | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Compiling exhibits and sending them to courtroom deputy | 0.10 | 39.00 | JLJ |
| | Review ecf notice & minute entry from 5/15/24 Pretrial Conference; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| May-16-24 | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with courtroom deputy re updated exhibit | 0.10 | 39.00 | JLJ |
| | Correspondence with Court re def's exhibits | 0.10 | 39.00 | JLJ |
| May-17-24 | Emails Def counsel re dropping motion to compel; emails co counsel re same; strategy going forward; emails clients re same | 0.70 | 416.50 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing Order granting GoodLeap's Motion in Limine re prior complaints | 0.10 | 39.00 | JLJ |
| | Reviewing docketed Notice of e-filed calendar/ notice to counsel re telephonic pretrial conference on 5/22 | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC for GoodLeap re intent to file notice of withdrawal of motion to stay and to compel arbitration | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC for 1st light re | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | intent to file notice of motion to withdraw motion to compel arbitration | | | |
| | Reviewing 1st Light's motion to withdraw motion to compel arbitration | 0.10 | 39.00 | JLJ |
| | Reviewing GoodLeap's notice of withdrawal of motion to compel arbitration | 0.10 | 39.00 | JLJ |
| | Correspondence with clients re defs' withdrawal of motions to compel arbitration | 0.10 | 39.00 | JLJ |
| May-18-24 | Emails J Gentes re schedule strategy | 0.30 | 178.50 | AMM |
| May-20-24 | Zoom meeting clients; emails re same | 0.80 | 476.00 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Conference call with clients | 0.40 | 156.00 | JLJ |
| | Correspondence with expert Thimot re trial | 0.10 | 39.00 | JLJ |
| | Review ecf notices & Notices of Conferences; diary dates and time and call in information & Notices of WD of Stay Motion, NOA of Freiman & Order Grant'g Goodleap's MIL; update pleadings binder & consumer log. | 0.50 | 117.50 | JMR |
| May-21-24 | Conference AMM re status incl upcoming zoom with court re trial date; conference call AMM and JGentes re case status, position on req for accelerated discovery, trial date, need for expert or roofer etc to establish cost to repair roof etc | 0.70 | 633.50 | CLF |
| | Conference w/ J. Spector re w/d of motions to compel, scheduling going forward; draft and circulate proposed stip | 0.90 | 535.50 | AMM |
| | Mult emails clients re trial adjourned, new trial date | 0.50 | 297.50 | AMM |
| | Phone call, emails to C. Hines re: strategy, assistance. | 0.80 | 476.00 | AMM |
| | Strategy conference with AMM | 0.20 | 78.00 | JLJ |
| | Status conference with Court by Zoom (including waiting time) | 0.50 | 195.00 | JLJ |
| | Strategy conference with co-counsel | 0.20 | 78.00 | JLJ |

|            |                                                                                                 |      |          |     |
|------------|-------------------------------------------------------------------------------------------------|------|----------|-----|
|            | Reviewing Order granting def's motion to withdraw                                                | 0.10 | 39.00    | JLJ |
|            | Review ecf notice & Minute Entry form 5/21/24 Conference; update pleadings binder & consumer log. | 0.30 | 70.50    | JMR |
| May-23-24  | Receive and review Goodleap training materials from NM case                                      | 0.70 | 416.50   | AMM |
|            | Reviewing new evidence re GoodLeap                                                               | 0.10 | 39.00    | JLJ |
|            | Correspondence with OPC re proposed stipulated order                                             | 0.10 | 39.00    | JLJ |
|            | Review email from AMM to defense counsel re: any edits to draft Stipulation                      | 0.10 | 23.50    | JMR |
| May-24-24  | Review of stip re scheduling order dates; emails def counsel re same; file                       | 0.30 | 178.50   | AMM |
| May-28-24  | Begin work on draft merits discovery requests                                                    | 1.20 | 714.00   | AMM |
|            | Review emails and ecf notice & Jt. Stipulation; update pleadings binder & consumer log; diary dates; | 0.30 | 70.50    | JMR |
| May-29-24  | Reviewing GoodLeap's answer to Complaint                                                         | 0.10 | 39.00    | JLJ |
|            | Correspondence from counsel for 1st light re its request for extension of time to file answer to complaint | 0.10 | 39.00    | JLJ |
|            | Reviewing Pretrial Scheduling Order                                                              | 0.10 | 39.00    | JLJ |
|            | Correspondence from Court's law clerk re final pretrial conference by Zoom                        | 0.10 | 39.00    | JLJ |
|            | Review ecf notices & Def's Answer and Scheduling Order and PreTrial Order diary dates; update pleadings binder & consumer log. | 0.50 | 117.50   | JMR |
| May-30-24  | Continue work on discovery requests to def                                                       | 1.00 | 595.00   | AMM |
|            | Correspondence with docusign expert re trial                                                     | 0.10 | 39.00    | JLJ |
|            | Review ecf notice & 1st Light's Answer & Aff Defenses; update pleadings binder & consumer log.   | 0.30 | 70.50    | JMR |
| May-31-24  | Finish and circulate drafts of second Rogs, RPDs to both Defendants; draft and circulate depo notices for all material witnesses; emails | 4.10 | 2,439.50 | AMM |

|  | co counsel re strategy and drafts; serve all requests and notices on defs |  |  |  |
|  | Receive and review Def 1st Light discovery requests; emails Jeff G re same | 0.30 | 178.50 | AMM |
|  | Correspondence with clients re Zoom to discuss case | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re clawback | 0.10 | 39.00 | JLJ |
| Jun-03-24 | Conference co counsel; email Def re demand withdrawn | 0.30 | 178.50 | AMM |
|  | Zoom strategy conference w/clients | 0.40 | 238.00 | AMM |
|  | Removing clawed back emails identified by GoodLeap | 0.10 | 39.00 | JLJ |
|  | Zoom meeting with clients to discuss case strategy | 0.40 | 156.00 | JLJ |
|  | Correspondence with counsel for BBB of Sacramento re subpoena | 0.40 | 156.00 | JLJ |
|  | Reviewing BBB complaints about GoodLeap | 0.70 | 273.00 | JLJ |
| Jun-04-24 | Correspondence with OPC re clawback request | 0.10 | 39.00 | JLJ |
|  | Correspondence with BBB re subpoena on 1st Light Energy | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
|  | Reviewing evidence of complaints against 1st Light and GoodLeap | 0.20 | 78.00 | JLJ |
| Jun-05-24 | Correspondence with clients re case status | 0.10 | 39.00 | JLJ |
| Jun-07-24 | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Jun-10-24 | Correspondence with co-counsel re pls' responses to interrogatories and requests for production | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Reviewing/editing Mrs. de Moura Castro's responses to interrogatories and requests for production | 0.40 | 156.00 | JLJ |
| | Correspondence with co-counsel re edits to Mrs. de Moura Castro's responses to interrogatories and requests for production | 0.20 | 78.00 | JLJ |
| | Review ecf notice & Motion to WD as Counsel for 1st Light; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Jun-11-24 | Emails status of depos w/ co counsel, def counsel; emails re site of service and depos | 0.80 | 476.00 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re responses to interrogatories and requests for production | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re depositions of defendants | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re depositions of witnesses | 0.20 | 78.00 | JLJ |
| | Review ecf notice & Notice of Zoom Hearing on 6/14/24 on Motion to WD; update pleadings binder & consumer log; diary date and time. | 0.30 | 70.50 | JMR |
| Jun-12-24 | Review draft discovery responses of our clients; emails JLJ and JG re same; email clients w drafts | 1.00 | 595.00 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing court notice changing hearing time for 1st light's motion to withdraw counsel | 0.10 | 39.00 | JLJ |
| | Client correspondence re responses to defendant's requests for production and interrogatories | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Notice of Change in Time for 6/14/24; diary new time; update pleadings binder & consumer log | 0.30 | 70.50 | JMR |
| Jun-13-24 | Client correspondence re responses to interrogatories and requests for production | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re deposition of witnesses | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| Jun-14-24 | Conference w/co-counsel re: 1st Light Energy's Withdrawal Motion and our strategy; preparation for hearing. | 0.70 | 416.50 | AMM |
| | Client correspondence re responses to requests for production and interrogatories | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Zoom conference with Court on 1st Light's motion to withdraw | 0.50 | 195.00 | JLJ |
| | Call with co-counsel re case strategy | 0.40 | 156.00 | JLJ |
| Jun-17-24 | Correspondence with OPC for GoodLeap re its supplemental production | 0.10 | 39.00 | JLJ |
| | Reviewing GoodLeap's supplemental production | 0.30 | 117.00 | JLJ |
| | Correspondence with co-counsel re GoodLeap discovery deficiencies | 0.10 | 39.00 | JLJ |
| | Reviewing Order setting follow-on hearing to def's motion to withdraw | 0.10 | 39.00 | JLJ |
| | Review ecf noticed & Minute Entry for 6/14/24 Proceedings; review Text Order & Notice of Motion Hearing on Motion to WD; diary dates; update pleadings binder & consumer log. | 0.50 | 117.50 | JMR |
| Jun-18-24 | Correspondence with OPC for GoodLeap re upcoming meet and confer on discovery matters | 0.10 | 39.00 | JLJ |
| | Strategy conference with AMM | 0.10 | 39.00 | JLJ |
| | Correspondence with clients re their depositions | 0.10 | 39.00 | JLJ |
| | Researching discoverability of net worth evidence | 0.30 | 117.00 | JLJ |
| | Correspondence with AMM re discoverability of net worth evidence | 0.10 | 39.00 | JLJ |
| Jun-19-24 | Reviewing letter motion to compel re notice and knowledge evidence | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC for GoodLeap re responses to interrogatories and requests for production | 0.10 | 39.00 | JLJ |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Correspondence with co-counsel re results of home inspection by witness | 0.10 | 39.00 | JLJ |
|  | Correspondence with 1st light's counsel re its production of documents | 0.10 | 39.00 | JLJ |
|  | Review ecf notice & Pls' letter request re: discovery dispute; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Jun-21-24 | Correspondence with OPC re GoodLeap supplemental production | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re deposition of GoodLeap employees | 0.10 | 39.00 | JLJ |
|  | Reviewing def's supplemental document production | 0.10 | 39.00 | JLJ |
|  | Reviewing text order granting Def 1st Light Energy's motion to withdraw | 0.10 | 39.00 | JLJ |
|  | Correspondence with clients re their depositions | 0.10 | 39.00 | JLJ |
|  | Reviewing order re pl's motion to compel | 0.10 | 39.00 | JLJ |
| Jun-24-24 | Correspondence with OPC re GoodLeap supplemental production | 0.10 | 39.00 | JLJ |
|  | Briefly reviewing GoodLeap's supplemental production | 0.30 | 117.00 | JLJ |
|  | Correspondence with co-counsel re GoodLeap evidence | 0.10 | 39.00 | JLJ |
|  | Review ecf notices & Civil Case Minutes & order; diary dates; update pleadings binder & consumer log; review emails from Reliable re: scheduling depositions; diary dates and times. | 0.50 | 117.50 | JMR |
| Jun-25-24 | Correspondence with OPC re subpoena to Mark Murphy | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re subpoena of GoodLeap witnesses | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Jun-26-24 | Client correspondence re their depositions | 0.10 | 39.00 | JLJ |
|  | Strategy/status conference with AMM | 0.20 | 78.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | (discussing results of deposition from 6/25/2024) | | | |
| | Strategy conference with AMM (discussing results of 6/26/24 deposition and next steps) | 0.30 | 117.00 | JLJ |
| Jun-27-24 | Correspondence with OPC re deposition of Murphy | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC enclosing Notices of Deposition of the Hilarios | 0.10 | 39.00 | JLJ |
| Jun-28-24 | Circulate drafts of discovery dispute joint letter w/ Barrazza and co counsel; confs JG and JLJ re getting it filed; coordinate response and filing into evening | 1.50 | 892.50 | AMM |
| | Reviewing deposition of Teague for discovery dispute letter | 1.00 | 390.00 | JLJ |
| | Correspondence with AMM re depositions of GoodLeap witnesses | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re discovery dispute letter / joint status report | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing/editing joint status letter | 0.30 | 117.00 | JLJ |
| Jul-01-24 | Emails clients, Barraza re depo dates | 0.30 | 178.50 | AMM |
| | Legal Research trial strategy re damages against defaulted defendants, judge or jury; emails colleaguses re same | 1.50 | 892.50 | AMM |
| | Correspondence with OPC re deposition of Murphy | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy / 1st light default | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy / depositions of witnesses | 0.10 | 39.00 | JLJ |
| | Researching right to jury trial against defaulted defendants | 0.30 | 117.00 | JLJ |
| | Correspondence with co-counsel and outside counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Joint Status Report; update pleadings binder & consumer log; | 0.50 | 117.50 | JMR |

|         |                                                                                                          |      |        |     |
|---------|----------------------------------------------------------------------------------------------------------|------|--------|-----|
|         | review emails from Reliable and download transcript to server folder.                                    |      |        |     |
| Jul-02-24 | Review ECF notice of entry of standard protective order; emails JG and Jody re strategy re dsignations, what to challenge, not, etc | 0.60 | 357.00 | AMM |
|         | Depo preparation of Helena and Shawn Hilario                                                              | 1.10 | 654.50 | AMM |
|         | Reviewing text order granting in part Plaintiffs' motion to compel discovery                             | 0.10 | 39.00  | JLJ |
|         | Reviewing confidentiality order                                                                          | 0.10 | 39.00  | JLJ |
|         | Correspondence with co-counsel re confidentiality order                                                  | 0.10 | 39.00  | JLJ |
|         | Correspondence with co-counsel re case strategy                                                          | 0.10 | 39.00  | JLJ |
|         | Review ecf notice & Order granting in part Pls' Motion to Compel; review ecf notice & Standing Protective Order; diary dates; update pleadings binder & consumer log. | 0.50 | 117.50 | JMR |
| Jul-03-24 | Emails Barraza re depo schedule                                                                          | 0.10 | 59.50  | AMM |
|         | Strategy conference with AMM                                                                              | 0.20 | 78.00  | JLJ |
|         | Researching for Joint Trial Memorandum                                                                    | 0.20 | 78.00  | JLJ |
|         | Correspondence with co-counsel re case strategy and plan going forward                                   | 0.20 | 78.00  | JLJ |
|         | Correspondence with OPC re joint pretrial memo                                                            | 0.10 | 39.00  | JLJ |
| Jul-05-24 | Emails co counsel re voir dire questions                                                                 | 0.20 | 119.00 | AMM |
|         | Correspondence with OPC re supplemental disclosure                                                        | 0.10 | 39.00  | JLJ |
|         | Reviewing motion for default against 1st light energy                                                    | 0.10 | 39.00  | JLJ |
|         | Reviewing order setting deadline for motion for default against 1st light energy                         | 0.10 | 39.00  | JLJ |
|         | Correspondence with co-counsel re joint trial memorandum, voir dire, and jury instructions               | 0.20 | 78.00  | JLJ |

| | | | | |
|---|---|---|---|---|
| | Correspondence with OPC re deposition of Laura Taheny | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| Jul-08-24 | Correspondence with co-counsel re jury instructions and motino for default judgment as to prime | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re meeting with clients | 0.10 | 39.00 | JLJ |
| | Reviewing def's PHV motion for Marc Goldberg | 0.10 | 39.00 | JLJ |
| | Reviewing/editing joint trial memorandum | 0.20 | 78.00 | JLJ |
| | Reviewing motion for default judgment as to 1st Light and Prime | 0.50 | 195.00 | JLJ |
| | Correspondence with co-counsel re GoodLeap's failure to produce discovery responses | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re joint and several liability | 0.10 | 39.00 | JLJ |
| | Review ecf notices & Order to file default on 1st Light by 7/5/24 and Pl's Request for Entry of Default Against 1lst Light; update pleadings binder & cojnsumer log. | 0.30 | 70.50 | JMR |
| Jul-09-24 | Defend depo of Cema Siegel | 2.00 | 1,190.00 | AMM |
| | Depo preparation call CS, later debrief call | 0.80 | 476.00 | AMM |
| | Phone calls, emails C Barraza re depo schedule, net worth docs, complaints spreadsheet production timeline, moving depos | 0.30 | 178.50 | AMM |
| | Strategy call Gentes re depos and doc production | 0.30 | 178.50 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Review ecf notices & Order Grant'g Goldberg PHV Motion & Pls' Motion for Default against | 0.30 | 70.50 | JMR |

| | | | | |
|---|---|---|---|---|
| | 1st Light; update pleadings binder & consumer log. | | | |
| | Discussion with AMM; efiling of discover dispute letter; review ecf notice & docketed dispute letter; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Jul-10-24 | Final preparation for, background research on, take deposition (partial) of Mark Murphy. | 5.80 | 3,451.00 | AMM |
| | Reviewing GoodLeap's audited financial statements | 0.10 | 39.00 | JLJ |
| | Correspondence with AMM re deposition of Murphy | 0.10 | 39.00 | JLJ |
| | Editing joint trial memorandum | 0.10 | 39.00 | JLJ |
| | Review emails from Reliable with link and password; download Teague transcript to server folder. | 0.30 | 70.50 | JMR |
| Jul-11-24 | Emails re depo dates, depo cancellation and rescheduling, with Def counsel and court reporter | 0.70 | 416.50 | AMM |
| | Begin preparation for Taheny depo tomorrow | 1.30 | 773.50 | AMM |
| | Drafting/editing jury instructions | 2.40 | 936.00 | JLJ |
| | Drafting verdict slip | 0.80 | 312.00 | JLJ |
| | Researching joint and several liability under FCRA | 0.40 | 156.00 | JLJ |
| | Drafting/editing proposed voir dire | 0.50 | 195.00 | JLJ |
| | Strategy conference with co-counsel | 0.20 | 78.00 | JLJ |
| Jul-12-24 | Prepare for and take depo of Laura Taheny of Goodleap | 3.70 | 2,201.50 | AMM |
| | Work on first draft of jury instructions and VD; circulate to Def counsel | 2.30 | 1,368.50 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Call with AMM re case strategy | 0.10 | 39.00 | JLJ |
| | Editing verdict slip | 0.10 | 39.00 | JLJ |
| | Editing FCRA jury instructions | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Preparing supplemental production of documents | 0.20 | 78.00 | JLJ |
| | Correspondence with OPC re supplemental production of documents | 0.10 | 39.00 | JLJ |
| | Correspondence with AMM re jury instructions, verdict slip, and voir dire | 0.10 | 39.00 | JLJ |
| Jul-15-24 | Emails re depo scheduling w/ court reporters; Barraza re same | 0.30 | 178.50 | AMM |
| | Contiune work on joint final pretrial memo, exhibit list, etc; emails Barraza re same | 2.70 | 1,606.50 | AMM |
| | Review ecf notice & Goldberg NOA for Goodleap; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Jul-16-24 | Further preparation, finish taking depo of Mark Murphy. | 2.30 | 1,368.50 | AMM |
| | Emails co counsel, def counsel, re def request for leave to amend answer re TILA; legal research re TILA preemption defense | 0.60 | 357.00 | AMM |
| | Preparing for Goodleap 30b6 deposition tomorrow | 3.20 | 1,904.00 | AMM |
| | Correspondence with OPC re supplemental production by defendant | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re supplemental production by plaintiff | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re def's amendment of answer to add affirmative defense of preemption of state law claims under TILA | 0.10 | 39.00 | JLJ |
| | Correspondence with AMM re def's amendment of answer to add affirmative defense of preemption of state law claims under TILA | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC requesting authority for TILA preemption argument | 0.10 | 39.00 | JLJ |
| Jul-17-24 | Continued deposition preparation for Goodleap 30b6 depo | 3.60 | 2,142.00 | AMM |
| | Take deposition of Goodleap designee Chris Kennedy | 6.00 | 3,570.00 | AMM |
| | Work on final edits to joint trial submissions, JPTM, jury charges, verdict slip, VD, submit | 2.30 | 1,368.50 | AMM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | all to court before midnight; emails JG and def counsel re finalizing and filing |  |  |  |
|  | Correspondence with OPC re confidentiality of PII | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re production of complaints | 0.10 | 39.00 | JLJ |
|  | Reviewing def's response to motion to compel complaints evidence | 0.10 | 39.00 | JLJ |
|  | Reviewing pl's motion to compel complaints evidence | 0.10 | 39.00 | JLJ |
|  | Reviewing text order rescheduling pretrial conference | 0.10 | 39.00 | JLJ |
|  | Reviewing text order takign under advisement pl's motion to compel and setting it for 9am on july 19 | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re pretrial memo | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re pretrial memo | 0.10 | 39.00 | JLJ |
|  | Discussion with AMM; efiling of Pls' ltr discovery dispute and def's reply letter; update discovery binder and consumer log; review ecf notices & Notice of Time Change of 7/19/24 pretrial conference to 9:00 a.m. & Order taking under advisement our discovery dispute.to be heard on 7/19/24; update pleadings binder. | 0.40 | 94.00 | JMR |
| Jul-18-24 | Extended conference AMM re facts, re upcoming final pretrial, re agency issues re damages and punies, re witnesses and voir dire etc | 1.00 | 905.00 | CLF |
|  | Receive and review court's VD; emails co counsel re same | 0.20 | 119.00 | AMM |
|  | Phone call Barraza re multiple topics - their TILA amendment, ext on pretrial submissions, status of other complaints, recent termination of loan | 0.70 | 416.50 | AMM |
|  | Correspondence with OPC re jury instructions, voir dire, etc. | 0.10 | 39.00 | JLJ |
|  | Internal correspondence re final approval hearing | 0.10 | 39.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re results of meet and confer with opposing counsel | 0.10 | 39.00 | JLJ |
| | Client correspondence re in person inspection | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Joint Trial Memorandum; update pleadings binder & consumer log. | 0.30 | 70.50 | JMR |
| Jul-19-24 | Final preparation for; attend final pretrial conference via Zoom | 2.10 | 1,249.50 | AMM |
| | Edits to motion for default judgment against Prime and 1stLE; circulate back to co counsel for filing | 0.90 | 535.50 | AMM |
| | Reviewing/editing pl's motion for default judgment as to Prime and 1st Light | 0.20 | 78.00 | JLJ |
| | Correspondence with co-counsel re pl's motion for default judgment as to Prime and 1st Light | 0.10 | 39.00 | JLJ |
| Jul-22-24 | Reviewing order granting pl's motion to compel complaints | 0.10 | 39.00 | JLJ |
| | Correspondence with third party re follow-up deposition of Mark Murphy | 0.10 | 39.00 | JLJ |
| | Review ecf notice & Pls' Motion for Default Judgment, order granting motion to compel and minute entry; diary dates update pleadings binder & consumer log. | 0.40 | 94.00 | JMR |
| Jul-23-24 | Review Reliable email and invoice; telephone call to Reliable to pay invoice via credit card. | 0.30 | 70.50 | JMR |
| Jul-24-24 | Draft and serv subpoenas for the GL witnesses | 0.70 | 416.50 | AMM |
| | Work on revised jury instructions per court's order; emails Barraza w/ first new draft accepting some of theirs, including arument for ours, noting battle lines | 2.90 | 1,725.50 | AMM |
| | Correspondence with OPC enclosing trial subpoenas of defense witnesses | 0.10 | 39.00 | JLJ |
| Jul-25-24 | M&C Barraza and his associate, JG, re revised jury instructions | 0.40 | 238.00 | AMM |
| | Correspondence with OPC re meet and confer on revised jury instructions | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jul-26-24 | Work on edits and most recent drafts of jury instructions, legal research re law and model instructions, merge docs; emails Def counsel re same; preparation to file, file | 3.90 | 2,320.50 | AMM |
| | Call with AMM re jury instructions | 0.30 | 117.00 | JLJ |
| | Reviewing jury instructions | 0.30 | 117.00 | JLJ |
| | File mgmt update binder | 0.20 | 47.00 | VB |
| Jul-30-24 | Strategy conference with AMM | 0.20 | 78.00 | JLJ |
| Jul-31-24 | Edits to JPTM re amending, add stipulations, review exhibit list and edit; emaisl co counsel; emails Def re same | 2.30 | 1,368.50 | AMM |
| | Emails Cema re trial attendance and her depo transcript | 0.20 | 119.00 | AMM |
| | Correspondence with AMM re amended joint final pretrial statement | 0.10 | 39.00 | JLJ |
| | Reviewing/editing amended joint final pretrial statement | 0.20 | 78.00 | JLJ |
| | Correspondence with local counsel re research on admissibility of other complaints evidence as relevant to notice and knowledge | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re joint final pretrial statement | 0.10 | 39.00 | JLJ |
| | Scan, save electronically and file documents | 0.60 | 141.00 | VB |
| | Contact court reporters re: missing ASCII files; download files | 0.50 | 117.50 | VB |
| Aug-01-24 | Status and strategy w/ AMM incl pattern evidence and case valuation | 0.40 | 362.00 | CLF |
| | Correspondence with co-counsel re other complaints evidence | 0.10 | 39.00 | JLJ |
| | Researching case law on admissibility of other complaints evidence | 0.10 | 39.00 | JLJ |
| | Review Reliable email and invoice for Stevens transcript; telephone Reliable to make credit card payment. | 0.30 | 70.50 | JMR |
| Aug-02-24 | Finalize exhibit list; M&C Barraza re same; prepare filing; email to Nick Langella at court; receive and review GL's submission re same | 2.20 | 1,309.00 | AMM |

| | | | | |
|---|---|---|---|---|
| | Drafing MIL re attorney fees | 0.60 | 234.00 | JLJ |
| | Correspondence with cocounsel re MIL re attorney fees | 0.10 | 39.00 | JLJ |
| | Drafting motion for pre-charge on defaulted defendants | 1.30 | 507.00 | JLJ |
| | Correspondence with AMM/JG re submissions due today | 0.10 | 39.00 | JLJ |
| | Correspondence with local counsel re motion for precharge | 0.10 | 39.00 | JLJ |
| | Correspondence with Court re exhibit list | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re exhibit list | 0.10 | 39.00 | JLJ |
| Aug-05-24 | Strategy emails and conference call re subpoenas of GL witnesses, officers; preparation of exhibits and stips | 0.80 | 476.00 | AMM |
| | Review GL's spreadsheet produced Friday, unacceptable; compare with known complaints, several missing | 1.50 | 892.50 | AMM |
| | Phone call Jeff and JLJ re moving to compel on spreadsheet, whether to depose Kennedy now or later | 0.30 | 178.50 | AMM |
| | M&C call Barraza re spreadsheet, unavailable witnesses; debrief email to co counsel re same; need to file a motion Wed, depo tomorrow | 0.60 | 357.00 | AMM |
| | Multiple emails court reporter to set up tomorrow's depo | 0.40 | 238.00 | AMM |
| | Correspondence with OPC re complaints spreadsheet | 0.10 | 39.00 | JLJ |
| | Reviewing def's doc production | 0.10 | 39.00 | JLJ |
| | Correspondence with OPC re trial witnesses | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re trial exhibits | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing def's complaints evidence produced on Aug 2 | 0.20 | 78.00 | JLJ |
| | Researching ability to compel attendance of witnesses at trial | 0.30 | 117.00 | JLJ |

| | | | | |
|---|---|---|---|---|
| Aug-06-24 | Motions in Limine review | 0.30 | 271.50 | CLF |
| | Prepare for and take deposition (part 2) of GL's 30b6 witness Chris Kennedy | 3.10 | 1,844.50 | AMM |
| | Mult phone calls, emails JG and JLJ re moving to compel other complaitns evidence | 1.30 | 773.50 | AMM |
| | Correspondence with OPC re deposition of defendant | 0.10 | 39.00 | JLJ |
| | Deposition of Christopher Kennedy of GoodLeap (follow-on deposition regarding complaints evidence) | 0.70 | 273.00 | JLJ |
| | Call with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
| | Researching ability to subpoena GoodLeap witnesses at trial | 0.50 | 195.00 | JLJ |
| | Drafting letter motion to compel | 0.30 | 117.00 | JLJ |
| | Correspondence with OPC challenging confidentiality designation of complaints summary spreadsheet | 0.10 | 39.00 | JLJ |
| | Reviewing Standing Protective Order | 0.10 | 39.00 | JLJ |
| | Summarize BDMC Deposition transcript | 1.50 | 352.50 | VB |
| Aug-07-24 | Review motion to compel letter; emails co counsel re same | 0.80 | 476.00 | AMM |
| | Receive and review multiple MILs | 0.80 | 476.00 | AMM |
| | Reviewing/editing motion to compel complaints | 0.90 | 351.00 | JLJ |
| | Correspondence with co-counsel re motion to compel complaints or for sanctions | 0.20 | 78.00 | JLJ |
| | Correspondence with OPC re confidentiality designation of summary spreadsheet | 0.10 | 39.00 | JLJ |
| | Reviewing def's interim opposition to pl's motion to compel and for sanctions | 0.10 | 39.00 | JLJ |
| | Internal correspondence re exhibits | 0.10 | 39.00 | JLJ |
| | Finalizing and docketing the motions in limine | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Retrieve and Compile Plaintiffs Trial Exhibits electronically | 4.00 | 940.00 | VB |
| | File management: store, download, print, and update binders re: pleadings; download defs' exhibits | 1.80 | 423.00 | VB |
| Aug-08-24 | Tel calls AMM and JLJ re sett offer, effect of pending MILs etc | 0.50 | 452.50 | CLF |
| | Review D's multiple MILs; further discuss sett offer, matter appears settled; conference JLJ re selected sett terms for release | 1.10 | 995.50 | CLF |
| | Multiple phone calls and meetings re potential settlement: Barraza (x4); clients (x3); CLF and JLJ and JG (5x); emails re same; further callse re terms of agreement and need to signe by tomorrow AM; case settled and signed | 5.10 | 3,034.50 | AMM |
| | Emails, texts co counsel re strategy for tomorrow's hearing in light of settlement | 0.50 | 297.50 | AMM |
| | Reviewing def's MIL as to PII | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re def's MIL as to PII | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re remote testimony of witness | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
| | Correspondence with clients re case strategy | 0.30 | 117.00 | JLJ |
| | Call with co-counsel re case strategy | 0.30 | 117.00 | JLJ |
| | Drafting settlement agreement | 1.00 | 390.00 | JLJ |
| | Correspondence with OPC re settlement | 0.10 | 39.00 | JLJ |
| | Correspondence with co-counsel re settlement | 0.10 | 39.00 | JLJ |
| | Call with OPC re settlement | 0.10 | 39.00 | JLJ |
| | Reviewing and revising def's edits to settlement agreement | 0.20 | 78.00 | JLJ |
| | Correspondence with clients re draft settlement agreement | 0.20 | 78.00 | JLJ |
| | Correspondence with OPC re signed settlement agreement | 0.10 | 39.00 | JLJ |

|  |  |  |  |  |
|---|---|---|---|---|
|  | File management: store, download, print, and update binders re: pleadings | 0.30 | 70.50 | VB |
| Aug-09-24 | Correspondence with co-counsel re notifying court of settlement | 0.10 | 39.00 | JLJ |
|  | Correspondence with Court re settlement and conversion of hearing | 0.30 | 117.00 | JLJ |
|  | Drafting stipulation of dismissal | 0.30 | 117.00 | JLJ |
|  | Correspondence with OPC re settlement and stipulation of dismissal | 0.10 | 39.00 | JLJ |
|  | Correspondence with OPC re stipulation of dismissal | 0.10 | 39.00 | JLJ |
|  | Call with OPC re stipulation of dismissal | 0.10 | 39.00 | JLJ |
|  | Call with OPC re letter to Court re settlement | 0.10 | 39.00 | JLJ |
|  | Call with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
|  | Reviewing Order dismissing claims against GoodLeap and vacating deadlines | 0.10 | 39.00 | JLJ |
|  | Status conference with Court re defaulted defendants | 0.20 | 78.00 | JLJ |
|  | Strategy conference with co-counsel | 0.50 | 195.00 | JLJ |
|  | Reviewing court notice setting a hearing on the motion for default judgment | 0.10 | 39.00 | JLJ |
| Aug-12-24 | Correspondence with Court re hearing exhibits | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re case strategy | 0.20 | 78.00 | JLJ |
|  | Review Reliable email and invoice for Taheny transcript; phone Reliable to make payment via credit card; email AMM re: large Reliable invoices to be paid.. | 0.20 | 47.00 | JMR |
| Aug-13-24 | Review Reliable email and download Kennedy transcript; discussion with AMM re: Reliable invoices; telephone Reliable accounting department to request all invoices outstanding for depositions. | 0.30 | 70.50 | JMR |
| Aug-14-24 | Review exhibits; thin down to 20 for hearing; emails Jeff G re same; edit exhibit and witness list and send to court | 1.90 | 1,130.50 | AMM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review Mark Murphy depo, make notes on sections to present at default hearing | 2.00 | 1,190.00 | AMM |
|  | Zoom conference clients re what to expect, strategy, re next Wed hearing | 0.50 | 297.50 | AMM |
| Aug-15-24 | Draft of AMM cert in support of fees, edit cert of outside counsel; email both to Jeff G | 0.70 | 416.50 | AMM |
|  | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
|  | Preparing my Certification for Plaintiffs' fee petition | 0.40 | 156.00 | JLJ |
|  | Correspondence with co-counsel re fee petition and certifications | 0.10 | 39.00 | JLJ |
| Aug-16-24 | Correspondence with co-counsel re costs sought | 0.10 | 39.00 | JLJ |
| Aug-19-24 | Editing video deposition of Mark Murphy | 0.30 | 117.00 | JLJ |
|  | Conference with CLF/AMM re damages hearing / strategy | 0.20 | 78.00 | JLJ |
| Aug-20-24 | Drive to CT (4.0); meet with clients for final preparation of (2.5); final trial preparation (5.5) | 12.00 | 7,140.00 | AMM |
|  | Correspondence with AMM re Mark Murphy trial clips | 0.10 | 39.00 | JLJ |
|  | Correspondence with co-counsel re evidence for hearing | 0.10 | 39.00 | JLJ |
| Aug-21-24 | Try hearing on default damages; final preparation of and associated legal research; debrief with clients after | 7.60 | 4,522.00 | AMM |
| Aug-22-24 | Debrief w/ AMM re hearing, evidence, possible award, and re collection issues | 0.30 | 271.50 | CLF |
|  | Drive back to PA | 4.00 | 2,380.00 | AMM |
| Sep-04-24 | Receive and review court's order granting default judgment (.2); conference JLJ re same (.1); write to clients w/ opinion (.1) | 0.40 | 238.00 | AMM |
|  | Reviewing Court's Order granting motion for default judgment | 0.20 | 78.00 | JLJ |
|  | Client correspondence re Court's Order granting motion for default judgment | 0.10 | 39.00 | JLJ |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Sep-06-24 | Correspondence with co-counsel re collection strategy | 0.10 | 39.00 | JLJ |
| Sep-09-24 | Review file, no judgment yet; call court re same, review judgment over ECF | 0.40 | 238.00 | AMM |
| | Work on AMM cert ISO fee petition; review billing | 1.40 | 833.00 | AMM |
| | Correspondence with co-counsel re case strategy | 0.10 | 39.00 | JLJ |
| | Reviewing default Judgment entered | 0.10 | 39.00 | JLJ |
| Sep-12-24 | Conference AMM re fee petition due, discuss level of detail and poss summaries; review 2d cir cases on timesheets and specificity | 0.20 | 181.00 | CLF |
| Sep-13-24 | Continue working on fee petition motion, incl associated legal research and work on AMM cert and billing | 4.70 | 2,796.50 | AMM |
| Sep-17-24 | Phone conference JG re fee petition strategy, status of certs re billing time; declaration from CT practitioner | 0.40 | 238.00 | AMM |
| | Researching whether summary of time is sufficient for default case | 0.50 | 195.00 | JLJ |
| Sep-19-24 | Continue work on fee petition draft; prepare to circulate draft | 6.70 | 3,986.50 | AMM |
| | Anticipated time to make final edits to fee petition and certs in support; final proof and edits, prepare to file and filing | 3.00 | 1,785.00 | AMM |
| | Correspondence with clients re case strategy as to defaulted defendants | 0.10 | 39.00 | JLJ |
| Totals | | 421.60 | $213,761.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Cary L. Flitter | 6.00 | $905.00 | $5,430.00 |
| Andrew M. Milz | 254.10 | $595.00 | $151,189.50 |
| Jody Lopez-Jacobs | 123.80 | $390.00 | $48,282.00 |
| Selma Garrett | 1.50 | $235.00 | $352.50 |

| | | | |
|---|---|---|---|
| Joan M. Raughley | 25.50 | $235.00 | $5,992.50 |
| Valarie Bolton | 8.90 | $235.00 | $2,091.50 |
| Clerk | 1.80 | $235.00 | $423.00 |

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| | Photocopy Expense | 87.00 | |
| | Postage | 16.70 | |
| Jul-27-21 | Supreme Court of Pennsylvania - AMM Cert of Good Standing | 25.00 | |
| | Supreme Court of Pennsylvania - JLJ Cert of Good Standing | 25.00 | |
| | Secretary, New Jersey Board of Bar Examiners - AMM NJ Cert of Good Standing | 20.00 | |
| | Secretary, New Jersey Board of Bar Examiners - JLJ NJ Cert of Good Standing | 20.00 | |
| Jul-27-22 | Pacer - research | 0.10 | |
| Aug-24-22 | Bulk copyng of Pl's Motion for Default Judgment as to Prime Energy - 19 copies | 2.85 | |
| Aug-25-22 | RIV Court EPay Fine PM (Solar Review) | 27.00 | |
| Nov-15-22 | Pa. Supreme Court - CLF Certificate of Good Standing | 25.00 | |
| | Secretary, New Jersey Board of Bar Examiners - CLF Cert of Good Standing | 20.00 | |
| Jan-09-23 | Pacer Charges | 1.60 | |
| Apr-10-23 | Meta Technical, LLC  - Invoice #62347 IP Consulting Expert Work | 807.50 | |
| Aug-01-23 | Bulk postage of package to client | 3.75 | |
| Aug-02-23 | Lexbe, Inc. - Records | 165.00 | |
| Sep-02-23 | Lexbe, Inc. | 165.00 | |
| Oct-02-23 | Lexbe - document review software | 165.00 | |
| | TST Naples Pizza - liunch in CT | 23.25 | |
| | Mirabito #125 - Gas in CT | 78.39 | |
| | Hampton Inn - lodging in CT | 277.77 | |
| | Enterprise Rent a Car - travel to CF | 202.40 | |
| | ERAC Toll - toll to CT | 7.10 | |
| Oct-18-23 | Pacer - Legal Research | 4.80 | |
| Nov-02-23 | Reliable Court Reporting - transciprts of Bridget & Luis De Moura Castro | 2,763.10 | |

| | | |
|---|---|---|
| May-08-24 | Bulk copying of Joint PreTrial Memorandum and Goodleap's Motion in Limine - 52 copies | 7.80 |
| May-20-24 | Bulk copying of Court documents - 7 copies | 1.05 |
| May-28-24 | Bulk copying of docketed Joint Stipulation - 12 copies | 1.80 |
| May-29-24 | Bulk copying of ecf documents - 22 copies | 3.30 |
| May-30-24 | Bulk copying of 1st Light's Answer & Aff. Defenses - 14 copies | 2.10 |
| Jun-10-24 | Bulk copiyng of Motion to WD as Counsel for 1st Light - 7 copies | 1.05 |
| Jun-24-24 | Bulk copiyng of ecf Orders - 5 copies | 0.75 |
| Jul-01-24 | Bulk copying of Joint Status Report - 8 copies | 1.20 |
| Jul-02-24 | Bulk copying of Standing Protective Order- 6 copies | 0.90 |
| Jul-17-24 | Bulk copying of docketed pleadings & Orders - 6 copies | 0.90 |
| Jul-18-24 | Bulk copying of Joint Trial Memorandum - 52 pages | 7.80 |
| Jul-22-24 | Bulk copying of Text Order & Motion for Default Judgment - 20 copies | 3.00 |
| Jul-24-24 | Reliable Copy Service, Inc. - Teague Transcript | 1,141.10 |
| Aug-01-24 | Reliable Court Reporting - Invoice #10023 -Stevens Transcript | 1,517.40 |
| Aug-07-24 | Bulk copies - Hearing Transcript - Parker v. Goodleap | 29.25 |
| Aug-08-24 | Bulk copies re: Defs' Motions in Limine | 4.05 |
| Aug-12-24 | Reliable Court Reporting - Laura Taheny Transcripts | 1,189.80 |
| Aug-14-24 | Reliable Court Reporting - Invoice #10240 - 7/17/24 Kennedy Transcript | 1,306.40 |
| | Reliable Court Reporting - Invoice #10238 - 8/6/24 Kennedy Transcript | 540.07 |
| Aug-16-24 | Huseby - Deposition Transcript of Cerma Siegel | 823.80 |
| | Huseby - Deposition Transcript of Mark Murphy | 916.85 |
| | Huseby - Deposition Transcript of Mark Muprhy, Vol. 2 | 723.80 |
| Aug-19-24 | Bulk copies - Trial Exhibits - 215 pages @.15 per page | 32.25 |
| Aug-27-24 | Bulk copies re Exhibit List | 0.60 |
| Sep-03-24 | Synchron Voice and Video re Murphy dep synchronization; Invoice #28848 | 39.31 |
| Sep-05-24 | Bulk copies - Order re Default Judgment | 2.25 |

| Sep-19-24 | Huseby Global Litigation - Deposition Transcripts of Shawn & Helena Hilario | 712.15 | |
|---|---|---|---|
| | Totals | $13,944.04 | $0.00 |

**Total Fees & Disbursements**                                      **$227,705.04**

Previous Balance                                                          $0.00
Previous Payments                                                        $0.00

**Balance Due Now**                                                    **$227,705.04**

**AMOUNT QUOTED:**                                        **$0.00**