UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND LUIZ DE MOURA CASTRO, by his next best friend Helena Hilario | : : : | |
| *Plaintiffs* | : | |
| v. | : | 3:21-cv-1020-RMS |
| | : | |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC, PRIME ENERGY, LLC AND 1ST LIGHT ENERGY, INC. | : : : | September 23, 2024 |
| *Defendants* | : | |

**DECLARATION OF JEFFREY GENTES PER 28 U.S.C. § 1746**

I, Jeffrey Gentes, hereby declare as follows:

1. I have been a member of the Connecticut bar since 2003. Since 2010, I have been the Managing Attorney, Fair Lending and Foreclosure Prevention at Connecticut Fair Housing Center, the sole statewide nonprofit that litigates fair lending claims on behalf of homeowners, and, with the exception of the law school clinic I co-supervise, the only statewide nonprofit representing homeowners facing foreclosure and with wrongful foreclosure claims. I am also a Clinical Lecturer in Law at Yale Law School. In my role at YLS, I co-supervise its Housing Clinic with Professor Anika Singh Lemar. I have co-supervised the Clinic since September 2012 and originally supervised this Clinic with Professor J.L. Pottenger, Jr.

2. I am one of the two Center attorneys who have been responsible for representing Plaintiffs in this matter. The other Center attorney is Sarah White, whose work I supervised.

3. For the past sixteen years, my work has focused almost exclusively on housing cases, and the vast majority of those have been housing finance cases.

4. I regularly speak at housing meetings and at events held by public officials regarding housing finance. I am the co-chair for the Appellate Advocacy Section of the Connecticut Bar Association and have been involved in more than fifty appeals as counsel for a consumer or as *amicus curiae*, including seven amicus briefs filed with the Supreme Court of the United States and at least two with the Second Circuit Court of Appeals. Additionally, I have done trainings for six different states' foreclosure mediators and thousands of attorneys, and I have presented more than a dozen times at conferences sponsored by the National Consumer Law Center (NCLC) and the National Association of Consumer Advocates. I have been disclosed as an expert witness in four cases, including one on behalf of the Consumer Financial Protection Bureau in the Central District of California. I have also contributed to the NCLC manual "Home Foreclosures." I have been involved in drafting, negotiating, and lobbying for bills involving housing finance matters for consumers at the state level since 2010. And I have been involved in national working groups regarding housing matters and more than two hundred trial court cases, including more than forty in this District.

5. My last fee award in this District was in the case *Stevenson v. Flagstar, FSB*, No. 3:19-cv-960-JBA, 2021 WL 3639533 (Aug. 21, 2021). In that case Judge Arterton awarded the Center fees attributable to my work in 2019 and 2020 on behalf of the prevailing plaintiffs at the requested rate of $375 per hour. She also awarded $300 per hour for similar work by another Center attorney who, like Attorney White, has been practicing since 2010.

6. According to the Bureau of Labor Statistics, a rate of $375/hour in January 2020 would be equivalent to $457.60 as of August 2024,[1] and $300/hour in January 2020 is equivalent to $366.08 as of August 2024.[2]

---

[1] https://data.bls.gov/cgi-bin/cpicalc.pl?cost1=375&year1=202001&year2=202407

7. The Center does not charge clients directly for work performed, but does recover fees for litigation through statutes giving rise to attorney fees, such as CUTPA and TILA.

8. In the past few years, we at the Center have met with several consumers with complaints regarding solar panel sales and installation. But we seldom have the resources to prosecute such actions given the limited resources available for our core litigation practices of foreclosure defense, fair housing suits, and actions against abusive mortgage companies. The local private bar for its part lacks practitioners willing to take on individual consumer suits against the solar industry, largely because of lack of practical experience and the regulatory and financial troubles that many industry players are facing, making the prospect of collection difficult.

9. I first learned of this action through Attorney Milz, whom I know from national consumer law conferences. I believe there is no one in the country with more experience than Mr. Milz in handling solar panel fraud cases on behalf of wronged consumers.

10. Had Plaintiffs contacted us directly, Flitter Milz would have been my first choice to enlist as both *pro hac vice* counsel and lead trial counsel.

11. We agreed to make to accept this matter because the facts were particularly egregious and because we were able to co-counsel with Flitter Milz.

12. Representation in both 2021 and, following Judge Haight's decision, in 2024 involved a considerable share of the Center's very limited resources. The Center only has the equivalent of two full-time attorneys devoted to homeowner-side cases like this one. This year we have represented far fewer defendants than in a usual year, in part because of the outsized attention this case required in 2024.

---

[2] https://data.bls.gov/cgi-bin/cpicalc.pl?cost1=300&year1=202001&year2=202407

13. We were able to contribute substantially to success in this case because of our extensive experience representing consumers victimized by predatory lending scams, along with our CUTPA expertise. *See, e.g.*, the Center's role as successful plaintiffs' counsel in *Cenatiempo v. Bank of Am., N.A.*, 333 Conn. 769 (2019) (establishing CUTPA liability for wrongful mortgage servicing).

14. As detailed in Exhibit 1, and based on my contemporaneous timekeeping in this case (i.e., how we timekeep at the Center), I spent 161.8 hours on this case. We are not seeking compensation for hours spent on certain internal conferences and administrative time, nor are we seeking compensation for time spent by other Center attorneys (including the time of the Center's Executive and Legal Director, Greg Kirschner). Nor are we seeking compensation for time that reflects the share of work done in respect of all three Defendants that can be allocated to Defendant GoodLeap, LLC (e.g., we are only seeking two-thirds of the time spent on drafting the complaint) nor work attributable solely to GoodLeap (e.g., much of the work spent this summer until Plaintiffs dismissed their claims against GoodLeap).

15. Given my experience and expertise; the potential for our clients to face a collection action against their home based on the fraudulent loan tied to the solar panels; the lack of attorneys in the District who have the resources and expertise necessary to bring this type of action on behalf of individual consumers; the importance of combatting solar panel fraud, as demonstrated by the recent activity of the Office of Attorney General;[3] the prompt attention we gave to this case notwithstanding the Center's caseload and staffing challenges; and the effect of inflation since my last fee award, I believe the requested fee award of $48,588.33, given the 217.1 total

---

[3] *See, e.g.*, recent OAG press releases like https://portal.ct.gov/ag/press-releases/2024-press-releases/attorney-general-tong-sues-sunrun (July 19, 2024) and *State of Connecticut v. Vision Solar*, Superior Court, judicial district of Hartford, Docket No. HHD-CV23-6166410-S.

4

recoverable hours and the reductions we have made, is reasonable. I further believe that $450 per hour is a reasonable rate for my services in connection with this matter and that $350 per hour is a reasonable rate for the services of Attorney White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Enfield, Connecticut on September 23, 2024:      *Jeffrey Gentes*
                                                                                                                                   Jeffrey Gentes

# Exhibit 1

| Date | Hours | Employee | Notes |
|---|---|---|---|
| 3/15/2021 | 1.2 | Gentes, Jeff | client intake meeting - with Cema, Milz, SW |
| 3/15/2021 | 0.7 | White, Sarah | review documents related to solar issue |
| 3/15/2021 | 1.2 | White, Sarah | mtg with bridget's daughter, cema, re:solar panel issus, debrief after with andy and jg |
| 3/16/2021 | 0.2 | Gentes, Jeff | conf w/SW re angles for research and claims, conferring with Andy re same. |
| 3/17/2021 | 2.5 | White, Sarah | research on potential state law claims |
| 3/18/2021 | 0.2 | Gentes, Jeff | emails w/Andy re more info from PC, mtg for tmrw. SW email re potential causes of action. Andy email re same. |
| 3/18/2021 | 0.5 | White, Sarah | review email from Andy, compile and send info re: other violations and possible causes of action |
| 3/18/2021 | 0.6 | White, Sarah | write up summary of potential legal claims, send to co-counsel, review co-counsels write-up re: TILA |
| 3/19/2021 | 1 | Gentes, Jeff | intake mtg w/Bridget + Cema |
| 3/19/2021 | 1.2 | White, Sarah | meeting with Bridget and Cema. quick debrief with co-counsel + next steps |
| 3/22/2021 | 0.1 | Gentes, Jeff | review follow-up correspondence with Cema, report from Shawn. |
| 3/29/2021 | 0.2 | Gentes, Jeff | reviewed and typed up notes from intakes. |
| 3/30/2021 | 0.3 | White, Sarah | research re elder abuse claims |
| 4/16/2021 | 0.7 | White, Sarah | further research re CT law applicability for solar panel fraud and elder abuse |
| 4/21/2021 | 1.7 | White, Sarah | review model complaints, start skeleton of CT state law causes of action |
| 6/4/2021 | 0.1 | Gentes, Jeff | go through draft complaint, conf w/SW re editing same. |
| 6/29/2021 | 2.4 | White, Sarah | Complete my round of edits to the complaint and send to JG to review. Focus on CUTPA and elder abuse. |
| 7/1/2021 | 0.4 | Gentes, Jeff | edits to complaint, conf w/SW re same |
| 7/1/2021 | 1.2 | White, Sarah | finalize edits to the complaint, incorporate JG suggestions, email to Andy Milz |
| 7/22/2021 | 0.1 | Gentes, Jeff | conf w/SW re status of case, emails re clients' signoff on complaint, including Helena. will file on Monday thru SW's ECF account. |
| 7/26/2021 | 0.2 | Gentes, Jeff | conf w/SW re complaint filing, file notice of app |
| 7/26/2021 | 3.2 | White, Sarah | Finalize complaint for filing (copyedits, small changes). Assemble exhibits and file all. Look-up service addresses for each defendant. Email co-counsel. |
| 7/29/2021 | 0.1 | Gentes, Jeff | conf w/SW re strategy for discovery, coordination with co-counsel re same. |
| 8/5/2021 | 1.2 | White, Sarah | verify service addresses, download docs from ECF for service, prepare packet for service, consult with the marshal |
| 8/16/2021 | 0.1 | Gentes, Jeff | conf w/sw re service issues for Prime |
| 8/17/2021 | 0.1 | Gentes, Jeff | conf w/FM re fees decision, judge assignment |
| 8/20/2021 | 0.1 | Gentes, Jeff | LoanPal counsel appears, conf w/FM re same |
| 8/24/2021 | 0.3 | White, Sarah | PHV motions |
| 8/24/2021 | 0.3 | White, Sarah | review & file returns of service |
| 8/25/2021 | 0.1 | Gentes, Jeff | PHV correspondence from court, vm from LoanPal counsel, conf w/SW re same. |
| 8/27/2021 | 0.1 | Gentes, Jeff | Prime -- conf w/SW re service issues. work on ways to find address. |
| 8/27/2021 | 0.7 | White, Sarah | research re Prime: review statute re: whether abode service is proper on agent of LLC at home; yes it is. review info re: his home adress; has not filed an annual report for 2020. look at land records--property was sold in 4/2021. start to look for his current address |
| 8/27/2021 | 0.4 | White, Sarah | add'l attmptes to find service address for Prime Energy. Business address may be inaccurate now--they may have moved to a different suite in the same cmplex. unable to find his new home address |
| 9/1/2021 | 0.2 | Gentes, Jeff | review 1st light o/c. conf w/other counsel re same. |
| 9/1/2021 | 0.2 | Gentes, Jeff | review vm from def's agent of service. conf w/SW re same. |
| 9/3/2021 | 0.1 | Gentes, Jeff | call w/FM re status of parties' appearances, set up same. |
| 9/3/2021 | 0.5 | Gentes, Jeff | motion to stay arbitration. FM will handle most. SW will handle parts per CUTPA/severability. due 9/24. 26(f) report will start here. will get discovery out soon after whatever conference we have. will talk to clients about [redacted]. |
| 9/3/2021 | 0.5 | White, Sarah | planning call w/ co-counsel |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 9/3/2021 | 0.2 | White, Sarah | attempts to locate unserved defendant |
| 9/3/2021 | 0.4 | White, Sarah | read/review motion to stay filed by defendant |
| 9/3/2021 | 0.2 | White, Sarah | email to set up 26f |
| 9/8/2021 | 0.1 | White, Sarah | re: 26f scheduling |
| 9/13/2021 | 0.1 | Gentes, Jeff | conf w/SW re plan for 26(f) report, conference with o/c re same. |
| 9/13/2021 | 0.1 | White, Sarah | emails re: 26f scheduling |
| 9/13/2021 | 0.1 | White, Sarah | find/share 26f template and local rules, samples |
| 9/14/2021 | 0.2 | White, Sarah | case discussion w/ JG |
| 9/15/2021 | 0.2 | White, Sarah | emails about 26f scheduling |
| 9/17/2021 | 0.4 | White, Sarah | review certs for opposition to motion for stay/to copmel arbitration, check statute/local rules re: compliance |
| 9/20/2021 | 0.1 | White, Sarah | emails/zoom re: 26f |
| 9/21/2021 | 3.2 | White, Sarah | research ct law on home improvement act for incorpration into motion to stay, review statute and cases, draft section on K ineffective for inclusion in opposition |
| 9/21/2021 | 0.5 | White, Sarah | 26f conference |
| 9/22/2021 | 0.3 | White, Sarah | review opposition to motion for stay, edits to same |
| 9/24/2021 | 1.1 | White, Sarah | finalize + file opposition to motions to stay |
| 10/8/2021 | 0.1 | Gentes, Jeff | reviewed replies to arb motions. |
| 10/13/2021 | 0.1 | Gentes, Jeff | emails re surreply |
| 10/14/2021 | 0.4 | White, Sarah | listen to vm, review reply, answer Q re: procedure for sur-rreply |
| 10/15/2021 | 0.8 | White, Sarah | finish + file motion for leave to file sur-reply and attachment |
| 10/19/2021 | 0.2 | White, Sarah | CCPA research; conclude [redacted] |
| 10/19/2021 | 0.3 | White, Sarah | file sur-reply |
| 10/26/2021 | 0.1 | Gentes, Jeff | conf w/SW re [REDACTED]vis-a-vis LoanPal. |
| 12/16/2021 | 0.3 | Gentes, Jeff | conf w/SW re non-appearing defendant. i will email co-counsel about it. [redacted] |
| 1/31/2022 | 0.1 | Gentes, Jeff | check in with FM, conf w/SW before I do, re Prime Energy's continuing non-appearance. |
| 2/1/2022 | 0.2 | Gentes, Jeff | conf w/SW re results of research. will draft motion for leave of court and circulate it to co-counsel + new address for Prime Energy. |
| 2/3/2022 | 0.6 | Gentes, Jeff | draft motion for leave to re-serve Prime Energy, circulate to team for review. |
| 2/4/2022 | 0.4 | Gentes, Jeff | incorporate edits from FM, add exhibits, proof, finalize, and file |
| 4/28/2022 | 0.1 | Gentes, Jeff | order granting leave to re-serve Prime Energy, conf w/SW re follow-up for same. |
| 5/5/2022 | 0.1 | Gentes, Jeff | conf w/SW re marshal to select for serving Prime Energy in North haven. |
| 5/9/2022 | 0.8 | White, Sarah | doublecheck defendant prime energy's address, contact marshal w/ service instructions, t/c with marshal's office, email to marshal |
| 5/10/2022 | 0.3 | White, Sarah | emails/tc with marshal re: service and that there are no originals because this is federal court |
| 5/11/2022 | 0.1 | White, Sarah | get back return of service--prime energy served |
| 6/3/2022 | 0.5 | Gentes, Jeff | edited, finalized, and filed notice of add'l authority. conf w/FM re same. |
| 6/28/2022 | 0.1 | Gentes, Jeff | review Haight orders, Faulkner follow-up, conf w/SW re same. |
| 6/29/2022 | 1 | White, Sarah | read/review order, take notes re: same |
| 6/30/2022 | 0.5 | Gentes, Jeff | mtg w/FM, SW re court order, plans for hearing & trial. |
| 6/30/2022 | 0.5 | White, Sarah | call re: what to do given judge's order |
| 7/5/2022 | 0.1 | Gentes, Jeff | looked into effect of fake email address on K/esignature. conf w/SW re same. |
| 7/6/2022 | 1.2 | White, Sarah | review docs in case, contracts, pleadings to prep for meeting with client |
| 7/7/2022 | 0.6 | Gentes, Jeff | mtg w/ Cema + Helena. agreed to prep + having both parents at hearing on 7/27. |
| 7/7/2022 | 0.6 | White, Sarah | mtg w/ Bridget + Cema to prep/discuss |
| 7/12/2022 | 0.1 | Gentes, Jeff | conf w/GK re Haight evidentiary hearings and the like in light of upcoming hearing in this case. |
| 7/13/2022 | 0.1 | White, Sarah | email re: prep for client meeting |
| 7/17/2022 | 0.1 | Gentes, Jeff | reviewed Haight TRO decision, conf w/GK re further research; alas, n/a |
| 7/21/2022 | 1.9 | Gentes, Jeff | mtg w/clients in prep for hearing. [redacted] review Judge Haight's chamber practices, next steps. |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 7/22/2022 | 0.4 | White, Sarah | draft email to judge's clerk re: procedures for evidentiary hearings, share with others, send |
| 7/22/2022 | 0.8 | White, Sarah | draft/file request for entry of default against prime, check on service/fed ex dates, review judge's order. |
| 7/25/2022 | 0.1 | Gentes, Jeff | internal discussion re judge's preferences + default judgment order following entry of default. |
| 7/25/2022 | 1.1 | White, Sarah | prep meeting for evidentiary hearing |
| 7/27/2022 | 3.9 | Gentes, Jeff | evidentiary hearing. prep for same. debrief with clients, co-counsel, follow-up with o/c re certificate of completion from Docusign. (3.8)  request transcript (0.1) |
| 7/27/2022 | 3.8 | White, Sarah | evidentiary hearing and quick debrief |
| 7/28/2022 | 0.1 | Gentes, Jeff | review Haight order. email to court reporter re  transcript order. |
| 8/6/2022 | 0.1 | Gentes, Jeff | conf w/co-counsel re handling post-hearing brief |
| 8/8/2022 | 0.1 | Gentes, Jeff | conf w/FM re internal logistics for post-hearing brief |
| 8/17/2022 | 0.5 | White, Sarah | review motion for default judgment |
| 8/19/2022 | 0.2 | Gentes, Jeff | pulled CUTPA language for briefing, conf w/SW re same. |
| 8/19/2022 | 0.7 | White, Sarah | review draft post hearing brief, edits |
| 8/22/2022 | 0.2 | Gentes, Jeff | reviewed motion for default judgment papers, related research |
| 8/23/2022 | 0.1 | Gentes, Jeff | conf w/SW re handling service to non-appearing defendant via snail mail |
| 8/30/2022 | 0.3 | Gentes, Jeff | review post-hearing briefs from defs. conf w/SW re same. |
| 9/6/2022 | 0.1 | Gentes, Jeff | internal emails re response to LoanPal's post-hearing memo |
| 9/7/2022 | 0.1 | Gentes, Jeff | conf w/SW re considerations for post-hearing "response memo," expert retention considerations |
| 9/8/2022 | 0.1 | Gentes, Jeff | conf w/FM re response memorandum edit |
| 9/8/2022 | 0.7 | White, Sarah | review brief, email re: same to co counsel |
| 9/9/2022 | 0.1 | Gentes, Jeff | review Loanpal response |
| 12/9/2022 | 0.4 | White, Sarah | review PHV motion, file |
| 12/9/2022 | 0.8 | White, Sarah | review local rules, haight preferences, westlaw, talk to GK re: how to get expert report in |
| 12/22/2022 | 0.8 | White, Sarah | review/file motion to supplement the reocrd |
| 1/8/2023 | 0.1 | Gentes, Jeff | review opp from LoanPal. [redacted] |
| 3/8/2023 | 0.1 | Gentes, Jeff | conf w/FM re pushing forward with depositions of our elderly clients given the continued delay. |
| 5/24/2023 | 0.1 | Gentes, Jeff | conf w/Milz re asking court to take action on the motion to stay. |
| 6/13/2023 | 0.3 | Gentes, Jeff | research chamber preferences re party contacts, conf w/co-counsel re same & draft suggested ltr re pending motion to stay proceedings. |
| 6/26/2023 | 0.1 | Gentes, Jeff | conf w/Milz re recent goodleap discussion, internal conferral. |
| 6/28/2023 | 1.2 | Gentes, Jeff | conf w/Milz re next steps, effect of recent SCOTUS decision, deposing clients, and arbitration. follow-up with clients, SW. go through meeting, pick potential weeks for T-R depositions: 7/17, 7/24, 8/14. will try to conduct them at Bridget's kitchen table, particularly because Luiz is not very mobile these days. [redacted] |
| 7/5/2023 | 0.1 | Gentes, Jeff | update SW on case developments, update FM on availability for depositions |
| 8/1/2023 | 0.1 | Gentes, Jeff | conf w/SW + FM re upcoming deposition attendance & logistics. |
| 8/4/2023 | 0.1 | Gentes, Jeff | hammered out depn + depn prep schedule, various emails re same |
| 8/13/2023 | 0.6 | Gentes, Jeff | prep for Weds discovery, review 145 pgs of discovery we produced |
| 8/15/2023 | 0.3 | Gentes, Jeff | conf w/Andy, SW, prep for next day |
| 8/15/2023 | 2.8 | White, Sarah | depo prep with bridget, travel to/from |
| 8/16/2023 | 10 | Gentes, Jeff | clients' depositions, prep for & debrief same with clients & co-counsel Milz, update to SW, travel to/from. |
| 8/20/2023 | 0.2 | Gentes, Jeff | internal emails re status of default judgment motion for Prime Energy |
| 9/20/2023 | 0.5 | Gentes, Jeff | internal discussion and conf w/Milz re getting decision on motion to stay |
| 9/21/2023 | 0.1 | Gentes, Jeff | follow-up re sub judice motion. conf w/SW re plan for motion for status conference. |
| 9/22/2023 | 0.3 | Gentes, Jeff | put together request for status conf based on internal discussions |
| 12/12/2023 | 0.1 | Gentes, Jeff | internal discussion re status conf request |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 2/6/2024 | 0.4 | Gentes, Jeff | conf w/Milz re status conference request. edit + finalize + file same. review similar Haight order. |
| 2/8/2024 | 0.2 | Gentes, Jeff | review Haight order referring to trial on K formation issue, conf w/Milz re next steps |
| 2/8/2024 | 0.2 | Gentes, Jeff | conf w/Milz, SW re default judgment against prime, next steps |
| 2/9/2024 | 0.1 | Gentes, Jeff | conf w/AM re [redacted] re 1st Light & GoodLeap, set up call for same. |
| 2/12/2024 | 1.4 | Gentes, Jeff | conf w/Milz re approach to [redacted] next steps in light of Coinbase et al. research and report back on expedited appellate procedures. tc w/clients re resolution. they want [redacted]. Discuss next steps |
| 2/14/2024 | 0.4 | Gentes, Jeff | conf w/FM re electing magistrate judge, asking for jury trial on K formation issue per Haight order. review forms re same. email to o/c re consent for same. both have no objection. will get something on file soon. |
| 2/15/2024 | 0.5 | Gentes, Jeff | draft, file request for jury trial w/consent to magistrate. shortly thereafter, Haight schedules status conference for 3/6 @ 10:30 via Zoom. |
| 2/28/2024 | 0.5 | Gentes, Jeff | reviewed and wrote-up Haight decision |
| 2/29/2024 | 0.3 | Gentes, Jeff | wrote up next steps for matter, conf internally re same. |
| 3/1/2024 | 0.1 | Gentes, Jeff | conf call setup; emails re magistrates in D.Conn. |
| 3/4/2024 | 0.5 | Gentes, Jeff | judge offers to mark off 3/6 conference and refers matter to Judge Spector. goodleap [redacted]. conf w/JLJ re same. set up internal meeting re same. file notice per judge suggestion to withdraw our request for 3/6 conference. he does so. |
| 3/6/2024 | 0.7 | Gentes, Jeff | tc w/FM re resolution strategy , judge referral, trial timing for July. prep for same. |
| 3/10/2024 | 0.1 | Gentes, Jeff | follow-up on GoodLeap call + Judge Spector setting up scheduling call for 3/12. |
| 3/12/2024 | 0.4 | Gentes, Jeff | status call w/Judge Spector. prepared & circulated consent form. set jury pick date for 5/28, trial to go as long as 6/4 though we all agree 1.5 days is enough. discovery to start in meantime. will work on Luiz to be remote deposition for his testimony. |
| 3/13/2024 | 0.1 | Gentes, Jeff | get magistrate consent form filed after o/c sign their versions. |
| 3/17/2024 | 0.1 | Gentes, Jeff | check in with FM re discovery propounding, status of settlement. |
| 3/18/2024 | 1 | Gentes, Jeff | drafted K formation discovery requests, conf w/FM re same. |
| 3/19/2024 | 0.1 | Gentes, Jeff | review edits to discovery, will propound two sets tmrw, conf w/FM re same. |
| 3/20/2024 | 0.3 | Gentes, Jeff | finalized and propounded discovery requests on defs |
| 3/21/2024 | 0.2 | Gentes, Jeff | Judge Spector sets trial deadlines, pretrial for 5/15, conf w/AM + SW re same. review pretrial order. |
| 3/27/2024 | 0.1 | Gentes, Jeff | Judge Spector orders, conf w/AM re same. |
| 4/15/2024 | 0.1 | Gentes, Jeff | conf w/FM re trial brief, upcoming deadlines, settlement openings |
| 4/16/2024 | 0.1 | Gentes, Jeff | conf w/FM re updates from Goodleap, set up meeting for next day |
| 4/17/2024 | 0.5 | Gentes, Jeff | trial prep call with co-counsel |
| 4/18/2024 | 0.1 | Gentes, Jeff | worked on call with o/c, set for 4/22 @ 2:30 p.m. |
| 04/19/2024 | 1.7 | Gentes, Jeff | worked on pretrial memo, update to co-counsel re same, mtg re [redacted] |
| 04/22/2024 | 0.5 | Gentes, Jeff | mtg with o/c re trial prep, joint memo; debrief with FM afterwards |
| 04/23/2024 | 0.1 | Gentes, Jeff | circulate sample dconn pretrial memo + jury instructions |
| 04/26/2024 | 0.1 | Gentes, Jeff | various re o/c and discovery prod, nothing from 1st Light still, email re voir dire |
| 04/30/2024 | 0.8 | Gentes, Jeff | tc to clerk re exhibit marking. review trial prep docs, conf w/FM re same. |
| 05/01/2024 | 0.1 | Gentes, Jeff | conf w/FM re phone calls and dealt with other Goodleap production |
| 05/02/2024 | 0.7 | Gentes, Jeff | trial prep - reviewed 1st light discovery, conf w/FM re next steps |
| 05/03/2024 | 0.9 | Gentes, Jeff | conf w/FM re discovery, upcoming deadlines. email 1st light re same.draft xtn re JTM + file, granted with no more xtns. various emails re same. |
| 05/06/2024 | 0.1 | Gentes, Jeff | work on M&C re 1st light. |
| 05/07/2024 | 2.5 | Gentes, Jeff | reviewed o/c markups, conf w/FM re same. client mtg (0.8). work through similar pre-trial prep. tc w/Milz and Barazza re final changes (0.3). Finalized JTM docs + filed + prepared chambers' copies (0.7). |
| 05/08/2024 | 0.5 | Gentes, Jeff | reviewed MIL, conf w/FM re same. printed, proofed, and delivered chambers copies to clerk's office for JTM, confirmed same with o/c. |
| 05/13/2024 | 0.5 | Gentes, Jeff | conf w/SW re pretrial, info for same. conf w/FM re plan for same, next two weeks. |
| 05/13/2024 | 0.5 | White, Sarah | conf w/ JG re trial, plan for rest of month |
| 05/14/2024 | 0.1 | Gentes, Jeff | conf w/SW re prep for tmrw, emails re 1st Light/continuing discovery dispute. |

| Date | Hours | Timekeeper | Description |
|---|---|---|---|
| 05/14/2024 | 0.1 | White, Sarah | conf w/ JG re: pretrial |
| 05/15/2024 | 0.5 | Gentes, Jeff | conf w/SW, FM re pretrial, remote tech. review voir dire + questionnaire. court's request for scheduling availability on 5/21 and 5/22. exhibit discussion with FM. |
| 05/15/2024 | 1.3 | White, Sarah | pretrial |
| 05/15/2024 | 0.7 | White, Sarah | review jtm, jury instructions for pretrial |
| 05/16/2024 | 0.2 | Gentes, Jeff | various re defs exhibits (or lack thereof) |
| 05/17/2024 | 0.5 | Gentes, Jeff | w/FM re 1st light lack of exhibits. confirm they haven't been circulated. bump those on email to everyone.court grants MIL, specific only to Goodleap litigation.pretrial call scheduled for 5/22.goodleap and then 1st light declare that they are going to w/draw their motions to compel, to moot the jury trial. [redacted]. conf w/FM re same. review motions to w/draw. |
| 05/18/2024 | 0.3 | Gentes, Jeff | work through docket, conf w/FM re new scheduling order internally. |
| 05/20/2024 | 1 | Gentes, Jeff | call with clients. conf w/FM re next steps. Judge Spector schedules status conference by Zoom. |
| 05/21/2024 | 1.4 | Gentes, Jeff | status conf with Judge Spector, prepare for same with FM. research re 2d Cir, CUTPA. jury trial set for 8/19. debrief with Milz. review & edits to stip. |
| 05/23/2024 | 0.1 | Gentes, Jeff | review defs' markup for stip, it's fine |
| 05/24/2024 | 0.3 | Gentes, Jeff | finalized and filed scheduling order + stip after we sign off + we get the ok from o/c to file. |
| 05/29/2024 | 0.1 | Gentes, Jeff | 1st light needs a day to answer. fine. we have till Friday to issue discovery. Spector approves proposed scheduling order, issues new pre-trial order, JTM now due 7/17, pretrial 7/19. |
| 05/30/2024 | 1.2 | Gentes, Jeff | strategy session re discovery requests [redacted] GoodLeap, set up same.review defs' answers. |
| 05/31/2024 | 1.9 | Gentes, Jeff | goodleap research. comments on discovery requests, deposition notices with FM. review discovery requests from 1st light, conf w/FM re same. |
| 06/03/2024 | 1.3 | Gentes, Jeff | dealt with Barazza clawback and dealt with related discovery request. conf w/clients, [redacted] .mtg w/Jody & Andy to debrief. contact LA Roofing, request help/quote. |
| 06/04/2024 | 0.2 | Gentes, Jeff | work on roof quote; discuss BBB complaints with FM |
| 06/05/2024 | 0.6 | Gentes, Jeff | more roofing search. connect with someone: Cathy at Barnard-Barlett. can do quote on 19th or 20th. update clients re same. |
| 06/07/2024 | 3 | Gentes, Jeff | worked on dMC discovery responses, conf w/FM re same.reviewed hearing transcripts, documents produced at deposition. |
| 06/10/2024 | 0.2 | Gentes, Jeff | MacDonald moves to withdraw, no substitute identified, conf w/FM re same. |
| 06/11/2024 | 1.4 | Gentes, Jeff | various re upcoming depositions with FM, Goodleap counsel. Judge Spector schedules hearing for 6/14 @ 1 re motion to withdraw. review of BdMC transcript. further research re Goodleap |
| 06/12/2024 | 1.5 | Gentes, Jeff | compiled production, edits to Bridget's responses and objections, drafted HH/LMC responses and production, conf w/FM re same. |
| 06/13/2024 | 0.8 | Gentes, Jeff | mtg w/clients re discovery responses, revised accordingly and compiled sets. emails w/Goodleap re upcoming depositions. |
| 06/14/2024 | 2.2 | Gentes, Jeff | finalized discovery responses, served. edited & served 26(a)(1) disclosures. hearing with Judge Spector, debriefed with FM, further follow-up re 1st Light. looked up Avon town records re deed/Shawn's role. |
| 06/17/2024 | 0.7 | Gentes, Jeff | goodleap 30(b)(6) objections, conf w/FM re same, work towards MTC on same + discovery objections. |
| 06/19/2024 | 0.2 | Gentes, Jeff | tc w/roofer; he will get quote over soon. has solar experience. He was incredulous that it was a purchase and offered up, unsolicited, that the only remotely "ethical" way to handle the tree canopy was to do a PPA so that they were at least only paying for whatever was generated.  He thought 15-20 trees would have been needed to be cut, at a minimum. conf w/FM re same. |
| 06/20/2024 | 1.1 | Gentes, Jeff | hearing with Judge Spector re 1st Light withdrawal and discovery dispute, prepare for and debrief with AM re same, default + default judgment forthcoming |
| 06/21/2024 | 0.2 | Gentes, Jeff | various re discovery; w/contractor re roof quote, solar panel removal |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 06/23/2024 | 0.2 | Gentes, Jeff | review of recent discovery responses from defs |
| 06/24/2024 | 0.1 | Gentes, Jeff | various re upcoming depositions, 3rd party and not, discovery docs. |
| 06/25/2024 | 0.1 | Gentes, Jeff | with FM re trial tack, the day's deposition. |
| 06/25/2024 | 3.5 | White, Sarah | depo - briana |
| 06/26/2024 | 2.6 | White, Sarah | bret stevens depo |
| 06/28/2024 | 1.4 | Gentes, Jeff | work on discovery dispute status update memo, review of docket and local rules, conf w/SW and AMM re depositions, next steps. run final version of status report, conf w/oc re finalization & filing of same. |
| 06/28/2024 | 0.3 | White, Sarah | Conf. w JG re: case/depositions |
| 06/29/2024 | 0.4 | Gentes, Jeff | drafted 55a motion against 1st Light; conf w/FM re same. began 55b motion against Prime Energy & 1st Light |
| 07/01/2024 | 0.9 | Gentes, Jeff | conf w/SW re last week's depositions, Murphy, default judgment tactics. conf w/FM re follow-up, this week's activities. w/clients re next day's depositions. |
| 07/01/2024 | 0.3 | White, Sarah | Conf with JG re: DMC and depositions |
| 07/02/2024 | 2.1 | Gentes, Jeff | Hilarios' depositions. debrief with AMM, follow-up re protective order, [redacted]. wrote out outline of next two weeks for plaintiffs team. |
| 07/03/2024 | 1.1 | Gentes, Jeff | w/FM re jury instructions, JTM, upcoming depositions. drafted JTM. email to o/c re same. |
| 07/04/2024 | 1.8 | Gentes, Jeff | finished draft of JTM, conf w/FM re various next steps. |
| 07/05/2024 | 3.8 | Gentes, Jeff | updated joint jury instructions re CUTPA, damages, removing arbitration references, conf w/FM re same. |
| 07/05/2024 | 0.6 | Gentes, Jeff | finalized & filed motion for default entry. started work re default judgment. (0.3) marked/produced re-roofing estimate. with o/c re getting their own quote. reviewed supplemental production (0.3) |
| 07/05/2024 | 0.9 | Gentes, Jeff | drafted jury instructions for elder exploitation and fraudulent concealment, conf w/FM re same. |
| 07/05/2024 | 0.9 | Gentes, Jeff | start work on drafting default judgment motion against both defaulted defendants, research on same. |
| 07/06/2024 | 1.8 | Gentes, Jeff | drafted motion for default judgment and memorandum against Prime and 1st Light, conf w/FM re same |
| 07/08/2024 | 1.1 | Gentes, Jeff | various re upcoming depositions, follow-up from last week's (0.2)went through default judgment paperwork and conf w/FM re same (0.2)researched and wrote up j&s liability re CUTPA + fradulent concealment for FM (0.5) follow-up re solar panel removal quote (0.1)internal re support for jury trial, jury selection, etc. |
| 07/09/2024 | 3.3 | Gentes, Jeff | prep for next day's deposition w/FM. with o/c re same. Murphy moved to 11 a.m. on 7/10.Cema depn .follow-up from last week's depositions.m&c re spreadsheet. push back on PII (names/addresses/etc.), accept his proposal on '22 + '23 financials so long as he confirms in writing that they won't push back on "these aren't the most updated"discussions re pushing back 30(b)(6) deposition.murphy's deposition changes late at night to with counsel, and remote. |
| 07/10/2024 | 3.1 | Gentes, Jeff | Murphy deposition, prepared for same and debriefed. he has no counsel with him, and he takes it from his car. |
| 07/11/2024 | 1.6 | Gentes, Jeff | provided info to contractor re removal & disposal of solar panels for quote. (0.4) tc w/FM re strategy for defaulted defendants (0.2), Mark Murphy.edits to jury instructions, comments on verdict slip and strategy for both. (1.0) |
| 07/12/2024 | 3.1 | Gentes, Jeff | Tanehy deposition w/AMM. follow-up re pretrial materials, 30(b)(6) rescheduling. |
| 07/15/2024 | 0.1 | Gentes, Jeff | propounded supp discovery following review of solar panel removal quote |
| 07/16/2024 | 0.1 | Gentes, Jeff | JTM review & submission prep, various re remaining depositions. |
| 07/17/2024 | 7.8 | Gentes, Jeff | various re GoodLeap's complaint production. (0.1) 30(b)(6) deposition, debrief. (6.4) work towards filing & finalizing JTM docs. (0.9) revised and finalized default j motions. (0.4) |
| 07/18/2024 | 1.1 | Gentes, Jeff | various follow-up re JTM + potential amended answer by GoodLeap; w/GoodLeap, client, re roof inspection; review jury materials from Court, conf w/co-counsel re same. |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 07/19/2024 | 2.5 | Gentes, Jeff | jtm with judge spector. expands till 8/2 time to get exhibits + stips filed. wants jury instructions and verdict slips 7/26. discuss typical day. end of day is good for dealing with evidentiary issues that arise. 30 min open statement. hour limit on closing. will test tech post-jury selection. may do MIL args after jury selection or on morning of 8/16. only MIL known is evidence of prior complaints from GoodLeap. wants two different jury instructions, two different verdict slips. 8/5-8/6 will be our follow-up on 30(b)(6). goodLeap has till 8/2 to get us updated sheet. sorts through questionnaire; no comments. go through and reduce voir dire by a few. MIL due 8/7, opp due 8/12. (1.5) reviewed AMM edits on default judgment motion, finalized, and filed (0.6) looked into cutpa.gov notification, supp produced same (0.4) |
| 07/22/2024 | 0.1 | Gentes, Jeff | with court reporter re Mark Murphy depn. various follow-up from recent depns. |
| 07/24/2024 | 0.1 | Gentes, Jeff | various re jury instructions, verdict slip |
| 07/25/2024 | 0.7 | Gentes, Jeff | conf w/AMM re next filings, needed briefing. tc wGoodLeap counsel Barraza and Mooney re jury instructions. verdict slips involve apportionment issues and the like that won't be resolved now.review proposals from o/c |
| 07/26/2024 | 1.7 | Gentes, Jeff | worked on jury instructions, cover sheet for filing, plan with FM. worked through final revisions, compiled package for court matters |
| 07/27/2024 | 0.3 | Gentes, Jeff | while in Boston with son, dealt with getting courtesy copies of jury instructions & verdict slips printed and shipped. |
| 07/31/2024 | 0.6 | Gentes, Jeff | conf w/FM re MILs, JPTM, prep for related pre-trial filings. |
| 08/01/2024 | 1.4 | Gentes, Jeff | started MIL opp for GoodLeap's anticipated filing - procedural history, relevant allegations, reviewed prior MIL, research re same. |
| 08/02/2024 | 4.6 | Gentes, Jeff | various re exhibits and stips due today, conf w/FM and o/c re same. (0.5) research and work on MIL opp:standard for MIL + 401 + 403 (0.8) distinguish cases cited by GoodLeap in its past motion (1.5) explain relevance/admissibility of evidence from our standpoint (0.7) review and comment on MIL re fees. (0.3) edits to MIL re defaulted defendants, research re same, conf w/JLJ re same. (0.8) |
| 08/03/2024 | 0.2 | Gentes, Jeff | with o/c re clawback, supp production |
| 08/05/2024 | 0.8 | Gentes, Jeff | various re trial prep. tc w/FM re spreadsheet, depn, witness issues, reach out to o/c for m&c re same. with court re exhibits. |
| 08/06/2024 | 1 | Gentes, Jeff | 30(b)(6) follow-up. Debrief with FM re inadequacy of same. |
| 08/06/2024 | 1.5 | Gentes, Jeff | draft mtc based on customer complaints, conf w/FM re same and other related disputes. |
| 08/07/2024 | 0.6 | Gentes, Jeff | edits to motion to compel/motion for sanctions re customer complaints, conf w/FM re same. finalized, filed. reviewed interim response, conf w/FM re Friday call re same. |
| 08/08/2024 | 2 | Gentes, Jeff | reviewed MILs, conf w/FM re same, started draft of opp to same.Back and forth with client & FM re settlement, get agreement drafted and signed by GoodLeap. |
| 08/09/2024 | 1 | Gentes, Jeff | dismissal and report filed.hearing with Spector, JLJ. issued orders relieving GoodLeap of appearing. make pitch for damages hearing. end up with:9:30 - 8/21 - short hearing on damages (we have all day if needed)Keep eye on docket for the courtroom (4 or 5)8/14 - report - updated - exhibit/witness list=adopted as proposed.prepare for and debrief with FM re same. |
| 08/12/2024 | 0.4 | Gentes, Jeff | conf w/FM re moving for fees now, related considerations and sample materials . email to D. Rosen re same. |
| 08/13/2024 | 0.4 | Gentes, Jeff | first draft at aff re market rate for fees. |
| 08/13/2024 | 2.7 | Gentes, Jeff | extensive research into atty fees rules around defaulting defendants when there other parties in 2dCir, conf w/FM re same. |
| 08/14/2024 | 1.6 | Gentes, Jeff | conf w/Milz re 8/21 hearing, client meeting re same, prepared for same. edits to witness/exhibit list, review for same. ultimately court-filed the final version. |
| 08/15/2024 | 2.6 | Gentes, Jeff | compile timesheets for fee application, conf w/SW re same. |
| 08/15/2024 | 0.7 | Gentes, Jeff | work on hearing in damages, research re Murphy appearance, conf w/FM re same. update clients on hearing. |
| 08/15/2024 | 2.3 | Gentes, Jeff | reviewed FM fee certifications, worked on draft Rosen affidavit, worked on JG and SW declarations, conf w/D. Rosen re same. |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 8/16/2024 | 1.7 | Gentes, Jeff | worked on fee sheet, time allocation, etc. tc w/Milz re approach for hearing in damages, post-judgment filings; emails w/Rosen, SW re declarations |
| 8/18/2024 | 0.2 | Gentes, Jeff | w/D. Rosen re his aff and mine |
| 8/19/2024 | 0.9 | Gentes, Jeff | conf w/Andy re prep for Weds hearing. research and provide Andy with elder abuse/actual damage language |
| 8/20/2024 | 4.1 | Gentes, Jeff | hearing-in-damage prep mtg, travel to/from conf w/SW re default entry, tracking on same. conf w/AMM re asks, plan for tmrw. |
| 8/21/2024 | 11.6 | Gentes, Jeff | hearing in damages. prep for same, incl. Prime Energy's outdoor advertising. drive to/from. debrief with clients, Atty Milz. drive to/from. wrote off 2 hrs. |
| 8/22/2024 | 0.2 | Gentes, Jeff | follow-up to prior day's hearing, collection leads, etc. |
| 8/23/2024 | 0.1 | Gentes, Jeff | various re follow-up from 8/21 default j hearing. |
| 9/4/2024 | 0.4 | Gentes, Jeff | spector decision. conf w/FM, alert clients. |
| 9/5/2024 | 0.1 | Gentes, Jeff | various re judgment + collection |
| 9/6/2024 | 0.2 | Gentes, Jeff | conf w/FM, GK re fee collection tactics. |
| 9/9/2024 | 0.1 | Gentes, Jeff | conf w/FM re entry of judgment. call to court triggers entry today. |
| 9/17/2024 | 0.4 | Gentes, Jeff | conf w/Milz re fee approach |
| 9/18/2024 | 0.1 | Gentes, Jeff | finalize & sent aff to DNR for execution |
| 9/19/2024 | 1.2 | Gentes, Jeff | conf w/AM re fee motion, emails w/Rosen, conf w/SW re fee motion (0.5) conf w/AM, GK re fee & cost distribution. finalized & prepared same. (0.7, non-recoverable) |
| 9/20/2024 | 2.3 | Gentes, Jeff | finalize fee tally + declarations, conf w/FM Re same. |
| 9/20/2024 | 0.2 | White, Sarah | Review and execute declaration |
| 9/22/2024 | 1.8 | Gentes, Jeff | edits to fee motion + updated declaration + put all in near-final shape. conf w/FM re same. |
| 9/23/2024 | 0 | Gentes, Jeff | [not seeking] w/FM on fee motion |
| | | | |
| total | 217.1 | | <---reflects reduction of several hours for internal meetings, call setups internally, and other admin |
| | | | <---161.8 JG total time, 55.3 SW total time. JG @ $450 + SW @ $350 |
| | $12,630.00 | 42.1 | Merits time - 1/3 reduction (JG) |
| | $5,623.33 | 24.1 | Merits time - 1/3 reduction (SW) |
| | $6,570.00 | 29.2 | Arbitration Time - 1/2 reduction (JG) |
| | $3,955.00 | 22.6 | Arbitration Time - 1/2 reduction (SW) |
| | $0 | 47.8 | GL Trial prep - 100% reduction (JG) |
| | $0 | 6.7 | GL Trial prep - 100% reduction (SW) |
| | $19,215.00 | 42.7 | Default + fee time = no reduction (JG) |
| | $595.00 | 1.7 | Default + fee time = no reduction (SW) |
| | $92,095.00 | Total amount | |
| | $48,588.33 | Total sought | |
| | $43,506.67 | reduction | |