**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND LUIZ DE MOURA CASTRO, by his next best friend Helena Hilario | : : : | |
| *Plaintiffs* | : | |
| v. | : : | 3:21-cv-1020-RMS |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC, PRIME ENERGY, LLC AND 1ST LIGHT ENERGY, INC. | : : : | September 20, 2024 |
| *Defendants* | : | |

**DECLARATION OF SARAH WHITE PER 28 U.S.C. § 1746**

I, Sarah White, declare:

1. I am over 18 years of age and competent to testify to the matters stated herein.

2. I am a lawyer with the Connecticut Fair Housing Center, counsel for Plaintiffs.

3. I have personal knowledge of the facts stated herein, which facts are true and correct.

4. I have been admitted to the Connecticut bar since 2013. I was admitted in Washington state in 2010 and in Tennessee in 2011.

5. I am a Staff Attorney at the Center, where I have worked since 2012. In this role I provide advice to hundreds of homeowners per year and represent homeowners both in affirmative litigation against mortgage servicers and in foreclosure cases. I train and support other attorneys who represent borrowers throughout the state and the country, including through in-person trainings and webinars, and have served as a panelist at several national consumer law conferences, including regarding the legal issues implicated in this case. In 2015, I was named a New Leader of the Law by the Connecticut Law Tribune.

6. I am the state Co-Chair of the National Association of Consumer Advocates.

7. For eight years at the Center, my work focused almost exclusively on foreclosure defense and homeowner rights. Since the onset of the COVID-19 pandemic, my work has expanded to tenant rights and organizing. However, I have maintained a caseload of ensuring the protection of the rights of elderly homeowners based on the specialized expertise I developed during my initial eight years at the Center.

8. I have frequently been asked to train other lawyers, specifically regarding reverse mortgage servicing, a topic on which I am considered a national expert. For example, in 2018 I came back from maternity leave several weeks early to help lead a half-day intensive on reverse mortgage servicing at a National Consumer Law Center conference in Indianapolis.

9. In 2019, the Bankruptcy Court in the Southern District of New York appointed me to serve on the official Committee of Consumer Creditors, which was formed to protect the rights of thousands of borrowers who had legal claims against Ditech Holding Corporation in its pending bankruptcy action.

10. I spent 55.3 hours on this case for which the Center seeks recovery, as detailed in the exhibit to Attorney Gentes's declaration. The exhibit does not include several internal conferrals on this matter nor all preparation time for court conferences and depositions in 2024. The time for which the Center seeks recovery reflects of my contemporaneous timekeeping.

11. Given my experience and expertise, and a review of the work and fees awarded to experienced attorneys in similar cases, I believe $350 per hour is a reasonable rate for my services in connection with this matter.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2024

Sarah White (ct29329)

2