## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET DE MOURA CASTRO AND LUIZ DE MOURA CASTRO, by his next best friend Helena Hilario | : : : | |
| Plaintiffs | : | 3:21-cv-01020-RMS |
| v. | : : | |
| GOODLEAP, LLC, f/k/a LOANPAL, LLC, PRIME ENERGY, LLC AND 1ST LIGHT ENERGY, INC. | : : : | |
| Defendants | : | September 19, 2024 |

## AFFIDAVIT OF DAVID N. ROSEN

State of Connecticut                    :

                                        : ss. New Haven

County of New Haven                     :

I, David N. Rosen, hereby depose and say:

1. I submit this affidavit in support of the fee petition filed by the plaintiffs in the above-captioned action.

2. I am the named partner at the law firm David Rosen & Associates PC in New Haven. My experience and background include the following.

3. I was admitted to the Connecticut bar in 1969 following my graduation that year from Yale Law School.

4. My practice consists of taking on complex individual and class action cases against corporations, governmental entities, and insurance companies. Nearly all the cases I have brought in my career have been in this District or the Connecticut State courts.

5. My background and experience have made me knowledgeable about what constitutes capable representation of plaintiffs in cases in this District. Some of that experience is as follows:

    a. I am the former co-chair of the Federal Practice Section of the Connecticut Bar Association. I have also been appointed by the judges of this District to service on committees to reform the District's jury selection system and to select Magistrate Judges.

    b. My cases have set benchmarks (all since surpassed) for Connecticut's highest personal injury verdict and wrongful death recovery, as well as the nation's largest employment discrimination recovery against a municipality.

    c. My cases have also established significant legal precedents, including an appellate ruling holding Connecticut's jury selection system unconstitutional and another preserving the rights of victims of employment discrimination; and my individual and class action cases have been the subject of four books or book chapters.

6. My hourly rate is $800/hour, although it is uncommon for me to charge clients by the hour. That is at or near the top end of rates charged by plaintiffs' side law firms in Connecticut. The rates requested by plaintiffs' counsel here are by no means atypical for lawyers with specialized expertise relevant to a high-stakes case.

7. I have reviewed the detailed certifications of plaintiffs' counsel Messrs. Milz, López-Jacobs, and Gentes, and Ms. White.

8. To my knowledge, there is no one admitted in this District who is more qualified than plaintiffs' counsel to prosecute a consumer case like this one and few if any who could bring their level of specialized expertise.

9. In my opinion, the rates sought by plaintiffs' counsel in this action are well within what is reasonable in this District given my familiarity with the local bar, plaintiffs-side civil litigation, this District, and its prevailing rates.

_____
David N. Rosen

Subscribed and sworn before me at New Haven this 19TH day of September, 2024

_____
~~Notary~~ Public/Commissioner of the Superior Court
My Commission Expires